## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### CONTINUED - Womens Restroom

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 738.00 SF@ | 1.82= | 1,343.16 |
| Seal/prime the walls - one coat | 738.00 SF@ | 0.29= | 214.02 |
| R&R Batt insulation - 6" - R19 | 312.00 SF@ | 0.99= | 308.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 82.00 LF@ | 1.92= | 157.44 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA@ | 168.73= | 1,012.38 |
| R&R Tile - vinyl composition - High grade | 312.00 SF@ | 2.63= | 820.56 |
| Replace Floor preparation for vct | 312.00 SF@ | 0.47= | 146.64 |
| R&R Countertop - Flat laid plastic laminate | 39.58 LF@ | 37.02= | 1,465.26 |
| R&R 6" backsplash for flat laid countertop | 39.58 LF@ | 9.85= | 389.87 |
| R&R Plastic laminate end panels | 2.00 EA@ | 76.04= | 152.08 |
| Detach & Reset Toilet | 7.00 EA@ | 162.30= | 1,136.10 |
| Detach & Reset Sink - single | 4.00 EA@ | 100.10= | 400.40 |
| Detach & Reset Sink faucet - Bathroom | 4.00 EA@ | 80.28= | 321.12 |
| R&R Toilet seat | 7.00 EA@ | 46.82= | 327.74 |
| R&R Handicap grab bar - Stainless steel, 1 1/2" x 36" | 2.00 EA@ | 64.62= | 129.24 |
| R&R Handicap grab bar - Stainless steel, 1 1/2" x 42" | 1.00 EA@ | 72.63= | 72.63 |
| R&R Paper towel dispenser | 1.00 EA@ | 71.66= | 71.66 |
| R&R Toilet paper dispenser - double roll | 7.00 EA@ | 51.18= | 358.26 |
| R&R Toilet partition (plastic laminate or baked enamel steel) | 7.00 EA@ | 419.33= | 2,935.31 |
| R&R Mirror - 1/4" plate glass | 44.00 SF@ | 9.63= | 423.72 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

| Room: Womens Locker | | LxWxH 24'0" x 11'3" x 9'0" | |
|---|---|---|---|
| Subroom 1: Offset | | LxWxH 7'0" x 5'0" x 9'0" | |
| Missing Wall: | 1 - 7'0" X 9'0" | Opens into 0 | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 305.00 SF@ | 1.90= | 579.50 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 724.50 SF@ | 1.82= | 1,318.59 |
| Seal/prime the walls - one coat | 724.50 SF@ | 0.29= | 210.11 |
| R&R Batt insulation - 6" - R19 | 305.00 SF@ | 0.99= | 301.95 |
| R&R Cove base molding - rubber or vinyl, 4" high | 80.50 LF@ | 1.92= | 154.57 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 3.00 EA@ | 168.73= | 506.19 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Tile - vinyl composition - High grade | 305.00 SF@ | 2.63= | 802.15 |
| Replace Floor preparation for vct | 305.00 SF@ | 0.47= | 143.35 |

| Room: Mens Locker | | LxWxH 24'0" x 11'6" x 9'0" | |
|---|---|---|---|
| Subroom 1: Offset | | LxWxH 5'6" x 5'3" x 9'0" | |
| Missing Wall: | 1 - 5'6" X 9'0" | Opens into 0 | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 304.88 SF@ | 1.90= | 579.26 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 733.50 SF@ | 1.82= | 1,334.97 |
| Seal/prime the walls - one coat | 733.50 SF@ | 0.29= | 212.72 |
| R&R Batt insulation - 6" - R19 | 304.88 SF@ | 0.99= | 301.83 |
| R&R Cove base molding - rubber or vinyl, 4" high | 81.50 LF@ | 1.92= | 156.49 |

