# EXHIBIT "C"

\* \* \* \* \* \* \* \* This transaction is affected by a manual change \* \* \* \* \* \* \* \*

EMPLOYERS MUTUAL CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                               *-----------------------*
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08   *   POLICY NUMBER   *
                               * 3 A 2 - 2 2 - 7 8---08 *
                               *-----------------------*
```

N A M E D   I N S U R E D :                    P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WAREHOUSE 86 LLC                        MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC               INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC             1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                            PO BOX 3348
JACKSON MS 39236-6692                   RIDGELAND MS 39158-3348

                                        AGENT: AH-9333
     DIRECT BILL                        AGENT PHONE: 601-605-3150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y .
          P L E A S E   R E A D   I T   C A R E F U L L Y .

-----------------------------------------------------------------------

         *------------------------------------------------*
         * ENDORSEMENT EFFECTIVE DATES: 11/08/07 TO 04/15/08 *
         *------------------------------------------------*

IN CONSIDERATION OF THE RETURN PREMIUM
THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

AMENDING PERSONAL PROPERTY LIMIT ON LOC 001 TO $50,000 PER ATTACHED
SCHEDULE.
```

-----------------------------------------------------------------------

```
         ----------------------------------------
              RETURN PREMIUM:   $      269.00
         ----------------------------------------
```

PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07        COUNTERSIGNED BY:            (CONTINUED)
FORM: IL1201A (ED. 01-86)      BPP      115     JJ       3A22278  0805

PAGE 2

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07   EXP DATE: 04/15/08
```

## C H A N G E   E N D O R S E M E N T
### C O N T I N U E D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
```
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06), CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02), CP7313(01/04), CP8075(07/06),
CP9993(10/90), IL0119(01/07), IL0266(07/02), IL0282(07/02),
IL0415(04/98), IL0952(11/02), IL7050(09/90), IL7130A(04/01),
IL7131A(04/01)*, IL7306(08/98), IL8383.2(01/07), IL8384A(09/04)
```

Refer to prior distribution(s) for any forms not attached

```
PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07         COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)       BPP      115      JJ        3A22278   0805
```

```
EMPLOYERS MUTUAL CASUALTY COMPANY           POLICY NUMBER: 3A2-22-78---08
```

```
WAREHOUSE 86 LLC              EFF DATE: 11/08/07     EXP DATE: 04/15/08
```

C O M M E R C I A L   P R O P E R T Y   P O L I C Y
D E C L A R A T I O N S
====================================================================
ENDORSEMENT SCHEDULE

| FORM | EDITION DATE | DESCRIPTION/ADDITIONAL INFORMATION | PREMIUM |
|------|------|-----------------------------------|---------|
| CP0010 | 04-02 | BLDG & PERSONAL PROP. COVERAGE FORM | |
| CP0030 | 04-02 | BUS. INCOME & EXTRA EXPENSE COVERAGE | |
| CP0090 | 07-88 | COMMERCIAL PROPERTY CONDITIONS | |
| CP0127 | 03-96 | UTAH CHANGES | |
| CP0140 | 07-06 | EXCL OF LOSS DUE TO VIRUS/BACTERIA | |
| CP1030 | 04-02 | CAUSES OF LOSS SPECIAL FORM | |
| CP1218 | 06-95 | LOSS PAYABLE PROVISIONS | |
| *CP7001A | 01-86 | COMMERCIAL PROPERTY SCHEDULE | |
| CP7007.1 | 10-00 | COMM PROPERTY QUICK REFERENCE | |
| CP7159 | 10-02 | BROADENED PROPERTY COVRG EXTENSION | |
| CP7313 | 01-04 | EQUIPMENT PROTECTION ENDORSEMENT | |
| CP8075 | 07-06 | POLICYHOLDER NOTICE | |
| CP9993 | 10-90 | TENTATIVE RATE | |
| IL0119 | 01-07 | MISSISSIPPI CHANGES | |
| IL0266 | 07-02 | UT CHANGES - CANCELLATION/NONRENEWAL | |
| IL0282 | 07-02 | MS CHANGES - CANCELLATION/NONRENEWAL | |
| IL0415 | 04-98 | PROTECTIVE SAFEGUARDS | |
| IL0952 | 11-02 | CAP/LOSSES/CERTIFD ACTS OF TERRORISM | |
| IL7050 | 09-90 | RENEWAL PREMIUM PAYMENT ENDORSEMENT | |
| IL7130A | 04-01 | NAMED INSURED ENDORSEMENT | |
| *IL7131A | 04-01 | COMM'L POLICY ENDORSEMENT SCHEDULE | |
| IL7306 | 08-98 | EXCLUSION OF CERTAIN COMPUTER LOSSES | |
| IL8383.2 | 01-07 | DISCLOSURE NOTICE OF TERRORISM COVG | |
| | | SCHEDULE - Part 1 | |
| | | A. Premium through end of year 12/31/07 | $    37 |
| | | B. Premium beyond the date specified above | $    15 |
| IL8384A | 09-04 | TERRORISM NOTICE | |

