Case 09-00139-ee    Doc 3    Filed 11/04/09    Entered 11/04/09 10:05:55    Desc Main
Document    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WAREHOUSE 86, LLC,                                    Chap. 11 Bankruptcy Case No. 08-03423-EE

DEBTOR.                                               ALL DOCUMENTS REGARDING THIS MATTER MUST BE
                                                      IDENTIFIED BY BOTH ADVERSARY & BANKRUPTCY NOS

SCK, INC. AND RADIOSHACK CORPORATION                                                    PLAINTIFFS

VS.                                                   ADVERSARY PROCEEDING NO. 09-00139-EE

WAREHOUSE 86, LLC                                                                       DEFENDANT

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the *Complaint for Declaratory Judgment* (Adv. Dkt. #1), which is attached to this summons to the Clerk of the Bankruptcy Court, 100 East Capitol Street, P. O. Box 2448, Jackson, MS 39225-2448, within **30 days** after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney: **MARCUS M. WILSON, ESQ., 188 E. CAPITOL ST., SUITE 1400, JACKSON, MS 39201.** If you make a motion, your time to answer is governed by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE:   November 12, 2009



DANNY L. MILLER, CLERK

By:  /s/   Kimber McDowell
          Adversary Case Administrator

## CERTIFICATE OF SERVICE

I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ___11/06/09___ (date) by (check method of service below and complete name and address information):

| ✓ Mail service Regular, first class United States mail, postage fully paid, addressed to: | ___ Personal service By leaving the process with defendant or with an officer or agent of defendant at: | ___ Residence Service By leaving the process with the following adult at: | ___ Publication The defendant was served as follows: | ___ State Law The defendant was served pursuant to the laws of the State of _____, as follows (describe briefly in address block): |
|---|---|---|---|---|
| **NAME:** John A. Crawford, Jr., Esq. | **ADDRESS:** 210 E. Capitol Street, 17th Floor  Jackson, Mississippi  39201 | | | |

Under penalty of perjury, I declare that the foregoing is true and correct.

| Signature: *Lorien Smith* | Date: 11/9/09 |
|---|---|
| Print Name: Lorien Smith | |
| Business Address: P.O. Box 98 | City: Jackson    State: MS    Zip: 39205-0098 |



Case 09-00139-ee   Doc 3   Filed 11/04/09   Entered 11/04/09 10:05:55   Desc Main
Document      Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WAREHOUSE 86, LLC,                                            Chap. 11 Bankruptcy Case No. 08-03423-EE

    DEBTOR.                                           ALL DOCUMENTS REGARDING THIS MATTER MUST BE
                                                                            IDENTIFIED BY BOTH ADVERSARY & BANKRUPTCY NOS

SCK, INC. AND RADIOSHACK CORPORATION                                         PLAINTIFFS

VS.                                                           ADVERSARY PROCEEDING NO. 09-00139-EE

WAREHOUSE 86, LLC                                                            DEFENDANT

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the *Complaint for Declaratory Judgment* (Adv. Dkt. #1), which is attached to this summons to the Clerk of the Bankruptcy Court, 100 East Capitol Street, P. O. Box 2448, Jackson, MS 39225-2448, within **30 days** after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney: **MARCUS M. WILSON, ESQ., 188 E. CAPITOL ST., SUITE 1400, JACKSON, MS 39201.** If you make a motion, your time to answer is governed by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



DATE:  November 12, 2009                                         DANNY L. MILLER, CLERK

                                                                                        By:  /s/   Kimber McDowell
                                                                                                     Adversary Case Administrator

## CERTIFICATE OF SERVICE

I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __11/06/09__ (date) by (check method of service below and complete name and address information):

| ✓ Mail service Regular, first class United States mail, postage fully paid, addressed to: | ___ Personal service By leaving the process with defendant or with an officer or agent of defendant at: | ___ Residence Service By leaving the process with the following adult at: | ___ Publication The defendant was served as follows: | ___ State Law The defendant was served pursuant to the laws of the State of _____, as follows (describe briefly in address block): |
|---|---|---|---|---|
| **NAME:** Ernest K. Strahan, III | **ADDRESS:** 5 River Bend Place, Suite D  Flowood, Mississippi  39232 | | | |

Under penalty of perjury, I declare that the foregoing is true and correct.

| Signature: *Lorien Smith* | Date: 11/9/09 |
|---|---|
| Print Name:  Lorien Smith | |
| Business Address: P.O. Box 98 | City: Jackson   State: MS   Zip: 39205-0098 |

