### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **WAREHOUSE 86, LLC,** | **CASE NO. 08-03423-EE** |
| **DEBTOR.** | **CHAPTER 11** |
| | |
| **SCK, INC. AND** | **PLAINTIFFS/** |
| **RADIOSHACK CORPORATION** | **COUNTER-DEFENDANTS** |
| **VS.** | **ADV. PROC. NO. 09-00139-EE** |
| **WAREHOUSE 86, LLC** | **DEFENDANT/COUNTER-CLAIMANT** |

### SCHEDULING ORDER

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 7016, it is:

**ORDERED** that all discovery shall be completed on or before **February 26, 2010.**

**ORDERED** that motions for joinder of parties or amendments to the pleading shall be served on or before **January 27, 2010.**

**ORDERED** that all experts shall be designated on or before **January 27, 2010.**

**ORDERED** that all motions, with exception of evidentiary *in limine* motions, shall be served on or before **March 29, 2010.**

**DATED,**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: December 2, 2009