IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
WAREHOUSE 86, LLC.                                              CASE NO. 08-03423-EE
    Debtor                                                              CHAPTER 11

SCK, INC. and RADIOSHACK CORPORATION,        ADV. PRO. NO. 09-00139
    Plaintiffs

v.

WAREHOUSE 86, LLC,
    Defendant

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rules of Bankruptcy Procedure 7016, it is;

**ORDERED** that all discovery shall be completed on or before **April, 26, 2010.**

**ORDERED** that all motions to join parties or amend pleadings shall be filed on or before **March 26, 2010.**

**ORDERED** that all experts shall be designated on or before **March 26, 2010.**

**ORDERED** that all motion, with the exception of evidentiary *in limine* motions, shall be served on or before **May 26, 2010.**

**DATED,**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: December 8, 2009

APPROVED:

_____
MARCUS M. WILSON (MB # 7308)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
Attorneys for SCK, INC. F/K/A S.C. KIOSKS, INC.


_____
STEPHEN W. ROSENBLATT (MB # 5676)
ROBERT M. FREY (MB # 5531)
JAMES B. GALLOWAY (MB # 4382)
PAUL M. ELLIS (MB # 102259)
Attorneys for WAREHOUSE 86, LLC