UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

|  |  |
|---|---|
| In re:<br><br>WAREHOUSE 86, LLC,<br><br>        Debtor. | Case No. 08-03423-EE<br><br>Chapter 11 |
| SCK, INC. and<br>RADIOSHACK CORPORATION,<br><br>        Plaintiffs<br><br>v.<br><br>WAREHOUSE 86, LLC,<br><br>        Defendant. | Adv. Pro. No. 09-00139-EE |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Robert M. Frey of the firm Butler, Snow, O'Mara, Stevens & Cannada, PLLC enters his appearance as counsel of record for Warehouse 86, LLC. ("Warehouse 86") in the above entitled proceeding. Pursuant to Bankruptcy Rules 2002 and 9007, I request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

The foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the Debtor.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/Robert M. Frey*
    ROBERT M. FREY (MSB No. 5531)
    STEPHEN W. ROSENBLATT (MSB No. 5676)
    Its Attorneys

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
601-948-5711
601-985-4500 (fax)

## CERTIFICATE OF SERVICE

I, Robert M. Frey, one of the attorneys for Warehouse 86, LLC, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered via the ECF system to the following persons:

    Marcus M. Wilson, Esq.
    BENNETT LOTTERHOS SULSER & WILSON, P.A.
    One Jackson Place
    188 East Capitol Street, Suite 1400
    Jackson, Mississippi  39201

    ATTORNEYS FOR SCK, INC. and RADIOSHACK CORPORATION

      Ronald McAlpin, Esq.
      OFFICE OF THE UNITED STATES TRUSTEE
      Suite 706, A. H. McCoy Federal Building
      100 West Capitol Street
      Jackson, Mississippi 39269
      Ronald.McAlpin@USDOJ.gov

This, the 5th day of January, A.D. 2010.

                        *s/Robert M. Frey*_____
                        ROBERT M. FREY

Jackson 4707618v1