# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

```
-------------------------------------------------------------------x
                                                   :    Case No. 08-03423-EE
In re:                                             :
                                                   :    Chapter 11
WAREHOUSE 86, LLC,                                 :
                                                   :
          Debtor.                                  :
                                                   :
------------------------------------------------------------------ x
                                                   :
SCK, INC. and RADIOSHACK CORPORATION,              :    Adv. Pro. No. 09-00139-EE
                                                   :
          Plaintiffs                               :
                                                   :
v.                                                 :
                                                   :
WAREHOUSE 86, LLC,                                 :
                                                   :
          Defendant.                               :
                                                   :
-------------------------------------------------------------------x
```

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day true and correct copies of the foregoing were served upon the Defendant, Warehouse 86, LLC, in the above-styled action:

1. Plaintiffs' First Set of Interrogatories to Defendant; and

2. Plaintiffs' First Request for Production of Documents and Electronically Stored Information from Defendant.

Dated: February 2, 2010.

           Respectfully submitted,

           SCK, INC. and RADIOSHACK CORPORATION

           /s/ Marcus M. Wilson
           Marcus M. Wilson (MS Bar #7308)
           Andrew R. Wilson (MS Bar #102862)
           BENNETT LOTTERHOS SULSER
           & WILSON, P.A.
           One Jackson Place
           188 East Capitol Street
           Suite 1400
           Jackson, Mississippi 39201
           Telephone: (601) 944-0466
           Facsimile: (601) 944-0467
           mwilson@blswlaw.com
           awilson@blswlaw.com

           ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

    Ronald McAlpin
    Ronald.McAlpin@USDOJ.gov

    Stephen W. Rosenblatt
    Steve.Rosenblatt@butlersnow.com

    Robert M. Frey
    bob.frey@butlersnow.com

    Dated: February 2, 2010

           /s/ Marcus M. Wilson