**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

```
-------------------------------------------------------------------x
                                                                   :    Case No. 08-03423-EE
In re:                                                             :
                                                                   :    Chapter 11
WAREHOUSE 86, LLC,                                                 :
                                                                   :
        Debtor.                                                    :
                                                                   :
------------------------------------------------------------------ x
                                                                   :
SCK, INC. and RADIOSHACK CORPORATION,                              :    Adv. Pro. No. 09-00139-EE
                                                                   :
        Plaintiffs                                                 :
                                                                   :
v.                                                                 :
                                                                   :
WAREHOUSE 86, LLC,                                                 :
                                                                   :
        Defendant.                                                 :
                                                                   :
-------------------------------------------------------------------x
```

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on February 4, 2010, true and correct copies of the foregoing were served by certified mail in the above-styled action:

1.    Subpoena in an Adversary Proceeding served upon Employers Mutual Casualty Company; and

2.    Subpoena in an Adversary Proceeding served upon Industrial Developments International, Inc.

This is to further certify that on February 4, 2010, a true and correct copy of a Subpoena in an Adversary Proceeding was served by hand delivery upon Marchetti Robertson & Brickell Insurance & Bonding Agency, Inc.

Copies of the above Subpoenas were hand delivered to Stephen W. Rosenblatt, attorney for the Debtor, on February 4, 2010.

Dated: February 5, 2010.

        Respectfully submitted,

        SCK, INC. and RADIOSHACK CORPORATION

        /s/ Marcus M. Wilson
        Marcus M. Wilson (MS Bar #7308)
        Andrew R. Wilson (MS Bar #102862)
        BENNETT LOTTERHOS SULSER
        & WILSON, P.A.
        One Jackson Place
        188 East Capitol Street
        Suite 1400
        Jackson, Mississippi 39201
        Telephone: (601) 944-0466
        Facsimile: (601) 944-0467
        mwilson@blswlaw.com
        awilson@blswlaw.com

        ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

| Ronald McAlpin | Robert M. Frey |
| Ronald.McAlpin@USDOJ.gov | bob.frey@butlersnow.com |

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Dated: February 5, 2010

        /s/ Marcus M. Wilson