## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | |
| WAREHOUSE 86, LLC, | CASE NO. 08-03423-EE |
| DEBTOR. | CHAPTER 11 |
| | |
| SCK, INC. AND | PLAINTIFFS/ |
| RADIOSHACK CORPORATION | COUNTER-DEFENDANTS |
| VS. | ADV. PROC. NO. 09-00139-EE |
| WAREHOUSE 86, LLC | DEFENDANT/COUNTER-CLAIMANT |

PARTIES NOTICED:

M. Scott Jones, Esq.                    Ronald H. McAlpin, UST
Marcus Wilson, Esq.

cc:  Stephen Rosenblatt, Esq.
     Robert M. Frey, Esq.

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on the:

1) *Industrial Developments International, Inc.'s Limited Objection to SCK, Inc. and RadioShack Corporation's Subpoena for Third Party Documents* (Adv. Dkt. #14),

filed in regard to the above-styled adversary proceeding on **TUESDAY, MARCH 16, 2010, AT 10:00 A.M.,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, Courtroom 106, 100 East Capitol Street, Jackson, Mississippi.

DATED: March 4, 2010.

**EDWARD ELLINGTON**
**UNITES STATES BANKRUPTCY JUDGE**

To Advise of Settlement Contact:
Rita Greer, Courtroom Deputy
601-965-5303