# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

--------------------------------------------------x

In re:                                                                             Case No. 08-03423-EE

**WAREHOUSE 86, LLC,**                                  Chapter 11

        **Debtor.**

-------------------------------------------------- x

**SCK, INC. and RADIOSHACK CORPORATION,**      Adv. Pro. No. 09-00139-EE

        **Plaintiffs**                                         :

v.

**WAREHOUSE 86, LLC,**

        **Defendant.**

## NOTICE OF SERVICE OF DISCOVERY

      This is to certify that on this day a true and correct copy of the foregoing was served upon the Plaintiffs in the above-styled action:

1. *Defendant's Verified Answers and/or Objections to Plaintiff's First Set of Interrogatories.*

This the 11th day of March, A.D., 2010

                                      Respectfully submitted,

                                      WAREHOUSE 86, LLC

                                      By:  s/ Robert M. Frey
                                            ROBERT M. FREY (MSB No. 5531)
                                            STEPHEN W. ROSENBLATT (MSB No. 5676)

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi   39158-6010
601-948-5711
601-985-4500 (fax)

## CERTIFICATE OF SERVICE

I, Robert M. Frey, one of the attorneys for Warehouse 86, LLC, do hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the ECF filing system, and mailed a true and correct copy of the above-referenced document, postage prepaid, to the following persons:

>   Marcus M. Wilson, Esq.
>   BENNETT LOTTERHOS SULSER & WILSON, P.A.
>   One Jackson Place
>   188 East Capitol Street, Suite 1400
>   Jackson, Mississippi   39201
>
>   ATTORNEYS FOR SCK, INC. and RADIOSHACK CORPORATION
>
>   Ronald McAlpin, Esq.
>   OFFICE OF THE UNITED STATES TRUSTEE
>   Suite 706, A. H. McCoy Federal Building
>   100 West Capitol Street
>   Jackson, Mississippi   39269
>   Ronald.McAlpin@USDOJ.gov

This, the 11th day of March, A.D. 2010.

>                                       s/ Robert M. Frey
>                                       ROBERT M. FREY

Jackson 4828640v1

2