# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

--------------------------------------------------x

In re:  

WAREHOUSE 86, LLC,

      Debtor.

Case No. 08-03423-EE  
Chapter 11

-------------------------------------------------- x

SCK, INC. and RADIOSHACK CORPORATION,

      Plaintiffs

v.

WAREHOUSE 86, LLC,

      Defendant.

Adv. Pro. No. 09-00139-EE

:

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day a true and correct copy of the foregoing was served upon the Plaintiffs in the above-styled action:

1. *Warehouse 86''s First Set of Interrogatories Propounded to SCK and Radio Shack;* and

2. *Warehouse 86's First Request for Production of Documents to SCK and Radio Shack*

This the 12th day of March, A.D., 2010

                          Respectfully submitted,

                          WAREHOUSE 86, LLC

                          By:  s/ Robert M. Frey  
                              ROBERT M. FREY (MSB No. 5531)  
                              STEPHEN W. ROSENBLATT (MSB No. 5676)

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi   39158-6010
601-948-5711
601-985-4500 (fax)


## **CERTIFICATE OF SERVICE**

I, Robert M. Frey, one of the attorneys for Warehouse 86, LLC, do hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the ECF filing system, and mailed a true and correct copy of the above-referenced documents, postage prepaid, to the following persons:

>Marcus M. Wilson, Esq.
>BENNETT LOTTERHOS SULSER & WILSON, P.A.
>One Jackson Place
>188 East Capitol Street, Suite 1400
>Jackson, Mississippi   39201
>
>ATTORNEYS FOR SCK, INC. and RADIOSHACK CORPORATION
>
>Ronald McAlpin, Esq.
>OFFICE OF THE UNITED STATES TRUSTEE
>Suite 706, A. H. McCoy Federal Building
>100 West Capitol Street
>Jackson, Mississippi   39269
>Ronald.McAlpin@USDOJ.gov

This, the 12th day of March, A.D. 2010.

>                    s/ Robert M. Frey
>                    ROBERT M. FREY

Jackson 4828640v1