**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **WAREHOUSE 86, LLC** | **Case No.: 08-03423-EE** |

_____

| | |
|---|---|
| **SCK, INC. AND RADIOSHACK CORPORATION** | **Plaintiff** |
| **v.** | **Adversary Proceeding No.: 09-00139-EE** |
| **WAREHOUSE 86, LLC** | |

_____

**JOINT STIPULATION TO EXTEND TIME FOR
RESPONDING TO SUBPOENA**
_____

SCK, Inc. and Radioshack Corporation (the "Plaintiff") and Industrial Developments International, Inc. ("IDI") and the Tokio Marine and Nichido Fire Insurance Company, Limited (United States Branch) ("Tokio Marine") hereby stipulate and agree to an extension of time for responding to a document subpoena and state as follows:

**WHEREAS**, on February 4, 2010, Plaintiff issued a subpoena to IDI demanding the production of certain documents and electronically stored information (the "Subpoena"); and

**WHEREAS**, IDI and its insurer, Tokio Marine, have requested additional time to respond to the Subpoena; and

**WHEREAS**, Plaintiff has agreed to grant IDI an extension of time up to and including April 2, 2010 to respond to the Subpoena.

**NOW, THEREFORE, THE PARTIES HERETO AGREE AND STIPULATE AS FOLLOWS**:

1.  Plaintiff, IDI and Tokio Marine have agreed that the deadline for IDI to respond to the Subpoena is extended through and including April 2, 2010.

IN WITNESS THEREOF, the parties hereto have caused this stipulation to be duly executed.

                TOKIO MARINE AND NICHIDO FIRE
                INSURANCE COMPANY, LIMITED (UNITED
                STATES BRANCH)


                By:    s/Trey Manhein
                      TREY MANHEIN
                      TREY C. DELLINGER
                      GREGG A. CARAWAY
                      WELLS MARBLE & HURST, PLLC
                      300 Concourse Boulevard, Suite 200
                      Ridgeland, Mississippi 39157
                      Telephone: (601) 605-6900
                      Facsimile: (601) 605-6901

                INDUSTRIAL DEVELOPMENTS
                INTERNATIONAL, INC.

                By:    s/ Scott Jones
                      SCOTT JONES
                      ADAMS AND REESE LLP
                      111 East Capitol Street, Ste. 350
                      P. O. Box 24297
                      Jackson, Mississippi 39225-4297
                      Telephone: (601) 353-3234
                      Facsimile: (601) 355-9708

RADIOSHACK CORPORATION

By:   s/Marcus Wilson
     MARCUS WILSON
     BENNETT, LOTTERHOS, SULSER &
     WILSON, P.A.
     P. O. Box 98
     Jackson, Mississippi  39205-0098

**Certificate of Service**

I hereby certify that on March 12, 2010, a true and correct copy of the foregoing was serviced on all counsel of record via electronic filing system.

s/Trey Manhein
Trey Manhein
Wells Marble & Hurst, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi  39157
Telephone:  (601) 605-6900
Facsimile:  (601) 605-6901