## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
WAREHOUSE 86, LLC.                                              CASE NO. 08-03423-EE
    Debtor                                                          CHAPTER 11

SCK, INC. and RADIOSHACK CORPORATION,         ADV. PRO. NO. 09-00139
    Plaintiffs

v.

WAREHOUSE 86, LLC,
    Defendant

### NOTICE OF APPEARANCE AND REQUEST FOR
### ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS

W. Lee Watt of Bennett Lotterhos Sulser & Wilson, P.A., Post Office Box 98, Jackson, Mississippi 39205-0098, hereby gives notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure of his entry of appearance on behalf of SCK, Inc. and RadioShack Corporation and requests that a copy of all pleadings and notice of all hearings or other proceedings be sent to him at the following address:

    W. Lee Watt
    BENNETT LOTTERHOS SULSER & WILSON, P.A.
    Post Office Box 98
    Jackson, Mississippi 39205-0098
    Telephone: (601) 944-0466
    Facsimile: (601) 944-0467
    E-mail: lwatt@blswlaw.com

Attorneys for SCK, Inc. and RadioShack Corporation

Dated: March 15, 2010.

                                                /s/ W. Lee Watt

- 2 -

## CERTIFICATE OF SERVICE

I, W. Lee Watt, do hereby certify that I have served a copy of the foregoing Notice of Appearance and Request for All Pleadings and Notice of All Proceedings by Notice of Electronic Filing on this the 15${}^{th}$ day of March 2010.

/s/ W. Lee Watt