Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

|  | Value | Loss | Claim |
|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | undetermined | | |
| **Abstract of Coverage:** | | | |
| Effective Policy dates 4/15/07-08 | | | |
| Limit of Liability | $1,000,000.00 | | |
| Coinsurance | 80.00% | | |
| Deductible | $1,000.00 | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | $50,000.00 | | |
| **Cause of Loss:** | | | |
| **Tornado of February 5, 2008** | | | |
| Loss as determined: | | | |
| Inventory Loss Calculation | $461,093.00 | | |
| Less Salvage 15% | -$69,163.95 | | |
| Net Loss - Inventory | $391,929.05 | $391,929.05 | |
| Clean up | $19,121.64 | | |
| Repairs | $1,819.00 | | |
|  | $20,940.64 | $20,940.64 | |
| Conveyor and Racking System | $250,000.00 | | |
| Additional repairs | $47,500.00 | | |
| DC7 | $20,720.55 | | |
| Worktables | $28,334.77 | | |
| Expandos Expander | $28,000.00 | | |
|  | $374,555.32 | $374,555.32 | |
| Business Personal Property | | | |



1

7/19/2009

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| | | | | |
|---|---|---|---|---|
| Stools | $3,931.09 | | | |
| Workstation Tables | $5,453.61 | | | |
| Computer shipping printer | $758.00 | | | |
| total | $10,142.70 | $10,142.70 | | |
| | | | | |
| Business Supplies | $154,114.89 | $154,114.89 | | |
| | | | | |
| Betterments and Improvements | | | | |
| Total | | $951,682.60 | $951,682.60 | |
| Deductible | | -$1,000.00 | | |
| | | $950,682.60 | | $950,682.60 |
| | | | | |
| Debris removal | $4,199.75 | | $4,199.75 | $4,199.75 |
| | | | | |
| Business Income | $233,056.00 | | | |
| | | | | |
| Total | $233,056.00 | | $233,056.00 | $50,000.00 |
| Policy Limit | | $50,000.00 | | |
| | | | | |
| Extra Expense | $3,470.20 | | | |
| Continuing operating Expenses | $1,170.00 | | | |
| Claim preparation Expenses | $26,020.41 | | | |
| Total | $30,660.61 | | $30,660.61 | |
| Limit of Liability for Extra Expenses | | $25,000.00 | | $25,000.00 |
| | | | | |
| Value, Loss & Claim | | | $1,219,598.96 | $1,029,882.35 |

Richard W. Booker RPA, AIC
Executive General Adjuster
GAB Robins North America, Inc
625 Highland Colony Parkway, Suite 202
Ridgeland, MS 39157

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| 601-605-6190 voice |
| 601-510-9166 fax |

7/19/2009

3

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No.: 479887

| | | | Value | Loss | Claim |
|---|---|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | | | undetermined | | |
| Abstract of Coverage: | | | | | |
| Effective Policy dates 4/15/07-08 | | | | | |
| Limit of Liability | | $1,000,000.00 | | | |
| Coinsurance | | 80.00% | | | |
| Deductible | | $1,000.00 | | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | | $50,000.00 | | | |
| Cause of Loss: | | | | | |
| Fire Loss of 2/11/2008 | | | | | |
| Inventory | | $69,163.95 | $69,163.95 | | |
| Conveyor and Racking System | | $1,064,361.78 | | | |
| Set up charges | | $119,906.00 | | | |
| Removal of old | | $59,953.00 | | | |
| | | $1,244,220.78 | $1,244,220.78 | | |
| Betterments and Improvements | | $174,963.04 | $174,963.04 | | |
| | | | | | |
| Total | | | $1,488,347.77 | | |
| Less Deductible | | | -$1,000.00 | | |
| | | | $1,487,347.77 | $1,487,347.77 | |
| Policy Limit | | | $1,000,000.00 | | $1,000,000.00 |
| | | | | | |
| Debris Removal | | $10,000.00 | | $10,000.00 | $10,000.00 |


EXHIBIT B

8/24/2009

1

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No. : 479887

| | | | | |
|---|---|---|---|---|
| Business Income - limit | $50,000.00 | | | $50,000.00 |
| Net | $1,050,000.00 | | | |
| | | | | |
| Value, Loss & Claim | | | $1,497,347.77 | $1,060,000.00 |

Richard W. Booker RPA, AIC
Executive General Adjuster
GAB Robins North America, Inc
625 Highland Colony Parkway, Suite 202
Ridgeland, MS 39157
601-605-6190 voice
601-510-9166 fax

8/24/2009

2