## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | |
| WAREHOUSE 86, LLC, | CASE NO. 08-03423-EE |
| DEBTOR. | CHAPTER 11 |
| | |
| SCK, INC. AND | PLAINTIFFS/ |
| RADIOSHACK CORPORATION | COUNTER-DEFENDANTS |
| VS. | ADV. PROC. NO. 09-00139-EE |
| WAREHOUSE 86, LLC | DEFENDANT/COUNTER-CLAIMANT |

**PARTIES NOTICED:**

| | | |
|---|---|---|
| Marcus M. Wilson, Esq. | Stephen Rosenblatt, Esq. | Ronald McAlpin, Asst. |
| Andrew R. Wilson, Esq. | W. Trey Manhein, Esq. | UST |
| W. Lee Watt, Esq. | Robert M. Frey, Esq. | Michael Scott Jones, Esq. |

### NOTICE REGARDING MOTION FOR SUMMARY JUDGMENT

A *Motion for Partial Summary Judgment* (the "Motion") (Adv. Dkt. #22) was filed by Warehouse 86, LLC (the "Movant"), on March 15, 2010.

The certificate of the attorney for the Movant indicates the Motion was served on Marcus Wilson, Esq. and Ronald McAlpin, Esq. on March 15, 2010.

Your attention is directed to Rule 7056-1 of the Uniform Local Bankruptcy Rules.

This the 16th day of March, 2010.

DANNY L. MILLER - CLERK OF COURT

by:  /s/ Kimber McDowell
Deputy Clerk