# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
WAREHOUSE 86, LLC.                                      CASE NO. 08-03423-EE
    Debtor                                              CHAPTER 11

SCK, INC. and RADIOSHACK CORPORATION,                   ADV. PRO. NO. 09-00139
    Plaintiffs

v.

WAREHOUSE 86, LLC,
    Defendant

## SECOND AMENDED SCHEDULING ORDER

Pursuant to Federal Rules of Bankruptcy Procedure 7016, it is;

**ORDERED** that all discovery shall be completed on or before **June 10, 2010.**

**ORDERED** that all motions to join parties or amend pleadings shall be filed on or before **May 10, 2010.**

**ORDERED** that all experts shall be designated on or before **May 10, 2010.**

**ORDERED** that all motion, with the exception of evidentiary *in limine* motions, shall be served on or before **July 12, 2010.**

**DATED,**

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge

Dated: March 18, 2010

APPROVED:

*/s/ Marcus M. Wilson*

MARCUS M. WILSON (MB #7308)
Attorney for SCK, INC. F/K/A S.C. KIOSKS, INC.


*/s/ Robert M. Frey*

ROBERT M. FREY (MB #6531)
Attorney for WAREHOUSE 86, LLC


Submitted by:

Marcus M. Wilson (MS Bar #7308)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
One Jackson Place
188 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
Attorneys for SCK, INC. F/K/A S.C. KIOSKS, INC.