# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
WAREHOUSE 86, LLC.          CASE NO. 08-03423-EE
 Debtor                CHAPTER 11

SCK, INC. and RADIOSHACK CORPORATION,  ADV. PRO. NO. 09-00139
 Plaintiffs

v.

WAREHOUSE 86, LLC,
 Defendant

## SECOND AMENDED SCHEDULING ORDER

Pursuant to Federal Rules of Bankruptcy Procedure 7016, it is;

**ORDERED** that all discovery shall be completed on or before **June 10, 2010.**

**ORDERED** that all motions to join parties or amend pleadings shall be filed on or before **May 10, 2010.**

**ORDERED** that all experts shall be designated on or before **May 10, 2010.**

**ORDERED** that all motion, with the exception of evidentiary *in limine* motions, shall be served on or before **July 12, 2010.**

 **DATED,**

              *Edward Ellington*
              Edward Ellington
              United States Bankruptcy Judge
            Dated: March 18, 2010

APPROVED:

*[signature]*
MARCUS M. WILSON (MB #7308)
Attorney for SCK, INC. F/K/A S.C. KIOSKS, INC.


*[signature]*
ROBERT M. FREY (MB #8531)
Attorney for WAREHOUSE 86, LLC


Submitted by:

Marcus M. Wilson (MS Bar #7308)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
One Jackson Place
188 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
Attorneys for SCK, INC. F/K/A S.C. KIOSKS, INC.

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kmcdowell           Page 1 of 1              Date Rcvd: Mar 18, 2010
Case: 09-00139                Form ID: pdf012           Total Noticed: 2

The following entities were noticed by first class mail on Mar 20, 2010.
res          +Industrial Developments International, Inc.,   1100 Peachtree Street,   Suite 1100,
               Atlanta, GA 30309-4502
dft          +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla           RadioShack Corporation and SCK, Inc. f/k/a SC Kios
cd            RadioShack Corporation and SCK, Inc. f/k/a SC Kios
intp          Tokio Marine and Nichido Fire Ins. Co., Ltd.
cc*          +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618
                                                                                          TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**                        **Signature:**   _Joseph Speetjens_