UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

--------------------------------------------------x

In re:

WAREHOUSE 86, LLC,

      Debtor.

Case No. 08-03423-EE

Chapter 11

--------------------------------------------------x

SCK, INC. and RADIOSHACK CORPORATION,

      Plaintiffs

v.

WAREHOUSE 86, LLC,

      Defendant.

Adv. Pro. No. 09-00139-EE

## AFFIDAVIT OF RICHARD W. BOOKER

STATE OF MISSISSIPPI

COUNTY OF HINDS

    BEFORE ME, the undersigned authority, on this day personally appeared Richard W. Booker, who, being duly sworn, deposed and upon his oath stated as follows:

    1.    My name is Richard W. Booker. I am over twenty one years of age, of sound mind, and have never been convicted of a felony or of a crime involving dishonesty or false statement. The facts stated herein are within my personal knowledge and are true and correct.

2.  I am an Executive General Adjuster with GAB Robins North America, Inc. The documents attached to this affidavit are true and correct copies of statements of loss that I prepared in the course of adjusting the losses referenced in those statements of loss.

Further Affiant Sayeth Not.

_____
RICHARD W. BOOKER

SWORN TO AND SUBSCRIBED before me this 1st day of ~~March~~ April, A.D. 2010.

_____
NOTARY PUBLIC

My Commission expires:
July 29, 2012

[Notary Seal: STATE OF MISSISSIPPI, ID No. 90470, NOTARY PUBLIC, Comm. Expires July 29, 2012, RANKIN COUNTY]

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

|  | Value | Loss | Claim |
|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | undetermined | | |
| Abstract of Coverage: | | | |
| Effective Policy dates 4/15/07-08 | | | |
| Limit of Liability | $1,000,000.00 | | |
| Coinsurance | 80.00% | | |
| Deductible | $1,000.00 | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | $50,000.00 | | |
| Cause of Loss: | | | |
| **Tornado of February 5, 2008** | | | |
| Loss as determined: | | | |
| Inventory Loss Calculation | $461,093.00 | | |
| Less Salvage 15% | -$69,163.95 | | |
| Net Loss - Inventory | $391,929.05 | $391,929.05 | |
| Clean up | $19,121.64 | | |
| Repairs | $1,819.00 | | |
|  | $20,940.64 | $20,940.64 | |
| Conveyor and Racking System | $250,000.00 | | |
| Additional repairs | $47,500.00 | | |
| DC7 | $20,720.55 | | |
| Worktables | $28,334.77 | | |
| Expandos Expander | $28,000.00 | | |
| Business Personal Property | $374,555.32 | $374,555.32 | |

1

7/19/2009

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| | | | | |
|---|---|---|---|---|
| Stools | $3,931.09 | | | |
| Workstation Tables | $5,453.61 | | | |
| Computer shipping printer | $758.00 | | | |
| total | $10,142.70 | $10,142.70 | | |
| | | | | |
| Business Supplies | $154,114.89 | $154,114.89 | | |
| | | | | |
| Betterments and Improvements | | | | |
| Total | | $951,682.60 | $951,682.60 | |
| Deductible | | -$1,000.00 | | |
| | | $950,682.60 | | $950,682.60 |
| | | | | |
| Debris removal | $4,199.75 | | $4,199.75 | $4,199.75 |
| | | | | |
| Business Income | $233,056.00 | | | |
| | | | | |
| Total | $233,056.00 | | $233,056.00 | $50,000.00 |
| Policy Limit | | $50,000.00 | | |
| | | | | |
| Extra Expense | $3,470.20 | | | |
| Continuing operating Expenses | $1,170.00 | | | |
| Claim preparation Expenses | $26,020.41 | | | |
| Total | $30,660.61 | | $30,660.61 | |
| Limit of Liability for Extra Expenses | | $25,000.00 | | $25,000.00 |
| | | | | |
| Value, Loss & Claim | | | $1,219,598.96 | $1,029,882.35 |

Richard W. Booker RPA, AIC
Executive General Adjuster
GAB Robins North America, Inc
625 Highland Colony Parkway, Suite 202
Ridgeland, MS 39157

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| 601-605-6190 voice |
| 601-510-9166 fax |

7/19/2009

3

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No. : 479887

|  | | | Value | Loss | Claim |
|---|---|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | | | undetermined | | |
| Abstract of Coverage: | | | | | |
| Effective Policy dates  4/15/07-08 | | | | | |
| Limit of Liability | $1,000,000.00 | | | | |
| Coinsurance | 80.00% | | | | |
| Deductible | $1,000.00 | | | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | $50,000.00 | | | | |
| Cause of Loss: | | | | | |
| Fire Loss of 2/11/2008 | | | | | |
| Inventory | $69,163.95 | $69,163.95 | | | |
| Conveyor and Racking System | $1,064,361.78 | | | | |
| Set up charges | $119,906.00 | | | | |
| Removal of old | $59,953.00 | | | | |
|  | $1,244,220.78 | $1,244,220.78 | | | |
| Betterments and Improvements | $174,963.04 | $174,963.04 | | | |
| Total | | $1,488,347.77 | | | |
| Less Deductible | | -$1,000.00 | | | |
|  | | $1,487,347.77 | | $1,487,347.77 | |
| Policy Limit | | $1,000,000.00 | | | $1,000,000.00 |
| Debris Removal | $10,000.00 | | | $10,000.00 | $10,000.00 |

8/24/2009

1

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No. : 479887

| | | | |
|---|---|---|---|
| Business Income - limit | $50,000.00 | | $50,000.00 |
| Net | $1,050,000.00 | | |
| Value, Loss & Claim | | $1,497,347.77 | $1,060,000.00 |

Richard W. Booker RPA, AIC
Executive General Adjuster
GAB Robins North America, Inc
625 Highland Colony Parkway, Suite 202
Ridgeland, MS 39157
601-605-6190 voice
601-510-9166 fax

8/24/2009

2