IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WAREHOUSE 86, LLC ) | CASE NO.   08-03423-EE |
| ) | Chapter 11 |
| Debtor ) | |
| _____ ) | |

**DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIMS
WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY**

Warehouse 86, LLC, the Debtor and debtor-in-possession herein ("Debtor" or "Warehouse 86"), by and through its attorneys, files this Motion to Compromise and Settle Disputed Claims with Employers Mutual Casualty Insurance Company ("EMC"), and would show unto the Court the following:

**Introduction**

1. On November 4, 2008 (the "Petition Date"), Debtor filed its Voluntary Petition in this bankruptcy case (the "Bankruptcy Case") under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor is continuing to manage its assets as Debtor in possession. No trustee or examiner has been appointed in this Bankruptcy Case.

2. An Official Committee of Unsecured Creditors (the "Committee") was appointed in this Bankruptcy Case on November 19, 2008 [Dkt. # 062].

**EXHIBIT A**

checks made payable to Debtor and SCK, as evidenced by collective Exhibit "B" hereto, as follows:

| Date | Payees | Check Number | Amount |
| --- | --- | --- | --- |
| 07/23/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03305822 | $1,060,000.00 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306059 | $979,882.35 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306060 | $50,000.00 |
| 07/22/2009 | Warehouse 86, LLC | H03305808 | $10,000.00 |
| **Total** | | | **$2,099,882.35** |

12. Of the Insurance Proceeds represented by Check Number H03305822 for the fire loss, the subcategories and sub-policy limits under which the payments were made were as follows:

    (A) $1,000,000.00 – payments for personal property losses (policy limits);

    (B) $50,000 – payments of the sublimits for Business Income loss and Extra Expenses (sub-policy limits); and

    (C) $10,000.00 – payment for debris removal (sub-policy limits).

13. Of the Insurance Proceeds represented by Check Numbers H03306059 and H03306060 for the tornado loss, the subcategories and sub-policy limits under which the payments were made were as follows:

    (A) $979,882.35 – payments for all personal property losses (check number H03306059); and

    (B) $50,000 – payment of the sublimit for Business Income loss (check number H033060600

14. The Insurance Proceeds described in paragraphs 12 and 13 above have been endorsed by both the Debtor and SCK and were deposited into the registry of the Court on August 26, 2009 pending determination by the Court of the extent to which each party is entitled to those funds. *See Order Approving Joint Motion of Warehouse 86 LLC and SCK, Inc f/k/a*

Case 08-03423-ee Doc 206-2 Filed 12/02/09 Entered 12/02/09 18:13:10 Desc
Exhibit B Page 1 of 4

No. H03305822

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305822<br>07/23/09<br>JJ |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.  $1,060,000.00

(NON-NEGOTIABLE)

PAYMENT FOR: Business Income loss-$50,000, $1,000,000 policy limit on business personal property and $10,000 debris removal

SENT TO: 00009
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM: HF80-Z00479887  Loss 02/11/08
POLICY: 3A22278  from 04/15/07 to 04/15/08
AGENT: AH-9333  MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC  W86 Proper
APPROVED: CHUCK-H

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

*[Check image follows, duplicating the above information. Check No. H03305822, UMB Bank NA, $1,060,000.00, "ONE MILLION SIXTY THOUSAND DOLLARS AND 00 CENTS", VOID IF NOT CASHED WITHIN SIX MONTHS]*

⑈033058 2⑈  ⑆101219017⑆  ⑈500800836⑈



EXHIBIT "B"

Case 08-03423-ee   Doc 206-2   Filed 12/02/09   Entered 12/02/09 18:13:10   Desc
Exhibit B   Page 2 of 4

NO. H03306059

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03306059<br>08/12/09<br>CM |

PAYEE   Warehouse 86 LLC and SC Kiosks, Inc.   $**979,882.35

(NON-NEGOTIABLE)

PAYMENT FOR   Any and all claims for business personal property

| SENT TO | 00007<br>BUTLER SNOW<br>PO BOX 22567<br>STEVE ROSENBLATT<br>JACKSON MS 39225-2567 | CLAIM<br>POLICY<br>AGENT<br>INSURED<br>APPROVED | HF80-Z00478316   Loss 02/05/08<br>3A22278   from 04/15/07 to 04/15/08<br>AH-9333   MARCHETTI ROBERTSON & BRICKE<br>Warehouse 86 LLC   W86 Proper<br>CHARLES-B |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE—HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company · Dakota Fire Insurance Company
EMCASCO Insurance Company · Hamilton Mutual Insurance Company
EMC Property & Casualty Company · Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

