**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | |
| WAREHOUSE 86, LLC, | CASE NO. 08-03423-EE |
| DEBTOR. | CHAPTER 11 |
| | |
| SCK, INC. AND | PLAINTIFFS/ |
| RADIOSHACK CORPORATION | COUNTER-DEFENDANTS |
| VS. | ADV. PROC. NO. 09-00139-EE |
| WAREHOUSE 86, LLC | DEFENDANT/COUNTER-CLAIMANT |

**PARTIES NOTICED:**

| | | |
|---|---|---|
| Marcus M. Wilson, Esq. | Stephen Rosenblatt, Esq. | Ronald McAlpin, Asst. UST |
| Andrew R. Wilson, Esq. | Robert M. Frey, Esq. | |
| W. Lee Watt, Esq. | | |

**NOTICE REGARDING MOTION FOR SUMMARY JUDGMENT**

An *Amended Motion for Partial Summary Judgment* (the "Amended Motion")(Adv. Dkt. #28) and *Memorandum in Support of Amended Motion for Partial Summary Judgment* (the "Supporting Brief")(Adv. Dkt. #29) were filed by Warehouse 86, LLC (the "Movant"), on April 1, 2010. Also, an *Amended Motion for Partial Summary Judgment* ("Second Amended Motion")(Adv. Dkt. #30) was filed by Movant on April 5, 2010.

The certificates of the attorney for the Movant indicates the Amended Motion and Supporting Brief were served on Marcus Wilson, Esq. and Ronald McAlpin, Esq. on April 1, 2010 and the Second Amended Brief was served on Marcus Wilson, Esq. and Ronald McAlpin, Esq. on April 5, 2010.

Your attention is directed to Rule 7056-1 of the Uniform Local Bankruptcy Rules.

This the 7th day of April, 2010.

DANNY L. MILLER - CLERK OF COURT

by: /s/ Kimber McDowell
Deputy Clerk