# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

-------------------------------------------------x

In re:

**WAREHOUSE 86, LLC,**

      Debtor.

**Case No. 08-03423-EE**

**Chapter 11**

------------------------------------------------- x

**SCK, INC. and RADIOSHACK CORPORATION,**

      Plaintiffs

v.

**WAREHOUSE 86, LLC,**

      Defendant.

:

:

**Adv. Pro. No. 09-00139-EE**

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day a true and correct copy of the foregoing was served upon the Plaintiffs in the above-styled action:

*Warehouse 86's Second Request for Production of Documents to SCK and Radio Shack*

This the 14th day of April, A.D., 2010

Respectfully submitted,

WAREHOUSE 86, LLC

By:  s/ Robert M. Frey

    ROBERT M. FREY (MSB No. 5531)
    STEPHEN W. ROSENBLATT (MSB No. 5676)

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi   39158-6010
601-948-5711
601-985-4500 (fax)


## CERTIFICATE OF SERVICE

I, Robert M. Frey, one of the attorneys for Warehouse 86, LLC, do hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the ECF filing system, and mailed a true and correct copy of the above-referenced documents, postage prepaid, to the following persons:

> Marcus M. Wilson, Esq.
> BENNETT LOTTERHOS SULSER & WILSON, P.A.
> One Jackson Place
> 188 East Capitol Street, Suite 1400
> Jackson, Mississippi   39201
>
> ATTORNEYS FOR SCK, INC. and RADIOSHACK CORPORATION
>
> Ronald McAlpin, Esq.
> OFFICE OF THE UNITED STATES TRUSTEE
> Suite 706, A. H. McCoy Federal Building
> 100 West Capitol Street
> Jackson, Mississippi   39269
> Ronald.McAlpin@USDOJ.gov

This, the 14th day of April, A.D. 2010.

> s/ Robert M. Frey_____
> ROBERT M. FREY