# Exhibit A

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| | | | Value | Loss | Claim |
|---|---|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | | | undetermined | | |
| | | | | | |
| Abstract of Coverage: | | | | | |
| | | | | | |
| Effective Policy dates 4/15/07-08 | | | | | |
| Limit of Liability | $1,000,000.00 | | | | |
| Coinsurance | 80.00% | | | | |
| Deductible | $1,000.00 | | | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | $50,000.00 | | | | |
| | | | | | |
| Cause of Loss: | | | | | |
| **Tornado of February 5, 2008** | | | | | |
| | | | | | |
| Loss as determined: | | | | | |
| Inventory Loss Calculation | $461,093.00 | | | | |
| Less Salvage 15% | -$69,163.95 | | | | |
| Net Loss - Inventory | $391,929.05 | $391,929.05 | | | |
| | | | | | |
| Clean up | $19,121.64 | | | | |
| Repairs | $1,819.00 | | | | |
| | $20,940.64 | $20,940.64 | | | |
| | | | | | |
| Conveyor and Racking System | $250,000.00 | | | | |
| Additional repairs | $47,500.00 | | | | |
| DC7 | $20,720.55 | | | | |
| Worktables | $28,334.77 | | | | |
| Expandos Expander | $28,000.00 | | | | |
| | $374,555.32 | $374,555.32 | | | |
| Business Personal Property | | | | | |



7/19/2009

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| | | | | | |
|---|---|---|---|---|---|
| Stools | $3,931.09 | | | | |
| Workstation Tables | $5,453.61 | | | | |
| Computer shipping printer | $758.00 | | | | |
| total | $10,142.70 | $10,142.70 | | | |
| | | | | | |
| Business Supplies | $154,114.89 | $154,114.89 | | | |
| | | | | | |
| Betterments and Improvements | | | | | |
| Total | | $951,682.60 | | $951,682.60 | |
| Deductible | | -$1,000.00 | | | |
| | | $950,682.60 | | | $950,682.60 |
| | | | | | |
| Debris removal | $4,199.75 | | | $4,199.75 | $4,199.75 |
| | | | | | |
| Business Income | $233,056.00 | | | | |
| | | | | | |
| Total | $233,056.00 | | | $233,056.00 | $50,000.00 |
| Policy Limit | | $50,000.00 | | | |
| | | | | | |
| Extra Expense | $3,470.20 | | | | |
| Continuing operating Expenses | $1,170.00 | | | | |
| Claim preparation Expenses | $26,020.41 | | | | |
| Total | $30,660.61 | | | $30,660.61 | |
| Limit of Liability for Extra Expenses | | $25,000.00 | | | $25,000.00 |
| | | | | | |
| Value, Loss & Claim | | | | $1,219,598.96 | $1,029,882.35 |
| | | | | | |
| | | | | | |
| Richard W. Booker RPA, AIC | | | | | |
| Executive General Adjuster | | | | | |
| GAB Robins North America, Inc | | | | | |
| 625 Highland Colony Parkway, Suite 202 | | | | | |
| Ridgeland, MS 39157 | | | | | |



7/19/2009

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 22520-17754
Date of Loss: February 5, 2008
Type of Loss : Tornado
Claim No. : 478316

| 601-605-6190 voice | | | | | |
|---|---|---|---|---|---|
| 601-510-9166 fax | | | | | |

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No. : 479887

| | | | Value | Loss | Claim |
|---|---|---|---|---|---|
| The risk includes the conveyor system, shelving, inventory, betterments and improvements and business personal property of the Insured at this location. | | | undetermined | | |
| Abstract of Coverage: | | | | | |
| Effective Policy dates 4/15/07-08 | | | | | |
| Limit of Liability | $1,000,000.00 | | | | |
| Coinsurance | 80.00% | | | | |
| Deductible | $1,000.00 | | | | |
| Business Income and Extra Expense subject to a limitation 1/6 monthly limitation | $50,000.00 | | | | |
| Cause of Loss: | | | | | |
| **Fire Loss of 2/11/2008** | | | | | |
| Inventory | $69,163.95 | $69,163.95 | | | |
| Conveyor and Racking System | $1,064,361.78 | | | | |
| Set up charges | $119,906.00 | | | | |
| Removal of old | $59,953.00 | | | | |
| | $1,244,220.78 | $1,244,220.78 | | | |
| Betterments and Improvements | $174,963.04 | $174,963.04 | | | |
| Total | | $1,488,347.77 | | | |
| Less Deductible | | -$1,000.00 | | | |
| | | $1,487,347.77 | | $1,487,347.77 | |
| Policy Limit | | $1,000,000.00 | | | $1,000,000.00 |
| Debris Removal | $10,000.00 | | | $10,000.00 | $10,000.00 |



8/24/2009

Warehouse 86
481 Industrial Drive Suite 110
Southaven, MS 38671

Progressive Statement of Loss

GAB File No.: 35059-00036
Date of Loss: February 11, 2008
Type of Loss : Fire
Claim No. : 479887

| | | | | | |
|---|---|---|---|---|---|
| Business Income - limit | | $50,000.00 | | | $50,000.00 |
| Net | | $1,050,000.00 | | | |
| Value, Loss & Claim | | | | $1,497,347.77 | $1,060,000.00 |
| Richard W. Booker RPA, AIC | | | | | |
| Executive General Adjuster | | | | | |
| GAB Robins North America, Inc | | | | | |
| 625 Highland Colony Parkway, Suite 202 | | | | | |
| Ridgeland, MS 39157 | | | | | |
| 601-605-6190 voice | | | | | |
| 601-510-9166 fax | | | | | |