# Exhibit B

No. H03305822

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305822<br>07/23/09<br>JJ |

PAYEE   Warehouse 86 LLC and SC Kiosks, Inc.                    $1,060,000.00

(NON-NEGOTIABLE)

PAYMENT FOR   Business Income loss-$50,000, $1,000,000 policy limit on business personal property and $10,000 debris removal

SENT TO
DODD9
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM       HFB0-Z00479887              Loss 02/11/09
POLICY      3A22278    from 04/16/07 to 04/16/08
AGENT       AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED     Warehouse 86 LLC                W86 Proper
APPROVED    CHUCK-H

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS



⑈033058 22⑈  ⑆101219017⑆  ⑈500800836 1⑈

NO: H03306059

**EMC Insurance Companies**

| ISSUED AT | PO BOX 5011<br>RIDGELAND MS 39158-5011 | ISSUED | H03306059<br>08/12/09<br>CM |
|---|---|---|---|

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.                  $**979,882.35

(NON-NEGOTIABLE)

PAYMENT FOR: Any and all claims for business personal property

SENT TO:
00007
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM: HF80-Z00478316      Loss 02/05/08
POLICY: 3A22278    from 04/15/07 to 04/15/08
AGENT: AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC                W86 Proper
APPROVED: CHARLES-B

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

EMC Insurance Companies                NO. 03306059
                                        US Bank NA
                                        VOID IF NOT CASHED
ISSUED AT: PO BOX 5011                  ISSUED: 08/12/09    WITHIN 90 DAYS
RIDGELAND MS 39158-5011                 CM
PAY TO: Warehouse 86 LLC and SC Kiosks, Inc.               **979,882.35
THE SUM: NINE HUNDRED SEVENTY NINE THOUSAND EIGHT HUNDRED EIGHTY TWO DOLLARS AND 35 CENTS
PAYMENT FOR: Any and all claims for business personal property
CLAIM: HF80-Z00478316    Loss 02/05/08
POLICY: 3A22278    from 04/15/07 to 04/15/08
AGENT: AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC    W86 Proper
APPROVED: CHARLES-B                     AUTHORIZED SIGNATURE

⑆03306059⑆  ⑈101219017⑈  ⑆500800836⑆

**EMC Insurance Companies**

NO. H03306060

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011 RIDGELAND MS 39158-6011 | ISSUED | H03306060 08/12/09 CM |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.   $***50,000.00

(NON-NEGOTIABLE)

PAYMENT FOR: Any and All claims pertaining to business interruption

SENT TO:
00008
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM: HF80-Z00478316   Loss 02/05/08
POLICY: 3A22278   from 04/15/07 to 04/15/08
AGENT: AH-9333   MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC   W86 Proper
APPROVED: CYNTHIA-M

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

[check image with watermark - duplicate of above information]

⑆03306060⑆  ⑈101219017⑈  ⑆500800836⑆

**EMC Insurance Companies**

NO. H03305808

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305808<br>07/22/09<br>JJ |

PAYEE: Warehouse 86 LLC

$****10,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR: Property of others

SENT TO:
00013
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM: HF80-Z00479887  Loss 02/11/08
POLICY: 3A22278  from 04/15/07 to 04/15/08
AGENT: AH-9333  MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC  W86 Proper
APPROVED: JIM-J

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

*[Check image - duplicate of above information with watermark]*

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

No. H03305808
UMB Bank NA
VOID IF NOT CASHED WITHIN SIX MONTHS

EMC Insurance Companies...
ISSUED AT: PO BOX 6011
RIDGELAND MS 39158-6011
ISSUED: 07/22/09
PAY TO: Warehouse 86 LLC
$***10,000.00
THE SUM OF: TEN THOUSAND DOLLARS AND 00 CENTS
PAYMENT FOR: Property of others
CLAIM: HF80-Z00479887
POLICY: 3A22278  from 04/15/07 to 04/15/08
AGENT: AH-9333  MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC  W86 Proper
APPROVED: JIM-J

AUTHORIZED SIGNATURE

⑈033058080⑈  ⑆101219017⑆  ⑈500800836⑈