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Mens Locker

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 3.00 EA@ | 168.73= | 506.19 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Tile - vinyl composition - High grade | 304.88 SF@ | 2.63= | 801.82 |
| Replace Floor preparation for vct | 304.88 SF@ | 0.47= | 143.29 |

| Room: Open Office | | LxWxH 58'3" x 36'4" x 9'0" |
|---|---|---|
| Subroom 1: Offset 110 | | LxWxH 20'6" x 6'3" x 9'0" |
| Missing Wall: | 1 - 20'6" X 9'0"    Opens into 0 | Goes to Floor/Ceiling |
| Subroom 2: Offset 117 | | LxWxH 11'0" x 6'6" x 9'0" |
| Missing Wall: | 1 - 6'6" X 9'0"    Opens into 0 | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 2,316.04 SF@ | 1.90= | 4,400.48 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 2,013.00 SF@ | 1.82= | 3,663.66 |
| Seal/prime the walls - one coat | 2,013.00 SF@ | 0.29= | 583.77 |
| R&R Batt insulation - 6" - R19 | 2,316.04 SF@ | 0.99= | 2,292.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 223.67 LF@ | 1.92= | 429.44 |
| R&R Glue down carpet - Commercial grade | 2,316.04 SF@ | 4.76= | 11,024.35 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### CONTINUED - Open Office

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 26.00 EA@ | 168.73= | 4,386.98 |

**Room: Mail / Copy / Fax**                                                  **LxWxH  15'0" x 12'0" x 9'0"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 180.00 SF@ | 1.90= | 342.00 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 486.00 SF@ | 1.82= | 884.52 |
| Seal/prime the walls - one coat | 486.00 SF@ | 0.29= | 140.94 |
| R&R Batt insulation - 6" - R19 | 180.00 SF@ | 0.99= | 178.20 |
| R&R Cove base molding - rubber or vinyl, 4" high | 54.00 LF@ | 1.92= | 103.68 |
| R&R Glue down carpet - Commercial grade | 180.00 SF@ | 4.76= | 856.80 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Custom cabinets - base units | 12.00 LF@ | 203.70= | 2,444.40 |
| R&R Custom cabinets - wall units - 30" tall | 12.00 LF@ | 140.16= | 1,681.92 |

### J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Mail / Copy / Fax

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Countertop - Flat laid plastic laminate | 12.00 LF@ | 37.02= | 444.24 |
| R&R 6" backsplash for flat laid countertop | 12.00 LF@ | 9.85= | 118.20 |

**Room: Conference 2**                                    LxWxH  15'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 187.50 SF@ | 1.90= | 356.26 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 495.00 SF@ | 1.82= | 900.90 |
| Seal/prime the walls - one coat | 495.00 SF@ | 0.29= | 143.55 |
| R&R Batt insulation -  6" - R19 | 187.50 SF@ | 0.99= | 185.63 |
| R&R Cove base molding - rubber or vinyl, 4" high | 55.00 LF@ | 1.92= | 105.60 |
| R&R Glue down carpet - Commercial grade | 187.50 SF@ | 4.76= | 892.51 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

**Room: IT Room**                                                      LxWxH  15'0" x 13'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 202.50 SF@ | 1.90= | 384.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 513.00 SF@ | 1.82= | 933.66 |
| Seal/prime the walls - one coat | 513.00 SF@ | 0.29= | 148.77 |
| R&R Batt insulation -  6" - R19 | 202.50 SF@ | 0.99= | 200.48 |
| R&R Cove base molding - rubber or vinyl, 4" high | 57.00 LF@ | 1.92= | 109.44 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Tile - vinyl composition - High grade | 202.50 SF@ | 2.63= | 532.58 |
| Replace Floor preparation for vct | 202.50 SF@ | 0.47= | 95.18 |

**Room: IT Server**                                                   LxWxH  15'0" x 11'2" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 167.50 SF@ | 1.90= | 318.26 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 471.00 SF@ | 1.82= | 857.22 |
| Seal/prime the walls - one coat | 471.00 SF@ | 0.29= | 136.59 |
| R&R Batt insulation -  6" - R19 | 167.50 SF@ | 0.99= | 165.83 |
| R&R Cove base molding - rubber or vinyl, 4" high | 52.33 LF@ | 1.92= | 100.48 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - IT Server