```
DATE OF ISSUE: 11/30/07
FORM: IL7131A (ED. 04-01)     BPP     115     JJ     3A22278  0805


EMPLOYERS MUTUAL CASUALTY COMPANY

        N A M E D   I N S U R E D   E N D O R S E M E N T
```

```
                                          *-----------------------*
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08    *    POLICY NUMBER   *
                                          * 3 A 2 - 2 2 - 7 8---08 *
                                          *-----------------------*
         N A M E D   I N S U R E D :        P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WAREHOUSE 86 LLC                      MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC             INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC           1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                          PO BOX 3348
JACKSON MS 39236-6692                 RIDGELAND MS 39158-3348

                                     AGENT: AH-9333
     DIRECT BILL                     AGENT PHONE: 601-605-3150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
         P L E A S E   R E A D   I T   C A R E F U L L Y.


  -------------------------------------------------------------------------


         *--------------------------------------------------*
         * ENDORSEMENT EFFECTIVE DATES: 11/08/07 TO 04/15/08 *
         *--------------------------------------------------*
         IT IS HEREBY AGREED AND UNDERSTOOD THAT THE NAMED INSURED
                   IS AMENDED TO READ AS FOLLOWS:


     1ST NAMED INSURED:
     WAREHOUSE 86 LLC

     NO. 02:
     W86 PROPERTY HOLDINGS, LLC

     NO. 03:
     ELECTRONIC TECHNOLOGIES, INC.
```

```
PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07
FORM: IL7130A (ED. 04-01)      BPP        115      JJ          3A22278  0805


EMPLOYERS MUTUAL CASUALTY COMPANY               PRIOR POLICY: 3A2-22-78

      C O M M E R C I A L   P R O P E R T Y   D E C L A R A T I O N S

                                          *-----------------------*
POLICY PERIOD: FROM  04/15/07  TO  04/15/08    *    POLICY NUMBER   *
```

```
                                    * 3 A 2 - 2 2 - 7 8---08 *
                                    *-----------------------*
         N A M E D   I N S U R E D :      P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WAREHOUSE 86 LLC                    MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC           INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC         1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                        PO BOX 3348
JACKSON MS 39236-6692               RIDGELAND MS 39158-3348

                                    AGENT: AH-9333
   DIRECT BILL                      AGENT PHONE: 601-605-3150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   INSURED IS: LLC
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         SEE ATTACHED SCHEDULE FOR DESCRIPTION OF LOCATIONS,
              SPECIAL INTERESTS AND DEDUCTIBLES
              -----------------------------------------------


 C O V E R A G E S   P R O V I D E D             P R E M I U M
-------------------------------------            -------------
   BUILDING                            $         5,635.00
   PERSONAL PROPERTY                   $         9,077.00
   BUSINESS INCOME                     $           540.00
-----------------------------------------------------------------
              TOTAL PROPERTY PREMIUM   $        15,252.00
              ---------------------------------------------