86-1901/1012

NO. H03306059

UMB Bank, NA
St. Joseph, MO 64507

VOID IF NOT CASHED
WITHIN SIX MONTHS

ISSUED AT   PO BOX 6011
RIDGELAND MS 39158-6011

ISSUED   H03306059
08/12/09
CM

PAY TO   Warehouse 86 LLC and SC Kiosks, Inc.   $  **979,882.35

THE SUM   NINE HUNDRED SEVENTY NINE THOUSAND, EIGHT HUNDRED EIGHTY TWO DOLLARS AND 35 CENTS

PAYMENT FOR   Any and all claims for business personal property

CLAIM   HF80-Z00478316   Loss 02/05/08
POLICY   3A22278   from 04/15/07 to 04/15/08
AGENT   AH-9333   MARCHETTI ROBERTSON & BRICKELL
INSURED   Warehouse 86 LLC   W86 Proper
APPROVED   CHARLES-B

VOID

*Charles Brock*
AUTHORIZED SIGNATURE

⑈03306059⑈   ⑆101219017⑆   ⑈500800836⑈

Case 08-03423-ee   Doc 206-2   Filed 12/02/09   Entered 12/02/09 18:13:10   Desc
Exhibit B   Page 3 of 4

NO. H03306060

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03306060<br>08/12/09<br>CM |

PAYEE   Warehouse 86 LLC  and SC Kiosks, Inc.                               $***50,000.00

(NON-NEGOTIABLE)

PAYMENT FOR   Any and All claims pertaining to business interruption

SENT TO:
00008
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM    HF8D-Z00478316              Loss 02/05/08
POLICY   3A22278    from 04/15/07 to 04/15/08
AGENT    AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED  Warehouse 86 LLC            W86 Proper
APPROVED CYNTHIA-M

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company • Dakota Fire Insurance Company
EMCASCO Insurance Company • Hamilton Mutual Insurance Company
EMC Property & Casualty Company • Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

36-1901/1012                                            NO. H03306060

UMB Bank, NA
St. Joseph, MO 64507

VOID IF NOT CASHED
WITHIN SIX MONTHS

ISSUED AT   PO BOX 6011
            RIDGELAND, MS 39158-6011

ISSUED   H03306060
         08/12/09
         CM

PAY TO   Warehouse 86 LLC  and SC Kiosks, Inc.                    $   ***50,000.00

THE SUM   FIFTY THOUSAND  DOLLARS AND 00 CENTS

PAYMENT FOR   Any and All claims pertaining to business interruption

CLAIM    HF8D-Z00478316              Loss 02/05/08
POLICY   3A22278    from 04/15/07 to 04/15/08
AGENT    AH-9333    MARCHETTI ROBERTSON & BRICKELL
INSURED  Warehouse 86 LLC            W86 Proper
APPROVED CYNTHIA-M

*Cindy Macdonald*
AUTHORIZED SIGNATURE

VOID VOID VOID VOID VOID

⑆03306060⑆ ⑈101219017⑈ ⑆500800836⑆

Case 08-03423-ee Doc 206-2 Filed 12/02/09 Entered 12/02/09 18:13:10 Desc
Exhibit B Page 4 of 4

**EMC Insurance Companies**

NO. H03305808

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305808<br>07/22/09<br>JJ |

PAYEE: Warehouse 86 LLC

$***10,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR: Property of others

SENT TO:
D0013
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM: HF80-Z00479887  Loss 02/11/08
POLICY: 3A22278  from 04/15/07 to 04/15/08
AGENT: AH-9333  MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC  W86 Proper
APPROVED: JIM-J

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

[Check image marked VOID]

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

EMC Insurance Companies
Employers Mutual Casualty Company, Dakota Fire Insurance Company
EMCASCO Insurance Company, Hamilton Mutual Insurance Company
EMC Property & Casualty Company, Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

86-1901/1012  NO. H03305808
UMB Bank, NA
St. Joseph, MO 64502
VOID IF NOT CASHED WITHIN SIX MONTHS

ISSUED AT: PO BOX 6011, RIDGELAND MS 39158-6011
ISSUED: 07/22/09 JJ  H03305808

PAY TO: Warehouse 86 LLC  $ ***10,000.00

THE SUM: TEN THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR: Property of others

CLAIM: HF80-Z00479887  Loss 02/11/08
POLICY: 3A22278  from 04/15/07 to 04/15/08
AGENT: AH-9333  MARCHETTI ROBERTSON & BRICKELL
INSURED: Warehouse 86 LLC  W86 Proper
APPROVED: JIM-J

AUTHORIZED SIGNATURE

⑈03305808⑈ ⑆101219017⑆ ⑈500800836⑈