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Tile - vinyl composition - High grade | 167.50 SF@ | 2.63= | 440.53 |
| Replace Floor preparation for vct | 167.50 SF@ | 0.47= | 78.73 |

Room: Office 116                                        LxWxH  15'0" x 11'2" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 167.50 SF@ | 1.90= | 318.26 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 471.00 SF@ | 1.82= | 857.22 |
| Seal/prime the walls - one coat | 471.00 SF@ | 0.29= | 136.59 |
| R&R Batt insulation -  6" - R19 | 167.50 SF@ | 0.99= | 165.83 |
| R&R Cove base molding - rubber or vinyl, 4" high | 52.33 LF@ | 1.92= | 100.48 |
| R&R Glue down carpet - Commercial grade | 167.50 SF@ | 4.76= | 797.31 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |

IDI-RADIOSH080908                                          08 13 2008   Page: 14

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Office 116

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

Room: Office 117                 LxWxH  15'0" x 11'2" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 167.50 SF@ | 1.90= | 318.26 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 471.00 SF@ | 1.82= | 857.22 |
| Seal/prime the walls - one coat | 471.00 SF@ | 0.29= | 136.59 |
| R&R Batt insulation - 6" - R19 | 167.50 SF@ | 0.99= | 165.83 |
| R&R Cove base molding - rubber or vinyl, 4" high | 52.33 LF@ | 1.92= | 100.48 |
| R&R Glue down carpet - Commercial grade | 167.50 SF@ | 4.76= | 797.31 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

**Room: Office 118**                                                        LxWxH  13'0" x 12'8" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 164.67 SF@ | 1.90= | 312.87 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 462.00 SF@ | 1.82= | 840.84 |
| Seal/prime the walls - one coat | 462.00 SF@ | 0.29= | 133.98 |
| R&R Batt insulation -  6" - R19 | 164.67 SF@ | 0.99= | 163.02 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.33 LF@ | 1.92= | 98.56 |
| R&R Glue down carpet - Commercial grade | 164.67 SF@ | 4.76= | 783.81 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 85.00 SF@ | 25.68= | 2,182.80 |
| Paint window frame - 2 coats (per side) | 4.00 EA@ | 15.93= | 63.72 |

**Room: Office 119**                                                        LxWxH  13'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 162.50 SF@ | 1.90= | 308.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 459.00 SF@ | 1.82= | 835.38 |
| Seal/prime the walls - one coat | 459.00 SF@ | 0.29= | 133.11 |
| R&R Batt insulation -  6" - R19 | 162.50 SF@ | 0.99= | 160.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.00 LF@ | 1.92= | 97.92 |
| R&R Glue down carpet - Commercial grade | 162.50 SF@ | 4.76= | 773.51 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Office 119

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

**Room: Office 120**                                                          LxWxH  13'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 162.50 SF@ | 1.90= | 308.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 459.00 SF@ | 1.82= | 835.38 |
| Seal/prime the walls - one coat | 459.00 SF@ | 0.29= | 133.11 |
| R&R Batt insulation - 6" - R19 | 162.50 SF@ | 0.99= | 160.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.00 LF@ | 1.92= | 97.92 |
| R&R Glue down carpet - Commercial grade | 162.50 SF@ | 4.76= | 773.51 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |

IDI-RADIOSH080908                                                    08 13 2008   Page: 17

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Office 120

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

Room: Office 121                                         LxWxH  13'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 162.50 SF@ | 1.90= | 308.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 459.00 SF@ | 1.82= | 835.38 |
| Seal/prime the walls - one coat | 459.00 SF@ | 0.29= | 133.11 |
| R&R Batt insulation -  6" - R19 | 162.50 SF@ | 0.99= | 160.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.00 LF@ | 1.92= | 97.92 |
| R&R Glue down carpet - Commercial grade | 162.50 SF@ | 4.76= | 773.51 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