-----------------------------------------------------------------
FORMS APPLICABLE:
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06), CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02), CP7313(01/04), CP8075(07/06),
CP9993(10/90), IL0119(01/07), IL0266(07/02), IL0282(07/02),
IL0415(04/98), IL0952(11/02), IL7050(09/90), IL7130A(04/01),
IL7131A(04/01)*, IL7306(08/98), IL8383.2(01/07), IL8384A(09/04)


Refer to prior distribution(s) for any forms not attached
-----------------------------------------------------------------
```

```
DATE OF ISSUE: 11/30/07   (BPP)
FORM: CP7000A ED. 1-86    BPP    03/20/07    115    JJ    3A22278   0805


EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC               EFF DATE: 11/08/07    EXP DATE: 04/15/08
         C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
-------------------------------------------------------------------------
LOC 001  108 HAYDEN ST                DESCRIPTION: 1 STORY  NONCOMB  BLDG
                                         IN PROTECTION CLASS 07
         INDIANOLA, MS.               OCCUPANCY: OFFICE FURNITURE STORAGE
```

```
        38751-9700                          AND DISTRIBUTION

DEDUCTIBLE PER OCCURRENCE: $ 1,000 ON ALL COVERED CAUSES OF LOSS
FOR INSPECTION CONTACT: BOYLES MOAK BRICKELL          601-605-4114  AGT
PROTECTIVE SAFEGUARDS: P-1
```

|      |                      | LIMIT OF | COVERED CAUSES | SPEC* |       | OPTIONAL |
|------|----------------------|----------|----------------|-------|-------|----------|
| ITEM | COVERAGE             | INSURANCE| OF LOSS        | INT   | COINS | COVERAGES |
| 01   | BUILDING             | $ 1,230,000 | SPECIAL | 04 | 80% | REPLACEMENT COST |
| 02   | PERSONAL PROPERTY OF | $ 50,000 | SPECIAL | | 80% | REPLACEMENT COST |
|      | YOUR BUSINESS OFFICE |          |         | | | |
|      | CONTENTS & COMPUTERS ONLY | |     | | | |

```
LOC 003   STE 110                    DESCRIPTION: 1 STORY  JSTD MAS  BLDG
          481 AIRPORT INDUSTRIAL DR              IN PROTECTION CLASS 05
          SOUTHAVEN, MS.             OCCUPANCY: INDUSTRIAL RACKING AND
          38671-5879                            CONVEYOR SYSTEMS

DEDUCTIBLE PER OCCURRENCE: $ 1,000 ON ALL COVERED CAUSES OF LOSS, EXCEPT
    72 HOURS ON BUSINESS INCOME
FOR INSPECTION CONTACT: BOYLES MOAK BRICKELL          601-605-4114  AGT
PROTECTIVE SAFEGUARDS: P-1
```

|      |                      | LIMIT OF | COVERED CAUSES | SPEC* |       | OPTIONAL |
|------|----------------------|----------|----------------|-------|-------|----------|
| ITEM | COVERAGE             | INSURANCE| OF LOSS        | INT   | COINS | COVERAGES |
| 01   | PERSONAL PROPERTY OF | $ 1,000,000 | SPECIAL | 01 | 80% | REPLACEMENT COST |
|      | YOUR BUSINESS        |          |         | 03 | | |
|      |                      |          |         | 05 | | |
| 02   | BUSINESS INCOME      | $ 50,000 | SPECIAL | | | MONTHLY INDEM 1/6 |
|      | INCLUDING RENTAL VALUE | |        | | | |

```
DATE OF ISSUE: 11/30/07   (BPP)                        (CONTINUED)
FORM: CP7001A ED. 1-86    BPP    03/20/07    115    JJ    3A22278  0805


PAGE NO: 2
EMPLOYERS MUTUAL CASUALTY COMPANY               POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 11/08/07   EXP DATE: 04/15/08
        C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
```