IDI-RADIOSH080908

08-13 2008   Page: 18

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

**Room: Office 122**                                                                           LxWxH  13'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 162.50 SF@ | 1.90= | 308.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 459.00 SF@ | 1.82= | 835.38 |
| Seal/prime the walls - one coat | 459.00 SF@ | 0.29= | 133.11 |
| R&R Batt insulation - 6" - R19 | 162.50 SF@ | 0.99= | 160.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.00 LF@ | 1.92= | 97.92 |
| R&R Glue down carpet - Commercial grade | 162.50 SF@ | 4.76= | 773.51 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Steel frame glazed openings | 42.50 SF@ | 25.68= | 1,091.40 |
| Paint window frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |

**Room: Janitors Closet**                                                                      LxWxH  13'0" x 12'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 162.50 SF@ | 1.90= | 308.76 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 459.00 SF@ | 1.82= | 835.38 |
| Seal/prime the walls - one coat | 459.00 SF@ | 0.29= | 133.11 |
| R&R Batt insulation - 6" - R19 | 162.50 SF@ | 0.99= | 160.88 |
| R&R Cove base molding - rubber or vinyl, 4" high | 51.00 LF@ | 1.92= | 97.92 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |

IDI-RADIOSH080908                                                                08.13.2008   Page: 19

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### CONTINUED - Janitors Closet

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Tile - vinyl composition - High grade | 162.50 SF@ | 2.63= | 427.38 |
| Replace Floor preparation for vct | 162.50 SF@ | 0.47= | 76.38 |
| R&R Service sink - corner - floor mounted | 1.00 EA@ | 914.59= | 914.59 |

### Room: General

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Window blind - horizontal or vertical - Large | 40.00 EA@ | 121.41= | 4,856.40 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

Shipping Office

**Room: Office 204**                                      LxWxH  15'4" x 13'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 199.33 SF@ | 1.90= | 378.73 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 510.00 SF@ | 1.82= | 928.20 |
| Seal/prime the walls - one coat | 510.00 SF@ | 0.29= | 147.90 |
| R&R Batt insulation -  6" - R19 | 199.33 SF@ | 0.99= | 197.34 |
| R&R Cove base molding - rubber or vinyl, 4" high | 56.67 LF@ | 1.92= | 108.80 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Tile - vinyl composition - High grade | 199.33 SF@ | 2.63= | 524.25 |
| Replace Floor preparation for vct | 199.33 SF@ | 0.47= | 93.69 |

**Room: Office 203**                                      LxWxH  15'4" x 13'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 199.33 SF@ | 1.90= | 378.73 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 510.00 SF@ | 1.82= | 928.20 |
| Seal/prime the walls - one coat | 510.00 SF@ | 0.29= | 147.90 |
| R&R Batt insulation -  6" - R19 | 199.33 SF@ | 0.99= | 197.34 |
| R&R Cove base molding - rubber or vinyl, 4" high | 56.67 LF@ | 1.92= | 108.80 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### CONTINUED - Office 203

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA@ | 168.73= | 337.46 |
| R&R Tile - vinyl composition - High grade | 199.33 SF@ | 2.63= | 524.25 |
| Replace Floor preparation for vct | 199.33 SF@ | 0.47= | 93.69 |

**Room: Lounge**　　　　　　　　　　　　　　　　　　　　LxWxH  9'0" x 7'0" x 9'0"

**Subroom 1: Offset**　　　　　　　　　　　　　　　　　　LxWxH  15'4" x 14'6" x 9'0"

Missing Wall:　　　1 - 7'0" X 9'0"　　　　Opens into 0　　　Goes to Floor/Ceiling

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 285.33 SF@ | 1.90= | 542.13 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 699.00 SF@ | 1.82= | 1,272.18 |
| Seal/prime the walls - one coat | 699.00 SF@ | 0.29= | 202.71 |
| R&R Batt insulation - 6" - R19 | 285.33 SF@ | 0.99= | 282.48 |
| R&R Cove base molding - rubber or vinyl, 4" high | 77.67 LF@ | 1.92= | 149.12 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Lounge