```
LOC 004   986 W 2ND ST              DESCRIPTION: 1 STORY NONCOMB  BLDG
                                                IN PROTECTION CLASS 03
          OGDEN, UT.                OCCUPANCY: WAREHOUSE
          84404-1324
```

LOC DESCRIPTION: BLDG 12A

DEDUCTIBLE PER OCCURRENCE: $ 1,000 ON ALL COVERED CAUSES OF LOSS, EXCEPT
   72 HOURS ON BUSINESS INCOME
FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL        601-605-4114  AGT

|  | | COVERED | | | |
|--|--|--|--|--|--|
| ITEM | COVERAGE | LIMIT OF INSURANCE | CAUSES OF LOSS | SPEC* INT COINS | OPTIONAL COVERAGES |
| 01 | PERSONAL PROPERTY OF YOUR BUSINESS | $   150,000 | SPECIAL | 80% | REPLACEMENT COST |
| 02 | BUSINESS INCOME INCLUDING RENTAL VALUE | $    50,000 | SPECIAL | | MONTHLY INDEM 1/6 |

LOC 005  5 RIVER BEND PL STE D           DESCRIPTION: 1 STORY  JSTD MAS  BLDG
                                                      IN PROTECTION CLASS 05
         FLOWOOD, MS.                     OCCUPANCY: WAREHOUSE
         39232-7618

DEDUCTIBLE PER OCCURRENCE: $ 1,000 ON ALL COVERED CAUSES OF LOSS
FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL        601-605-4114  AGT

|  | | COVERED | | | |
|--|--|--|--|--|--|
| ITEM | COVERAGE | LIMIT OF INSURANCE | CAUSES OF LOSS | SPEC* INT COINS | OPTIONAL COVERAGES |
| 01 | PERSONAL PROPERTY OF YOUR BUSINESS | $    5,000 | SPECIAL | 80% | REPLACEMENT COST |

                          *SPECIAL INTEREST
           SPEC.
           INT. NO.  LOSS PAYEE - LOSS PAYABLE
              01     SC KIOSKS,INC.
                     300 RADIOSHACK CIRCLE        MS CF6-314
                     FORTWORTH, TX. 76102-1964
           SPEC.
           INT. NO.  LOSS PAYEE - LOSS PAYABLE
              03     GENERAL ELECTRIC CAPITAL     CORP.
                     16479 DALLAS PARKWAY         NO. 300
                     ADDISON, TX. 75001-2512

DATE OF ISSUE: 11/30/07   (BPP)                        (CONTINUED)
FORM: CP7001A ED. 1-86    BPP     03/20/07   115    JJ    3A22278  0805

PAGE NO:  3
EMPLOYERS MUTUAL CASUALTY COMPANY                POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 11/08/07   EXP DATE: 04/15/08
        C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
--------------------------------------------------------------------------
           SPEC.
           INT. NO.  MORTGAGEE
              04     TRUSTMARK NATIONAL BANK
                     P O BOX 291
                     JACKSON, MS. 39205
           SPEC.
           INT. NO.  LOSS PAYEE - LOSS PAYABLE

```
    05      WELLS FARGO FINANCIAL         LEASING,INC ISA
            CAPITAL SQUARE 400 LOCUST     STREET STE 500
            DES MOINES, IA. 50309
        REFERENCE NO:  COPIER
```

---------------------------------------------------------

INCLUDES COPYRIGHTED MATERIAL OF ISO COMMERCIAL RISK SERVICES, INC. WITH ITS
PERMISSION.
        COPYRIGHT, ISO COMMERCIAL RISK SERVICES, INC. 1983, 1984