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 3.00 EA@ | 168.73= | 506.19 |
| R&R Tile - vinyl composition - High grade | 285.33 SF@ | 2.63= | 750.43 |
| Replace Floor preparation for vct | 285.33 SF@ | 0.47= | 134.11 |

**Room: Toilet**                                                    LxWxH  9'0" x 8'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 72.00 SF@ | 1.90= | 136.80 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 306.00 SF@ | 1.82= | 556.92 |
| Seal/prime the walls - one coat | 306.00 SF@ | 0.29= | 88.74 |
| R&R Batt insulation - 6" - R19 | 72.00 SF@ | 0.99= | 71.28 |
| R&R Cove base molding - rubber or vinyl, 4" high | 34.00 LF@ | 1.92= | 65.28 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door/sidelight window frame - 2 coats (per side) | 2.00 EA@ | 31.86= | 63.72 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 1.00 EA@ | 168.73= | 168.73 |
| R&R Tile - vinyl composition - High grade | 72.00 SF@ | 2.63= | 189.36 |
| Replace Floor preparation for vct | 72.00 SF@ | 0.47= | 33.84 |
| Detach & Reset Toilet | 1.00 EA@ | 162.30= | 162.30 |

IDI-RADIOSH080908                                    08/13/2008   Page: 23

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### CONTINUED - Toilet

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Detach & Reset Sink - single | 1.00 EA@ | 100.10= | 100.10 |
| Detach & Reset Sink faucet - Bathroom | 1.00 EA@ | 80.28= | 80.28 |
| R&R Toilet seat | 1.00 EA@ | 46.82= | 46.82 |

**Room: Electrical Room**                    LxWxH  20'5" x 10'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 204.17 SF@ | 1.90= | 387.92 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 363.75 SF@ | 1.82= | 662.03 |
| Seal/prime the walls - one coat | 547.50 SF@ | 0.29= | 158.78 |
| R&R Batt insulation - 6" - R19 | 204.17 SF@ | 0.99= | 202.12 |
| R&R Cove base molding - rubber or vinyl, 4" high | 60.83 LF@ | 1.92= | 116.80 |
| R&R Steel frame glazed openings | 10.25 SF@ | 25.68= | 263.22 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door frame - 2 coats (per side) | 4.00 EA@ | 15.93= | 63.72 |
| R&R Steel door, 3'x 7' | 2.00 EA@ | 149.85= | 299.70 |
| Paint door slab only - 2 coats (per side) | 4.00 EA@ | 15.99= | 63.96 |
| R&R Door hinge, 4" ball bearing (set of 3) | 2.00 EA@ | 59.26= | 118.52 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 2.00 EA@ | 120.59= | 241.18 |
| R&R Door stop - Wall or floor mounted | 2.00 EA@ | 12.62= | 25.24 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

**Room: Warehouse**                                                                 LxWxH  702'0" x 250'0" x 40'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Replace Service recessed dock levelers - 30 ton | 19.00 EA@ | 564.91= | 10,733.29 |
| R&R Recessed Dock levelers- 30 ton | 10.00 EA@ | 2950.00= | 29,500.00 |
| R&R Track guards | 41.00 EA@ | 268.00= | 10,988.00 |
| R&R Dock light fixture | 29.00 EA@ | 77.87= | 2,258.23 |
| R&R Bumper for loading dock | 78.00 EA@ | 131.88= | 10,286.64 |
| R&R LAM - Indirect metal halide | 341.00 EA@ | 364.00= | 124,124.00 |
| R&R Fluorescent - two tube - 8' - strip light | 110.00 EA@ | 122.03= | 13,423.30 |
| Replace Epoxy finish - one coat over concrete floor | 5,000.00 SF@ | 2.38= | 11,900.00 |
| Replace Loading dock - door seals | 29.00 EA@ | 781.17= | 22,653.93 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 10,000.00 SF@ | 1.82= | 18,200.00 |
| Replace Metal studding, 6" wide, 16" OC, 20 Ga. - 1/2 area | 5,000.00 SF@ | 1.92= | 9,600.00 |
| Replace Chain link fence w/posts & gatesl - vinyl coat - | 10,000.00 LF@ | 5.65= | 56,500.00 |
| R&R Dock pits | 10.00 EA@ | 1650.00= | 16,500.00 |