```
DATE OF ISSUE: 11/30/07    (BPP)
FORM: CP7001A ED. 1-86     BPP      03/20/07    115    JJ      3A22278  0805
```

                                        JJ  08/13/09 10:03:32

COMMERCIAL PROPERTY
CP 00 10 04 02

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. – Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

© ISO Properties, Inc., 2001

**c.** **Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities.

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under Additional Coverages – Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This Paragraph **n.,** does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

    **(c)** Rowboats or canoes out of water at the described premises; or

    **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

 © ISO Properties, Inc., 2001 CP 00 10 04 02 ⊏

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See applicable Causes of Loss Form as shown in the Declarations.

## 4. Additional Coverages

### a. Debris Removal

(1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

   (a) Extract "pollutants" from land or water; or

   (b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

   (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

   (b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

   (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

   (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

   The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

© ISO Properties, Inc., 2001

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

 © ISO Properties, Inc., 2001 **CP 00 10 04 02**  □

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

  (a) You were required to comply with before the loss, even when the building was undamaged; and

  (b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

  (a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  (b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

  (a) We will not pay for the Increased Cost of Construction:

    (i) Until the property is actually repaired or replaced, at the same or another premises; and

    (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  (b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

  (c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Electronic Data is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Electronic Data includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage – Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

© ISO Properties, Inc., 2001

CP 00 10 04 02      □

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-Premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

 © ISO Properties, Inc., 2001

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

© ISO Properties, Inc., 2001
CP 00 10 04 02

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Bldg. 1: | $ | 60,000 |
| Limit of Insurance – Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100
–       250
$ 59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139, 850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:    $    70,000
(exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:    $    90,000
(exceeds Limit of Insurance plus Deductible)
Loss Payable – Bldg. 1:    $60,000
(Limit of Insurance)
Loss Payable – Bldg. 2:    $80,000
(Limit of Insurance)
Total amount of loss payable:
$140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

© ISO Properties, Inc., 2001

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

  **(a)** Vandalism;

  **(b)** Sprinkler leakage, unless you have protected the system against freezing;

  **(c)** Building glass breakage;

  **(d)** Water damage;

  **(e)** Theft; or

  **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

  **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

  **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is | $ | 100,000 |
| | The Deductible is | $ | 250 |
| | The amount of loss is | $ | 40,000 |
| Step **(1):** | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | | |
| Step **(2):** | $100,000 ÷ $200,000 = .50 | | |
| Step **(3):** | $40,000 x .50 = $20,000 | | |
| Step **(4):** | $20,000 – $250 = $19,750 | | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The value of the property is | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is | $ | 200,000 |
| | The Deductible is | $ | 250 |
| | The amount of loss is | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of property is: | | |
|---|---|---|---|
| | Bldg. at Location No. 1 | $ | 75,000 |
| | Bldg. at Location No. 2 | $ | 100,000 |
| | Personal Property at Location No. 2 | $ | 75,000 |
| | | $ | 250,000 |
| | The Coinsurance percentage for it is | | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ | 180,000 |
| | The Deductible is | $ | 1,000 |
| | The amount of loss is: | | |
| | Bldg. at Location No. 2 | $ | 30,000 |
| | Personal Property at Location No. 2. | $ | 20,000 |
| | | $ | 50,000 |
| Step **(1):** | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) | | |
| Step **(2):** | $180,000 ÷ $225,000 = .80 | | |
| Step **(3):** | $50,000 x .80 = $40,000 | | |
| Step **(4):** | $40,000 – $1,000 = $39,000 | | |

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

© ISO Properties, Inc., 2001

(3) Has notified us of any change in owner-ship, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you be-cause of your acts or because you have failed to comply with the terms of this Cov-erage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgage-holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mort-gage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the fol-lowing Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Cov-erage shown in the Declarations is not ex-tended, the Additional Condition, Coinsur-ance, is reinstated and this Optional Cover-age expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will auto-matically increase by the annual percent-age shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | | | |
|---|---|---|---|
| | The applicable Limit of Insurance is | $ | 100,000 |
| | The annual percentage increase is | | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | | 146 |
| | The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Cov-erage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

---

CP 00 10 04 02                © ISO Properties, Inc., 2001                **Page 13 of 14**              □