**Room: Warehouse Restroom**                                                         LxWxH  8'0" x 7'6" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Suspended ceiling system - 2' x 4' | 60.00 SF@ | 1.90= | 114.00 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 248.00 SF@ | 1.82= | 451.36 |
| Seal/prime the walls - one coat | 248.00 SF@ | 0.29= | 71.92 |
| R&R Batt insulation -  6" - R19 | 60.00 SF@ | 0.99= | 59.40 |
| R&R Cove base molding - rubber or vinyl, 4" high | 31.00 LF@ | 1.92= | 59.52 |
| R&R Steel door frame - 3' opening | 1.00 EA@ | 151.48= | 151.48 |
| Paint door frame - 2 coats (per side) | 2.00 EA@ | 15.93= | 31.86 |
| R&R Wood door - birch face, solid core, 7'0 | 1.00 EA@ | 168.57= | 168.57 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 15.99= | 31.98 |
| R&R Door hinge, 4" ball bearing (set of 3) | 1.00 EA@ | 59.26= | 59.26 |
| R&R Lockset - keyed - Medium duty - Commercial grade | 1.00 EA@ | 120.59= | 120.59 |
| R&R Door stop - Wall or floor mounted | 1.00 EA@ | 12.62= | 12.62 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Warehouse Restroom

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 1.00 EA@ | 168.73= | 168.73 |
| R&R Tile - vinyl composition - High grade | 60.00 SF@ | 2.63= | 157.80 |
| Replace Floor preparation for vct | 60.00 SF@ | 0.47= | 28.20 |
| Detach & Reset Toilet | 1.00 EA@ | 162.30= | 162.30 |
| Detach & Reset Sink - single | 1.00 EA@ | 100.10= | 100.10 |
| Detach & Reset Sink faucet - Bathroom | 1.00 EA@ | 80.28= | 80.28 |
| R&R Toilet seat | 1.00 EA@ | 46.82= | 46.82 |
| R&R Handicap grab bar - Stainless steel, 1 1/2" x 36" | 1.00 EA@ | 64.62= | 64.62 |
| R&R Handicap grab bar - Stainless steel, 1 1/2" x 42" | 1.00 EA@ | 72.63= | 72.63 |
| R&R Paper towel dispenser | 1.00 EA@ | 71.66= | 71.66 |
| R&R Toilet paper dispenser - double roll | 1.00 EA@ | 51.18= | 51.18 |
| R&R Mirror - 1/4" plate glass | 4.50 SF@ | 9.63= | 43.34 |

Mechanicals

Room: Electrical                           LxWxH  147'9" x 69'8" x 9'0"

Subroom 1: Shipping area                   LxWxH  49'6" x 15'4" x 9'0"

Subroom 2: Electrical Room                 LxWxH  20'5" x 20'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Phone / low voltage copper wiring | 11,460.58 LF@ | 0.81= | 9,283.07 |
| Replace Surveillance system wiring for camera drops | 19.00 EA@ | 449.47= | 8,539.93 |

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Electrical

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Replace Commercial electricall - warehouse area | 175,500.00 SF@ | 1.30= | 228,150.00 |

| Room: Plumbing | LxWxH  147'9" x 69'8" x 9'0" |
|---|---|
| Subroom 1: Shipping area | LxWxH  49'6" x 15'4" x 9'0" |
| Subroom 2: Electrical Room | LxWxH  20'5" x 20'0" x 9'0" |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Replace Rough in plumbing - includes supply and waste lines, reconnection to existing | 1.00 EA@ | 26920.00= | 26,920.00 |
| Replace Copper water mains to restroom and pipe insulation | 1.00 EA@ | 28185.00= | 28,185.00 |
| Detach & Reset Eyewash | 1.00 EA@ | 480.00= | 480.00 |
| Replace Natural gas service line - split | 1.00 EA@ | 4900.00= | 4,900.00 |
| Replace Drains for rooftop units | 7.00 EA@ | 1300.00= | 9,100.00 |

| Room: Heat, Vent, & Cool | LxWxH  147'9" x 69'8" x 9'0" |
|---|---|
| Subroom 1: Shipping area | LxWxH  49'6" x 15'4" x 9'0" |
| Subroom 2: Electrical Room | LxWxH  20'5" x 20'0" x 9'0" |

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Heating and cooling unit - 12.5 ton | 1.00 EA@ | 17964.37= | 17,964.37 |

IDI-RADIOSH080908

08/13/2008   Page: 27

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - Heat, Vent, & Cool

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Heating and cooling unit - 5 ton, 140 MBH | 3.00 EA@ | 9044.24= | 27,132.72 |
| R&R Heating and cooling unit - 10 ton, 260 MBH | 1.00 EA@ | 15766.37= | 15,766.37 |
| R&R Heating and cooling unit - 3 ton | 2.00 EA@ | 5458.89= | 10,917.78 |
| R&R Ductwork - hot or cold air (per drop) - Insulated | 74.00 EA@ | 374.99= | 27,749.26 |
| R&R Exhaust fan - cone style 48" 6 blade, galvanized | 1.00 EA@ | 1876.75= | 1,876.75 |
| R&R Exhaust fan - cone style 36" 6 blade, galvanized | 2.00 EA@ | 631.35= | 1,262.70 |
| R&R Thermostat - Premium grade (programmable) | 7.00 EA@ | 244.40= | 1,710.80 |

Room: Fire protection                                LxWxH  147'9" x 69'8" x 9'0"

Subroom 1: Shipping area                             LxWxH  49'6" x 15'4" x 9'0"

Subroom 2: Electrical Room                           LxWxH  20'5" x 20'0" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Exposed fire protection system (SF of bldg) | 16,460.58 SF@ | 3.46= | 56,953.62 |

Room: General Conditions

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Commercial supervision - per hour | 880.00 HR@ | 54.13= | 47,634.40 |
| General Laborer - per hour | 880.00 HR@ | 24.11= | 21,216.80 |

### J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

CONTINUED - General Conditions

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 56.00 EA@ | 521.04= | 29,178.24 |
| Replace Temporary construction office - portable (trailer) | 5.00 MO@ | 260.00= | 1,300.00 |
| R&R Temporary power - hookup | 1.00 EA@ | 336.59= | 336.59 |
| Replace Temporary power usage (per month) - Commercial | 5.00 MO@ | 168.79= | 843.95 |
| Replace Temporary toilet (per month) | 10.00 MO@ | 90.96= | 909.60 |
| Replace Temporary water - hookup fee - Commercial | 1.00 EA@ | 500.00= | 500.00 |
| Replace Temporary water - usage - per month - Commercial | 5.00 MO@ | 56.00= | 280.00 |
| Engineering and Architectural Services | 1.00 EA@ | 12291.36= | 12,291.36 |
| Clean - Post Construction | 11,461.00 SF@ | 0.65= | 7,449.65 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 120,684.17 | SF Walls | 233,027.33 | SF Ceiling | 353,711.50 | SF Walls & Ceiling |
| 233,027.33 | SF Floor | 25,891.93 | SY Flooring | 6,886.17 | LF Floor Perimeter |
| 43,418.17 | SF Long Wall | 18,076.75 | SF Short Wall | 6,898.17 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### Summary for Tornado

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 1,168,794.36 |
| Permit | | | | 5,761.47 |
| Material Sales Tax | @ | 9.250% x | 907,098.54 | 83,906.61 |
| | | | | |
| Subtotal | | | | 1,258,462.44 |
| Overhead | @ | 9.5% x | 1,246,171.08 | 118,386.25 |
| MS Contractors Tax | @ | 3.500% x | 2,502,910.59 | 40,907.79 |
| | | | | |
| Grand Total | | | | 1,417,756.48 |

Christy Ball

## J. S. Held, Incorporated

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

### Recap By Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| ACOUSTICAL TREATMENTS | | | 19,747.70 | 1.39% |
| CABINETRY | | | 18,659.51 | 1.32% |
| CLEANING | | | 7,449.65 | 0.53% |
| CONCRETE & ASPHALT | | | 28,400.00 | 2.00% |
| GENERAL DEMOLITION | | | 77,984.05 | 5.50% |
| DOORS | | | 9,269.07 | 0.65% |
| DRYWALL | | | 65,387.57 | 4.61% |
| ELECTRICAL | | | 236,287.01 | 16.67% |
| ELECTRICAL - SPECIAL SYSTEMS | | | 8,539.93 | 0.60% |
| MISC. EQUIPMENT - COMMERCIAL | | | 73,375.22 | 5.18% |
| FLOOR COVERING - CARPET | | | 21,011.30 | 1.48% |
| FLOOR COVERING - RESILIENT | | | 13,432.76 | 0.95% |
| FLOOR COVERING - VINYL | | | 7,358.20 | 0.52% |
| FENCING | | | 56,500.00 | 3.99% |
| FINISH HARDWARE | | | 14,442.70 | 1.02% |
| FIRE PROTECTION SYSTEMS | | | 43,949.76 | 3.10% |
| FRAMING & ROUGH CARPENTRY | | | 3,930.72 | 0.28% |
| GLASS, GLAZING, & STOREFRONTS | | | 14,725.86 | 1.04% |
| HEAT, VENT & AIR CONDITIONING | | | 99,375.96 | 7.01% |
| INSULATION - MECHANICAL | | | 28,185.00 | 1.99% |
| INSULATION | | | 9,231.19 | 0.65% |
| LABOR ONLY | | | 68,851.20 | 4.86% |
| LIGHT FIXTURES | | | 157,745.49 | 11.13% |
| MIRRORS & SHOWER DOORS | | | 875.05 | 0.06% |
| PLUMBING | | | 49,152.89 | 3.47% |
| PAINTING | | | 9,014.02 | 0.64% |
| TOILET & BATH ACCESSORIES | | | 4,854.92 | 0.34% |
| TEMPORARY REPAIRS | | | 4,133.87 | 0.29% |
| WINDOW TREATMENT | | | 4,632.40 | 0.33% |
| Subtotal | | | 1,156,503.00 | 81.57% |
| Permit | | | 5,761.47 | 0.41% |
| Material Sales Tax | @ | 9.250% | 83,906.61 | 5.92% |
| Overhead | @ | 9.50% | 118,386.25 | 8.35% |

IDI-RADIOSH080908                                    08/13/2008   Page: 31

**J. S. Held, Incorporated**

1025 Rose Creek Drive
Suite 620-188
Woodstock, GA 30189

| | | |
|---|---|---|
| O&P Items Subtotal | 1,364,557.33 | 96.25% |

| Non-O&P Items | Total Dollars | % |
|---|---|---|
| LABOR ONLY | 12,291.36 | 0.87% |
| Non-O&P Items Subtotal | 12,291.36 | 0.87% |
| O&P Items Subtotal | 1,364,557.33 | 96.25% |
| MS Contractors Tax @ 3.500% | 40,907.79 | 2.89% |
| Grand Total | 1,417,756.48 | |

IDI-RADIOSH080908

08 13 2008   Page: 32