# **Exhibit J**

### EMC
### Insurance Companies

EMPLOYERS MUTUAL CASUALTY COMPANY

# C H A N G E   E N D O R S E M E N T

```
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08
```

*------------------------------------*
*      POLICY NUMBER      *
* 3 A 2 - 2 2 - 7 8 - - - 0 8 *
*------------------------------------*

N A M E D   I N S U R E D :                 P R O D U C E R :

WAREHOUSE 86 LLC
W86 PROPERTY HOLDINGS LLC
ELECTRONIC TECHNOLOGIES INC
PO BOX 16692
JACKSON MS 39236-6692

MARCHETTI ROBERTSON & BRICKELL
INSURANCE & BONDING AGENCY, INC
1062 HIGHLAND COLONY PKWY-S 175
PO BOX 3348
RIDGELAND MS 39158-3348

DIRECT BILL

AGENT: AH-9333-9
AGENT PHONE: 601-605-3150

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

*----------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 10/13/07 TO 04/15/08 *
*----------------------------------------------------*

THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

ADDING THE FOLLOWING LOSS PAYEE FOR LOC 003:

SPEC.INT NO. 05

WELLS FARGO FINANCIAL LEASING,INC. ISA
CAPITAL SQUARE 400 LOCUST STREET STE 500
DES MOINES, IA  50309

ITEM DESCRIPTION:  COPIER

ADDITIONAL PREMIUM:  $        0.00

PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07          COUNTERSIGNED BY:                    (CONTINUED)
FORM: IL1201A (ED. 01-86)          115          ML          3A22278   0804

**EMC**
Insurance Companies

EMPLOYERS MUTUAL CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08      *------------------------*
                                                 *     POLICY NUMBER     *
                                                 * 3 A 2 - 2 2 - 7 8---08 *
      N A M E D   I N S U R E D :                *------------------------*
                                                    P R O D U C E R :
```

```
WAREHOUSE 86 LLC                         MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC                INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC              1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                             PO BOX 3348
JACKSON MS 39236-6692                    RIDGELAND MS 39158-3348
```

```
                                         AGENT: AH-9333-9
     DIRECT BILL                         AGENT PHONE: 601-605-3150
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
       *------------------------------------------------------*
       * ENDORSEMENT EFFECTIVE DATES: 11/08/07 TO 04/15/08 *
       *------------------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM
THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

AMENDING PERSONAL PROPERTY LIMIT ON LOC 001 TO $50,000 PER ATTACHED
SCHEDULE.

```
            -----------------------------------------
                RETURN PREMIUM:   $      269.00
            -----------------------------------------
```

```
PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07        COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)              115      ML       3A22278  0805
```

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY                POLICY NO: 3A2-22-78-  -08
WAREHOUSE .86 LLC                    EFF DATE: 11/08/07   EXP DATE: 04/15/08

          C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
-----------------------------------------------------------------------------
LOC 001  108 HAYDEN ST                  DESCRIPTION: 1 STORY  NONCOMB   BLDG
                                                     IN PROTECTION CLASS 07
         INDIANOLA, MS.                 OCCUPANCY: OFFICE FURNITURE STORAGE
         38751-9700                                AND DISTRIBUTION

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS
   FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL       601-605-4114  AGT
   PROTECTIVE SAFEGUARDS: P-1
```

|  |  | LIMIT OF | COVERED CAUSES | SPEC* | | OPTIONAL |
| ITEM | COVERAGE | INSURANCE | OF LOSS | INT | COINS | COVERAGES |
|---|---|---|---|---|---|---|
| 01 | BUILDING | $  1,230,000 | SPECIAL | 04 | 80% | REPLACEMENT COST |
| 02 | PERSONAL PROPERTY OF | $     50,000 | SPECIAL | | 80% | REPLACEMENT COST |
|  | YOUR BUSINESS OFFICE | | | | | |
|  | CONTENTS & COMPUTERS ONLY | | | | | |

```
                        *SPECIAL INTEREST

          SPEC.
          INT. NO.   LOSS PAYEE - LOSS PAYABLE
             01      SC KIOSKS,INC.
                     300 RADIOSHACK CIRCLE     MS CF6-314
                     FORTWORTH, TX. 76102-1964
          SPEC.
          INT. NO.   LOSS PAYEE - LOSS PAYABLE
             03      GENERAL ELECTRIC CAPITAL   CORP.
                     16479 DALLAS PARKWAY       NO. 300
                     ADDISON, TX. 75001-2512
          SPEC.
          INT. NO.   MORTGAGEE
             04      TRUSTMARK NATIONAL BANK
                     P O BOX 291
                     JACKSON, MS. 39205
          SPEC.
          INT. NO.   LOSS PAYEE - LOSS PAYABLE
             05      WELLS FARGO FINANCIAL    LEASING,INC ISA
                     CAPITAL SQUARE 400 LOCUST STREET STE 500
                     DES MOINES, IA. 50309
               REFERENCE NO:  COPIER


          -------------------------------------------------------
                        TOTAL PREMIUM FOR CHANGES    $    -269.00
          -------------------------------------------------------
```

INCLUDES COPYRIGHTED MATERIAL OF ISO COMMERCIAL RISK SERVICES, INC. WITH ITS
PERMISSION.
          COPYRIGHT, ISO COMMERCIAL RISK SERVICES, INC. 1983, 1984

```
DATE OF ISSUE: 11/30/07   (BPP)
FORM: CP7001A ED. 1-86    BPP    03/20/07    115    ML    3A22278  (0805
```

**◢EMC**
**Insurance Companies**

EMPLOYERS MUTUAL CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

POLICY PERIOD:  FROM  04/15/07  TO  04/15/08

```
*-------------------------------*
*        POLICY NUMBER          *
* 3 A 2 - 2 2 - 7 8 --- 08      *
*-------------------------------*
```

N A M E D   I N S U R E D :

P R O D U C E R :

WAREHOUSE 86 LLC
W86 PROPERTY HOLDINGS LLC
ELECTRONIC TECHNOLOGIES INC
PO BOX 16692
JACKSON MS 39236-6692

MARCHETTI ROBERTSON & BRICKELL
INSURANCE & BONDING AGENCY, INC
1062 HIGHLAND COLONY PKWY-S 175
PO BOX 3348
RIDGELAND MS 39158-3348

DIRECT BILL

AGENT: AH-9333-9
AGENT PHONE: 601-605-3150

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
*-----------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 10/13/07 TO 04/15/08 *
*-----------------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM
THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

DELETE LOCATION 2.  ADD LOCATION 5, AND DELETE WELLS FARGO AS LOSS PAYEE.

RETURN PREMIUM:  $       124.00

PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 10/19/07                COUNTERSIGNED BY:                    (CONTINUED)
FORM: IL1201A (ED. 01-86)                      115        BP         3A22278   0803

**EMC**
Insurance Companies

```
B U S I N E S S   P R O T E C T I O N   P O L I C Y
        C O M M O N   D E C L A R A T I O N S
POLICY PERIOD
FROM: SEE SECTION DECLARATIONS  TO: 04/15/08    *--------------------*
      12:01 A.M. STANDARD TIME                  *   ACCOUNT NUMBER   *
   AT YOUR MAILING ADDRESS SHOWN BELOW          * 3 X 2 - 2 2 - 7 8---08 *
(UNLESS CHANGED ON THE SECTION DECLARATIONS)    *--------------------*

   N A M E D   I N S U R E D :              P R O D U C E R :

WAREHOUSE 86 LLC                       MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC              INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC            1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                           PO BOX 3348
JACKSON MS 39236-6692                  RIDGELAND MS 39158-3348



                                       AGENT: H-9333
                                       AGENT PHONE: 601-605-3150
```

INSURED IS: LLC

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS
POLICY. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. THE
COMPANY AFFORDING COVERAGE IS DESIGNATED BY THE NAME IN THE DECLARATIONS
OR INFORMATION PAGE FOR EACH SECTION OF THE POLICY.

| S E C T I O N | C O V E R A G E | P R E M I U M |
|---|---|---|
| 1 | PROPERTY | $ 16,120.00 |
| 2 | LIABILITY | 33,347.00 |
| 3 | CRIME AND FIDELITY | NO COVERAGE |
| 4 | INLAND MARINE | 250.00 |
| 5 | AUTOMOBILE | NO COVERAGE |
| 6 | WORKERS' COMPENSATION | NO COVERAGE |
| 7 | UMBRELLA | NO COVERAGE |
| 8 | OTHER - | |

THIS IS A TRUE AND CERTIFIED COPY

COLEMAN CUMMINS

```
-----------------------------------------------------------------
        ESTIMATED TOTAL POLICY PREMIUM    .   $   49,717.00 .
-----------------------------------------------------------------
```

FORMS APPLICABLE TO ALL SECTIONS EXCEPT:
   1.  WORKERS' COMPENSATION
   2.  WHEN EXCLUDED ON SECTION DECLARATIONS
       IL0017(11/98)  IL7004(01/06)


THE ADDRESS AND TELEPHONE NUMBER OF THE SERVICING COMPANY IS:
   EMC INSURANCE COMPANIES          PHONE:  (601) 957-1137
   PO BOX 6011
   RIDGELAND, MS.  39158-6011

PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 10/19/07          COUNTERSIGNED BY:

```
FORM: IL7000A (ED. 09-02)      10/19/07          BP          3X22278  08
```

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least.

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us

4. Notice of cancellation will state the effective date of cancellation The policy period will end on that date

5. If this policy is cancelled, we will send the first Named Insured any premium refund due If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata The cancellation will be effective even if we have not made or offered a refund

6. If notice is mailed, proof of mailing will be sufficient proof of notice

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time,

   b. Give you reports on the conditions we find, and

   c. Recommend changes

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged We do not make safety inspections We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions.

   a. Are safe or healthful; or

   b. Comply with laws. regulations, codes or standards

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating. advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators

## E. Premiums

The first Named Insured shown in the Declarations.

1. Is responsible for the payment of all premiums, and

2. Will be the payee for any return premiums we pay

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property

Copyright, Insurance Services Office, Inc . 1998



**EMC Insurance Companies**

---

**EMC | Employers Mutual Casualty Company**

Home Office    Des Moines, Iowa

**NONASSESSABLE POLICY — MUTUAL PROVISIONS**

The Insured shall not be liable for any assessment under this policy.

By acceptance of this policy the Named Insured becomes a member of the Company and shall be entitled to vote at all meetings of the Company, and shall upon termination of this policy, participate in the distribution of dividends as fixed and determined by the directors in accordance with law. The annual meeting of the members is held at the Home Office of the Company in Des Moines, Iowa, at 9:30 a.m. Central Time, on the second Wednesday in March of each year.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

**EMC | EMCASCO Insurance Company**

Home Office    Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

**EMC | Union Insurance Company of Providence**

Home Office    Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

**EMC | Illinois EMCASCO Insurance Company**

Home Office    Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

**EMC | Dakota Fire Insurance Company**

Home Office    Bismarck, North Dakota

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

**EMC | Hamilton Mutual Insurance Company**

Home Office    Des Moines, Iowa

**NONASSESSABLE POLICY — MUTUAL PROVISIONS**

The Insured shall not be liable for any assessment under this policy.

By acceptance of this policy the Named Insured becomes a member of the Company and shall be entitled to vote at all meetings of the Company, and shall upon termination of this policy participate in the distribution of dividends as fixed and determined by the directors in accordance with law. The annual meetings are held at the Ohio branch office of the Company (currently located in Blue Ash, Ohio) on the third Monday of February in each year, at 1:00 p.m. Eastern Time. If the third Monday falls on a legal holiday in the state of Ohio, the meeting will be held on the next business day.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                    _President_

---

IL7004 (1-06)

## EMC | EMC Property & Casualty Company
Home Office   Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                                                                                       _President_

## EMC | Employers Mutual Casualty Company
Home Office    Des Moines, Iowa
(Applicable in the State of Texas)

**MUTUALS — MEMBERSHIP AND VOTING NOTICE**

The insured is notified that by virtue of this policy, the insured is a member of the Employers Mutual Casualty Company of Des Moines, Iowa, and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Home Office, Des Moines, Iowa, on the second Wednesday of March, in each year, at 9:30 a.m. Central Time.

**MUTUALS — PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY**

No Contingent Liability: This policy is non-assessable. The policyholder is a member of the Company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_Secretary_                                                                                       _President_

IL7004 (1-06)

**EMC**
Insurance Companies

PAGE 2

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07        EXP DATE: 04/15/08

C H A N G E   E N D O R S E M E N T
C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06), CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02), CP7313(01/04), CP8075(07/06),
CP9993(10/90), IL0119(01/07), IL0266(07/02), IL0282(07/02),
IL0415(04/98), IL0952(11/02), IL7050(09/90), IL7130A(04/01),
IL7131A(04/01)*, IL7306(08/98), IL8383.2(01/07), IL8384A(09/04)

Refer to prior distribution(s) for any forms not attached



PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07            COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)                    115      ML        3A22278    0805

**EMC**
**Insurance Companies**

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 3A2-22-78---08 |

WAREHOUSE 86 LLC                    EFF DATE: 11/08/07    EXP DATE: 04/15/08

## C O M M E R C I A L   P R O P E R T Y   P O L I C Y
## D E C L A R A T I O N S

### ENDORSEMENT SCHEDULE

| FORM | EDITION DATE | DESCRIPTION/ADDITIONAL INFORMATION | PREMIUM |
|------|------|-------------------------------------|---------|
| CP0010 | 04-02 | BLDG & PERSONAL PROP. COVERAGE FORM | |
| CP0030 | 04-02 | BUS. INCOME & EXTRA EXPENSE COVERAGE | |
| CP0090 | 07-88 | COMMERCIAL PROPERTY CONDITIONS | |
| CP0127 | 03-96 | UTAH CHANGES | |
| CP0140 | 07-06 | EXCL OF LOSS DUE TO VIRUS/BACTERIA | |
| CP1030 | 04-02 | CAUSES OF LOSS SPECIAL FORM | |
| CP1218 | 06-95 | LOSS PAYABLE PROVISIONS | |
| *CP7001A | 01-86 | COMMERCIAL PROPERTY SCHEDULE | |
| CP7007.1 | 10-00 | COMM PROPERTY QUICK REFERENCE | |
| CP7159 | 10-02 | BROADENED PROPERTY COVRG EXTENSION | |
| CP7313 | 01-04 | EQUIPMENT PROTECTION ENDORSEMENT | |
| CP8075 | 07-06 | POLICYHOLDER NOTICE | |
| CP9993 | 10-90 | TENTATIVE RATE | |
| IL0119 | 01-07 | MISSISSIPPI CHANGES | |
| IL0266 | 07-02 | UT CHANGES - CANCELLATION/NONRENEWAL | |
| IL0282 | 07-02 | MS CHANGES - CANCELLATION/NONRENEWAL | |
| IL0415 | 04-98 | PROTECTIVE SAFEGUARDS | |
| IL0952 | 11-02 | CAP/LOSSES/CERTIFD ACTS OF TERRORISM | |
| IL7050 | 09-90 | AUTOMATIC TERMINATION | |
| IL7130A | 04-01 | NAMED INSURED ENDORSEMENT | |
| *IL7131A | 04-01 | COMM'L POLICY ENDORSEMENT SCHEDULE | |
| IL7306 | 08-98 | EXCLUSION OF CERTAIN COMPUTER LOSSES | |
| IL8383.2 | 01-07 | DISCLOSURE NOTICE OF TERRORISM COVG | |
| | | SCHEDULE - Part 1 | |
| | | A. Premium through end of year 12/31/07 | $    37 |
| | | B. Premium beyond the date specified above | $    15 |
| IL8384A | 09-04 | TERRORISM NOTICE | |

DATE OF ISSUE: 11/30/07

**◢◤EMC**
**Insurance Companies**

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78-~~-08
WAREHOUSE 86 LLC                   EFF DATE: 11/08/07    EXP DATE: 04/15/08

RISK-36      SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET    TERM:  1.000
                                                     % OF CO PART: 100.00
-----------------------------------------------------------------------
LOC: 001  ST: MS  TER: 670  CNTY: 670  PROT: 07  CONST: 3  RT TYP: S  SPKLR: Y
      (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
      CONST YEAR: 1995      FTTC:
      GROUP II   COMM BCEG:      IND GRADED:     RISK ID: TBD
      TERRORISM RATING TIER: 03

LOC-ITEM: 001-02 COV: PERSONAL PROPERTY CLASS: 1211 PKG: 0.740 MULTI-LOC: 1.000
      LCM/RATE DEP: 2.05            BI TYPE OF RISK:
      RATE GROUP: 1                CLASS LIMIT: 5000
      EB RATING TIER:  1           GROSS SQUARE FOOTAGE:
          (1)    (2)       (3)     (4)  (8)                    (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC   X DED  X AV   X FAC X RESID
I   0.621 1.000            1.000       1.00 0.850          1.000
II  0.258 1.000            1.000       1.00 0.850          1.000
EB  0.025                               1.000     1.000
TR  0.002            1.000        1.00 0.850          1.000
   DEV BASE  X(3) + (4)  X (8)  X DED X AV X     INS +  (7) X BASE XPD X DED  X (5)
  ((SP 0.066 1.000      1.00 0.850     50000)+( 890 0.100     0.850)) 1.000

    X  RMF  X  TAX   -  NET    X  INSURANCE  X  IG  X  CHG FACT  =    PREMIUM
I    0.740            0.391       50000              0.434            85
II   0.740            0.162       50000              0.434            35
EB                   0.025       50000              0.434             6
TR                   0.002       50000              0.434             0
SP   0.740                       50000              0.434            33
                            FULL TERM PREMIUM  X CHG FACT = OFF PREMIUM
                                   TOTAL =    159
                                       -989       0.434       -428
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                           TOTAL PREMIUM FOR CHANGES  $   -269.00
                 -------------------------------------------------
```

(1) PC DIFFERENTIAL X SPRINKLER LEAKAGE EXCLUSION FACTOR (OR)
    EQ BUILDNG CODE EFF GRADING CRDT X EQ/SLEQ SUBLIMIT FACTOR (OR)
    GROUP II PREFIX X GRP II BUILDNG CODE EFF GRADING CRDT
    X WINDSTORM PROT DEVICE CREDIT X NEW RESIDENTIAL CONSTRUCTION CREDIT
(2) SPRINKLER LEAKAGE EXCLUSION RATE, VANDALISM EXCLUSION RATE
(3) BRND & LBL X ORD OR LAW X POLLUTANT X TIME ELMT X DEBRIS X VACY X LEGAL LIAB
    X BR COLLAPSE X INC AGG LIMIT FACTOR
(4) BRND & LBL MAXIMUM INCREASE + UTILITY SERVICES CHG + MINING PROPERTY CHG
    + VACANCY BALANCE TO MINIMUM RATE + BR COLLAPSE
(5) SPKLR FAC FOR UNSPKLRD BLDGS (OR) MOD FOR STY HGT X MAS VEN
    X INCR FOR GRND COND X PIPP FACTOR X PEAK SEASON/VACANCY PRORATE FACTOR
    X SFP TERRORISM REJECTION FACTOR X FL SINKHOLE FACTOR(S)
(6) DWELLING EARTHQUAKE MASONRY VENEER FACTOR X INCREASE FOR GROUND CONDITIONS
(7) SPEC FORM PERS PROP INCR MAY BE INCL WITH OTHER PERS PROP ITEMS AT SAME LOC
    X DEVIATION X COINS IF APPLICABLE
(8) COINSURANCE FACTOR (OR) FUNCTIONAL BUILDING/PERSONAL PROPERTY VALUATION

```
   DATE OF ISSUE: 11/30/07    (BPP)
WORK-PROP              BPP    03/20/07    115    ML    3A22278   0805
```



**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                               TRANSACTION: CHANGE-05
                                                 PRIOR POL: 3A2-22-78

                        TRANSACTION INFORMATION
                        -----------------------

POLICY TERM: 04/15/07 TO 04/15/08          TRANS DATE: 11/08/07
ACCOUNT NAME: WAREHOUSE 86 LLC             CO/BR/AGENT: A/H/9333-9
ACCOUNT STATE: MS                          PROGRAM:
FINANCING: N                               BILLING METHOD: D
AUDIT FREQUENCY:                           INSPECTION: 2
SIC: 4226                                  PROFIT SHARE: Y
D & B:                                     TYPE OF POLICY: 36 (SERV)
ORIGINAL EFF DATE: 04/15/05


                                           TRANS PREMIUM:    -269.00

POLICY ID: AA        COMMISSION:  20.0%    PREMIUM:          -269.00
--------------------------------------------------------------------
```

```
DATE OF ISSUE: 11/30/07    (BPP)
STAT F                  BPP      03/20/07    115    ML    3A22278  0805
```

**EMC**
Insurance Companies

PAGE 2

EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

C H A N G E    E N D O R S E M E N T
C O N T I N U E D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06), CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02), CP7313(01/04), CP8075(07/06),
CP9993(10/90), IL0119(01/07), IL0266(07/02), IL0282(07/02),
IL0415(04/98), IL0952(11/02), IL7050(09/90), IL7130A(04/01),
IL7131A(04/01), IL7306(08/98), IL8383.2(01/07), IL8384A(09/04)

Refer to prior distribution(s) for any forms not attached

PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 11/30/07            COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)              115      ML      3A22278   0804

◢◤**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 10/13/07   EXP DATE: 04/15/08

           C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
--------------------------------------------------------------------------
LOC 003  STE 110                    DESCRIPTION: 1 STORY  JSTD MAS  BLDG
         481 AIRPORT INDUSTRIAL DR               IN PROTECTION CLASS 05
         SOUTHAVEN, MS.              OCCUPANCY: INDUSTRIAL RACKING AND
         38671-5879                             CONVEYOR SYSTEMS

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS, EXCEPT
      72 HOURS ON BUSINESS INCOME
   FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL       601-605-4114  AGT
   PROTECTIVE SAFEGUARDS: P-1


                              COVERED
                         LIMIT OF  CAUSES  SPEC*        OPTIONAL
ITEM      COVERAGE       INSURANCE OF LOSS INT COINS    COVERAGES
--------------------------------------------------------------------------
01 ¦PERSONAL PROPERTY OF  ¦$  1,000,000¦SPECIAL¦01¦ 80%¦REPLACEMENT COST
   ¦YOUR BUSINESS         ¦            ¦       ¦03¦    ¦
   ¦                      ¦            ¦       ¦05¦    ¦
02 ¦BUSINESS INCOME       ¦$     50,000¦SPECIAL¦  ¦    ¦MONTHLY INDEM 1/6
   ¦INCLUDING RENTAL VALUE ¦           ¦       ¦  ¦    ¦
--------------------------------------------------------------------------


                     *SPECIAL INTEREST
        SPEC.
        INT. NO.  LOSS PAYEE - LOSS PAYABLE
           01     SC KIOSKS,INC.
                  300 RADIOSHACK CIRCLE     MS CF6-314
                  FORTWORTH, TX. 76102-1964
        SPEC.
        INT. NO.  LOSS PAYEE - LOSS PAYABLE
           03     GENERAL ELECTRIC CAPITAL   CORP.
                  16479 DALLAS PARKWAY       NO. 300
                  ADDISON, TX. 75001-2512
        SPEC.
        INT. NO.  MORTGAGEE
           04     TRUSTMARK NATIONAL BANK
                  P O BOX 291
                  JACKSON, MS. 39205
        SPEC.
        INT. NO.  LOSS PAYEE - LOSS PAYABLE
           05     WELLS FARGO FINANCIAL      LEASING,INC ISA
                  CAPITAL SQUARE 400 LOCUST STREET STE 500
                  DES MOINES, IA. 50309
              REFERENCE NO:  COPIER


        ----------------------------------------------------------
                         TOTAL PREMIUM FOR CHANGES    $        0
                         ----------------------------------------------------
```

INCLUDES COPYRIGHTED MATERIAL OF ISO COMMERCIAL RISK SERVICES, INC. WITH ITS
PERMISSION.
        COPYRIGHT, ISO COMMERCIAL RISK SERVICES, INC. 1983, 1984

DATE OF ISSUE: 11/30/07   (BPP)
FORM: CP7001A ED. 1-86    BPP      03/20/07     115     ML     3A22278   0804

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                           TRANSACTION: CHANGE-04
                                           PRIOR POL: 3A2-22-78

                       TRANSACTION INFORMATION
                       -----------------------

POLICY TERM: 04/15/07 TO 04/15/08          TRANS DATE: 10/13/07
ACCOUNT NAME: WAREHOUSE 86 LLC             CO/BR/AGENT: A/H/9333-9
ACCOUNT STATE: MS                          PROGRAM:
FINANCING: N                               BILLING METHOD: D
AUDIT FREQUENCY:                           INSPECTION: 2
SIC: 4226                                  PROFIT SHARE: Y
D & B:                                     TYPE OF POLICY: 36 (SERV)
ORIGINAL EFF DATE: 04/15/05

                                           TRANS PREMIUM: 0.00

POLICY ID: AA          COMMISSION:  N/A    PREMIUM:      N/A
```

```
DATE OF ISSUE: 11/30/07    (BPP)
STAT F                     BPP    03/20/07    115    ML    3A22278   0804
```

**EMC**
**Insurance Companies**

PAGE 2

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08
```

```
                    C H A N G E   E N D O R S E M E N T
                          C O N T I N U E D
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
FORMS APPLICABLE:
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06), CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02), CP7313(01/04), CP8075(07/06),
CP9993(10/90), IL0119(01/07), IL0266(07/02), IL0282(07/02),
IL0415(04/98), IL0952(11/02), IL7050(09/90), IL7130A(04/01),
IL7131A(04/01)*, IL7306(08/98), IL8383.2(01/07), IL8384A(09/04)

Refer to prior distribution(s) for any forms not attached
```

```
PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 10/19/07              COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)              115      BP      3A22278    0803
```

**◢EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC               EFF DATE: 10/13/07    EXP DATE: 04/15/08

RISK-36     SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET     TERM: 1.000
                                                 % OF CO PART: 100.00
----------------------------------------------------------------------
LOC: 002  ST: TN  TER: 791  CNTY: 790  PROT: 02  CONST: 5  RT TYP: C  SPKLR: N
     (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
     CONST YEAR: 1980     FTTC:
     TERRORISM RATING TIER: 03

LOC-ITEM: 002-01 COV: PERSONAL PROPERTY CLASS: 0702 PKG: 0.780 MULTI-LOC: 1.000
                       FULL TERM PREMIUM    X  CHG FACT  = OFF PREMIUM
                            -318          0.505            -161
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
----------------------------------------------------------------------
LOC: 005  ST: MS  TER: 670  CNTY: 670  PROT: 05  CONST: 2  RT TYP: C  SPKLR: N
     (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
     CONST YEAR: 1980     FTTC:
     TERRORISM RATING TIER: 03

LOC-ITEM: 005-01 COV: PERSONAL PROPERTY CLASS: 0702 PKG: 0.740 MULTI-LOC: 1.000
     LCM/RATE DEP: 2.05              BI TYPE OF RISK:
     EB RATING TIER: 1              GROSS SQUARE FOOTAGE:
            (1)     (2)      (3)     (4)    (8)               (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC   X DED  X AV   X FAC X RESID
I   0.310  1.000              1.000        1.00  0.850        1.000
II  0.258  1.000              1.000        1.00  0.850        1.000
EB  0.025                                        1.000        1.000
TR  0.002  1.000              1.000        1.00  0.850        1.000
 DEV BASE  X(3) + (4) X (8) X DED X AV X     INS +  (7) X BASE XPD X DED  X (5)
((SP 0.066 1.000     1.00 0.850         5000)+(  77             0.850)) 1.000

   X  RMF X  TAX  =  NET  X  INSURANCE  X  IG  X  CHG FACT  =    PREMIUM
I    0.740           0.195      5000              0.505             5
II   0.740           0.162      5000              0.505             4
EB                   0.025      5000              0.505             1
TR                   0.002      5000              0.505             1
SP   0.740                      5000              0.505            26
                                                   TOTAL =         37
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                         TOTAL PREMIUM FOR CHANGES  $     -124.00
                    ------------------------------------------------




DATE OF ISSUE: 10/19/07    (BPP)                      (CONTINUED)
WORK-PROP              BPP    03/20/07   115    BP    3A22278   0803
```

**EMC**
Insurance Companies

PAGE NO:   2

| EMPLOYERS MUTUAL CASUALTY COMPANY | | POLICY NO: 3A2-22-78---08 |
|---|---|---|
| WAREHOUSE 86 LLC | EFF DATE: 10/13/07 | EXP DATE: 04/15/08 |

RISK-36    SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET    TERM:  1.000
                                                              % OF CO PART: 100.00

--------------------------------------------------------------------

(1) PC DIFFERENTIAL X SPRINKLER LEAKAGE EXCLUSION FACTOR (OR)
     EQ BUILDNG CODE EFF GRADING CRDT X EQ/SLEQ SUBLIMIT FACTOR (OR)
     GROUP II PREFIX X GRP II BUILDNG CODE EFF GRADING CRDT
     X WINDSTORM PROT DEVICE CREDIT X NEW RESIDENTIAL CONSTRUCTION CREDIT
(2) SPRINKLER LEAKAGE EXCLUSION RATE, VANDALISM EXCLUSION RATE
(3) BRND & LBL X ORD OR LAW X POLLUTANT X TIME ELMT X DEBRIS X VACY X LEGAL LIAB
     X BR COLLAPSE X INC AGG LIMIT FACTOR
(4) BRND & LBL MAXIMUM INCREASE + UTILITY SERVICES CHG + MINING PROPERTY CHG
     + VACANCY BALANCE TO MINIMUM RATE + BR COLLAPSE
(5) SPKLR FAC FOR UNSPKLRD BLDGS (OR) MOD FOR STY HGT X MAS VEN
     X INCR FOR GRND COND X PIPP FACTOR X PEAK SEASON/VACANCY PRORATE FACTOR
     X SFP TERRORISM REJECTION FACTOR X FL SINKHOLE FACTOR(S)
(6) DWELLING EARTHQUAKE MASONRY VENEER FACTOR X INCREASE FOR GROUND CONDITIONS
(7) SPEC FORM PERS PROP INCR MAY BE INCL WITH OTHER PERS PROP ITEMS AT SAME LOC
     X DEVIATION X COINS IF APPLICABLE
(8) COINSURANCE FACTOR (OR) FUNCTIONAL BUILDING/PERSONAL PROPERTY VALUATION

DATE OF ISSUE: 10/19/07    (BPP)

| WORK-PROP | | BPP | 03/20/07 | 115 | BP | 3A22278 | 0803 |
|---|---|---|---|---|---|---|---|

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NUMBER: 3A2-22-78---08

WAREHOUSE 86 LLC                 EFF DATE: 10/13/07   EXP DATE: 04/15/08

        C O M M E R C I A L   P R O P E R T Y   P O L I C Y
                    D E C L A R A T I O N S
=========================================================================
                        ENDORSEMENT SCHEDULE

             EDITION
   FORM      DATE     DESCRIPTION/ADDITIONAL INFORMATION          PREMIUM
--------------------------------------------------------------------------
   CP0010    04-02    BLDG & PERSONAL PROP. COVERAGE FORM
   CP0030    04-02    BUS. INCOME & EXTRA EXPENSE COVERAGE
   CP0090    07-88    COMMERCIAL PROPERTY CONDITIONS
   CP0127    03-96    UTAH CHANGES
   CP0140    07-06    EXCL OF LOSS DUE TO VIRUS/BACTERIA
   CP1030    04-02    CAUSES OF LOSS SPECIAL FORM
   CP1218    06-95    LOSS PAYABLE PROVISIONS
  *CP7001A   01-86    COMMERCIAL PROPERTY SCHEDULE
   CP7007.1  10-00    COMM PROPERTY QUICK REFERENCE
   CP7159    10-02    BROADENED PROPERTY COVRG EXTENSION
   CP7313    01-04    EQUIPMENT PROTECTION ENDORSEMENT
   CP8075    07-06    POLICYHOLDER NOTICE
   CP9993    10-90    TENTATIVE RATE
   IL0119    01-07    MISSISSIPPI CHANGES
   IL0266    07-02    UT CHANGES - CANCELLATION/NONRENEWAL
   IL0282    07-02    MS CHANGES - CANCELLATION/NONRENEWAL
   IL0415    04-98    PROTECTIVE SAFEGUARDS
   IL0952    11-02    CAP/LOSSES/CERTIFD ACTS OF TERRORISM
   IL7050    09-90    AUTOMATIC TERMINATION
   IL7130A   04-01    NAMED INSURED ENDORSEMENT
  *IL7131A   04-01    COMM'L POLICY ENDORSEMENT SCHEDULE
   IL7306    08-98    EXCLUSION OF CERTAIN COMPUTER LOSSES
   IL8383.2  01-07    DISCLOSURE NOTICE OF TERRORISM COVG
                      SCHEDULE - Part 1
                      A. Premium through end of year 12/31/07  $     38
                      B. Premium beyond the date specified above $   16
   IL8384A   09-04    TERRORISM NOTICE

FORM(S) DELETED WITH THIS TRANSACTION:
   IL0250    07-02
```

◢▉EMC
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78--08
WAREHOUSE 86 LLC                     EFF DATE: 10/13/07    EXP DATE: 04/15/08

          C O M M E R C I A L    P R O P E R T Y    S C H E D U L E
----------------------------------------------------------------------------
LOC 002  6055 PRIMACY PKWY             DESCRIPTION: 4 STORY MOD FR RES BLDG
                                                    IN PROTECTION CLASS 02
         MEMPHIS, TN.                  OCCUPANCY: WAREHOUSE
         38119-5701

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS


                                    COVERED
                         LIMIT OF   CAUSES   SPEC*        OPTIONAL
ITEM      COVERAGE       INSURANCE  OF LOSS  INT COINS    COVERAGES
----------------------------------------------------------------------------
01 !DELETED              !              !      ! !        !
----------------------------------------------------------------------------


LOC 005  5 RIVER BEND PL STE D         DESCRIPTION: 1 STORY  JSTD MAS  BLDG
                                                    IN PROTECTION CLASS 05
         FLOWOOD, MS.                  OCCUPANCY: WAREHOUSE
         39232-7618

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS
   FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL       601-605-4114  AGT


                                    COVERED
                         LIMIT OF   CAUSES   SPEC*        OPTIONAL
ITEM      COVERAGE       INSURANCE  OF LOSS  INT COINS    COVERAGES
----------------------------------------------------------------------------
01 !PERSONAL PROPERTY OF !$    5,000!SPECIAL! ! 80%!REPLACEMENT COST
   !YOUR BUSINESS        !          !        ! !  !
----------------------------------------------------------------------------

                         *SPECIAL INTEREST
             SPEC.
             INT. NO.    LOSS PAYEE - LOSS PAYABLE
                01       SC KIOSKS,INC.
                         300 RADIOSHACK CIRCLE    MS CF6-314
                         FORTWORTH, TX. 76102-1964
             SPEC.
             INT. NO.    LOSS PAYEE - LOSS PAYABLE
                03       GENERAL ELECTRIC CAPITAL  CORP.
                         16479 DALLAS PARKWAY      NO. 300
                         ADDISON, TX. 75001-2512
             SPEC.
             INT. NO.    MORTGAGEE
                04       TRUSTMARK NATIONAL BANK
                         P O BOX 291
                         JACKSON, MS. 39205


             ------------------------------------------------------
                         TOTAL PREMIUM FOR CHANGES    $     -124.00
                         ------------------------------------------------


INCLUDES COPYRIGHTED MATERIAL OF ISO COMMERCIAL RISK SERVICES, INC. WITH ITS
PERMISSION.
        COPYRIGHT, ISO COMMERCIAL RISK SERVICES, INC. 1983, 1984

DATE OF ISSUE: 10/19/07    (BPP)
----------------------------------------------------------------------------
FORM: CP7001A ED. 1-86    BPP     03/20/07     115      BP     3A22278   0803
```

## EMC
### Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                               TRANSACTION: CHANGE-03
                                               PRIOR POL: 3A2-22-78

                        TRANSACTION INFORMATION
                        -----------------------

POLICY TERM: 04/15/07 TO 04/15/08        TRANS DATE: 10/13/07
ACCOUNT NAME: WAREHOUSE 86 LLC           CO/BR/AGENT: A/H/9333-9
ACCOUNT STATE: MS                        PROGRAM:
FINANCING: N                             BILLING METHOD: D
AUDIT FREQUENCY:                         INSPECTION: 2
SIC: 4226                                PROFIT SHARE: Y
D & B:                                   TYPE OF POLICY: 36 (SERV)
ORIGINAL EFF DATE: 04/15/05

                                         TRANS PREMIUM:      -124.00

POLICY ID: AA          COMMISSION:  20.0%    PREMIUM:        -124.00
```

```
DATE OF ISSUE: 10/19/07    (BPP)
STAT F              BPP      03/20/07      115      BP      3A22278   0803
```

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY

                C H A N G E    E N D O R S E M E N T

                                          *------------------------*
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08   *     POLICY NUMBER   *
                                          *  3 A 2 - 2 2 - 7 8 - - 08 *
                                          *------------------------*
     N A M E D    I N S U R E D :         P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WAREHOUSE 86 LLC                      MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC             INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC           1062 HIGHLAND COLONY PKWY-S 175
PO BOX 16692                          PO BOX 3348
JACKSON MS 39236-6692                 RIDGELAND MS 39158-3348


                                      AGENT: AH-9333
     DIRECT BILL                      AGENT PHONE: 601-605-3150
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   T H I S    E N D O R S E M E N T    C H A N G E S    T H E    P O L I C Y.
         P L E A S E    R E A D    I T    C A R E F U L L Y.

      --------------------------------------------------------------

         *----------------------------------------------------*
         * ENDORSEMENT EFFECTIVE DATES: 10/13/07 TO 04/15/08 *
         *----------------------------------------------------*


THE FOLLOWING CHANGES ARE APPLICABLE TO THIS POLICY:

AMENDING MAILING ADDRESS.
```

```
      ------------------------------------------------------------

            -----------------------------------------------
            ADDITIONAL PREMIUM:    $        0.00
            -----------------------------------------------
```

```
PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 10/19/07          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)            115      BP      3A22278   0802
```

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY              PRIOR POLICY: 3A2-22-78

    C O M M E R C I A L   P R O P E R T Y   D E C L A R A T I O N S

                                         *-------------------------*
POLICY PERIOD: FROM  04/15/07  TO  04/15/08   *   POLICY NUMBER    *
                                         * 3 A 2 - 2 2 - 7 8---08 *
      N A M E D   I N S U R E D :        *-------------------------*
                                              P R O D U C E R :
WAREHOUSE 86 LLC                         MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC                INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC              1062 HIGHLAND COLONY PKWY-S 175
PO BOX 17361                             PO BOX 3348
MEMPHIS TN 38187-0361                    RIDGELAND MS 39158-3348


                                         AGENT: AH-9333-9
     DIRECT BILL                         AGENT PHONE: 601-605-3150

   INSURED IS: LLC

          SEE ATTACHED SCHEDULE FOR DESCRIPTION OF LOCATIONS,
                 SPECIAL INTERESTS AND DEDUCTIBLES

   C O V E R A G E S   P R O V I D E D            P R E M I U M

      BUILDING                           $         5,635.00
      PERSONAL PROPERTY                  $         9,945.00
      BUSINESS INCOME                    $           540.00

                    TOTAL PROPERTY PREMIUM  $      16,120.00


FORMS APPLICABLE:
CP0010(04/02), CP0030(04/02), CP0090(07/88), CP0127(03/96),
CP0140(07/06)*, CP1030(04/02), CP1218(06/95), CP7001A(01/86)*,
CP7007.1(10/00), CP7159(10/02)*, CP7313(01/04), CP8075(07/06)*,
CP9993(10/90), IL0119(01/07)*, IL0250(07/02), IL0266(07/02),
IL0282(07/02), IL0415(04/98), IL0952(11/02), IL7050(09/90)*,
IL7130A(04/01)*, IL7131A(04/01)*, IL7306(08/98), IL8383.2(01/07)*,
IL8384A(09/04)

   Refer to prior distribution(s) for any forms not attached
```

**EMC**
Insurance Companies

| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 3A2-22-78---08 |
|---|---|

WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

COMMERCIAL  PROPERTY  POLICY
DECLARATIONS
==========================================================================
ENDORSEMENT SCHEDULE


| FORM | EDITION DATE | DESCRIPTION/ADDITIONAL INFORMATION | PREMIUM |
|---|---|---|---|
| CP0010 | 04-02 | BLDG & PERSONAL PROP. COVERAGE FORM | |
| CP0030 | 04-02 | BUS. INCOME & EXTRA EXPENSE COVERAGE | |
| CP0090 | 07-88 | COMMERCIAL PROPERTY CONDITIONS | |
| CP0127 | 03-96 | UTAH CHANGES | |
| *CP0140 | 07-06 | EXCL OF LOSS DUE TO VIRUS/BACTERIA | |
| CP1030 | 04-02 | CAUSES OF LOSS SPECIAL FORM | |
| CP1218 | 06-95 | LOSS PAYABLE PROVISIONS | |
| *CP7001A | 01-86 | COMMERCIAL PROPERTY SCHEDULE | |
| CP7007.1 | 10-00 | COMM PROPERTY QUICK REFERENCE | |
| *CP7159 | 10-02 | BROADENED PROPERTY COVRG EXTENSION | |
| CP7313 | 01-04 | EQUIPMENT PROTECTION ENDORSEMENT | |
| *CP8075 | 07-06 | POLICYHOLDER NOTICE | |
| CP9993 | 10-90 | TENTATIVE RATE | |
| *IL0119 | 01-07 | MISSISSIPPI CHANGES | |
| IL0250 | 07-02 | TN CHANGES - CANCELLATION/NONRENEWAL | |
| IL0266 | 07-02 | UT CHANGES - CANCELLATION/NONRENEWAL | |
| IL0282 | 07-02 | MS CHANGES - CANCELLATION/NONRENEWAL | |
| IL0415 | 04-98 | PROTECTIVE SAFEGUARDS | |
| IL0952 | 11-02 | CAP/LOSSES/CERTIFD ACTS OF TERRORISM | |
| *IL7050 | 09-90 | AUTOMATIC TERMINATION | |
| *IL7130A | 04-01 | NAMED INSURED ENDORSEMENT | |
| *IL7131A | 04-01 | COMM'L POLICY ENDORSEMENT SCHEDULE | |
| IL7306 | 08-98 | EXCLUSION OF CERTAIN COMPUTER LOSSES | |
| *IL8383.2 | 01-07 | DISCLOSURE NOTICE OF TERRORISM COVG | |
| | | SCHEDULE - Part 1 | |
| | | A. Premium through end of year 12/31/07 | $    39 |
| | | B. Premium beyond the date specified above | $    16 |
| IL8384A | 09-04 | TERRORISM NOTICE | |

DATE OF ISSUE: 04/24/07

| FORM: IL7131A (ED. 04-01) | 115 | DV | 3A22278 | 0801 |
|---|---|---|---|---|

**EMC**
Insurance Companies

EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NUMBER: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

T E R R O R I S M    N O T I C E

This insurance includes coverage for certified acts of terrorism
as defined in the Terrorism Risk Insurance Act of 2002.

Attached you will find a disclosure, which identifies the specific
charge for certified acts of terrorism.


YOU MAY HAVE THE OPTION TO REJECT THIS TERRORISM COVERAGE
------------------------------------------------------------

For additional information, please contact your agent


DATE OF ISSUE: 04/24/07
FORM: IL8384A (09-04)              115      DV        3A22278   0801

◢◤**EMC**
Insurance Companies

| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 3A2-22-73---08 |
|---|---|
| WAREHOUSE 86 LLC | EFF DATE: 04/15/07   EXP DATE: 04/15/08 |

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN
RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK
INSURANCE ACT.  THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR
CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

D I S C L O S U R E   O F   P R E M I U M   F O R
C E R T I F I E D   A C T S   O F   T E R R O R I S M   C O V E R A G E
(PURSUANT TO TERRORISM RISK INSURANCE ACT)
------------------------------------------------------------------------
S C H E D U L E
SCHEDULE - PART I
Terrorism Premium (Certified Acts)
  A. Premium through end of year 12/31/07      $39.00
  B. Premium beyond the date specified above  $16.00
    (Refer to paragraph C. below)
------------------------------------------------------------------------

SCHEDULE - PART II
Federal share of Terrorism Losses __%   Year: ____
  (refer to paragraph B. below)
------------------------------------------------------------------------
A. Disclosure Of Premium:
   In accordance with the Federal Terrorism Risk Insurance Act we are
   required to provide you with a notice disclosing the portion of
   your premium, if any, attributable to coverage for terrorism acts
   certified under that Act.  The portion of your premium attributable
   to such coverage is shown in the schedule of this endorsement or in
   the policy Declarations.

B. Disclosure Of Federal Participation In Payment Of Terrorism Losses:
   The United States Government, Department of the Treasury, will pay
   a share of terrorism losses insured under the federal program.
   For losses occurring in 2006, the federal share equals 90% of that
   portion of the amount of such insured losses that exceeds the
   applicable insurer retention.  For losses occurring in 2007, the
   federal share equals 85% of that portion of the amount of such
   insured losses that exceeds the applicable insurer retention.
   If the federal program is extended beyond 2007, the applicable
   percentage is shown in Part II of the Schedule of this endorsement
   or in the policy Declarations.

C. Premium beyond the year specified in Part I above:
   The premium for certified acts of terrorism coverage is calculated
   based in part on the federal participation in payment of terrorism
   losses as set forth in the Terrorism Risk Insurance Act.  The federal
   program established by the Act is scheduled to terminate at the end
   of the year specified in Part I of the Schedule of this endorsement,
   unless extended by the federal government.  If the federal program
   is extended, the premium shown in (B) in Part I of the Schedule
   shall be attributable to coverage for terrorism acts certified
   under the Act.
   If the federal program terminates, your policy will still contain
   coverage for acts of terrorism unless you have elected to exclude
   the coverage.  The premium shown in (B) in Part I of the Schedule
   shall be attributable to that coverage for terrorism.

Includes copyrighted material of ISO Properties, Inc. with its permission
DATE OF ISSUE: 04/24/07                                    (continued)
FORM: IL8383.2 (01-07)          115         DV        3A22278   0801

**EMC**
Insurance Companies

Page 2

| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 3A2-22-78---08 |
|---|---|
| WAREHOUSE 86 LLC | EFF DATE: 04/15/07    EXP DATE: 04/15/08 |

------------------------------------------------------------------

THE FOLLOWING STATEMENT IS REQUIRED TO BE PART OF THE DISCLOSURE NOTICE
IN MISSOURI:
The premium above is for certain losses resulting from certified acts
of terrorism as covered pursuant to coverage provisions, limitations
and exclusions in this policy.  You should read the definition in your
policy carefully, but generally speaking, "certified" acts of terrorism
are acts of foreign sponsorship that exceed $5 million in aggregate
losses to the insurance industry and which are subsequently declared
by the U.S. Secretary of the Treasury as a certified terrorist act under
the Terrorism Risk Insurance Act.  Some losses resulting from certified
acts of terrorism are not covered.  Coverage for noncertified acts of
terrorism may not be provided.  A major example of "noncertified" acts
of terrorism would be an act of terrorism committed by a domestic group.
Read your policy and endorsements carefully.

Includes copyrighted material of ISO Properties, Inc. with its permission
DATE OF ISSUE: 04/24/07

| FORM: IL8383.2 (01-07) | 115 | DV | 3A22278  0801 |

**EMC**
Insurance Companies

EMPLOYERS MUTUAL CASUALTY COMPANY

N A M E D   I N S U R E D   E N D O R S E M E N T

```
                                      *-------------------------*
POLICY PERIOD:  FROM  04/15/07  TO  04/15/08  *    POLICY NUMBER    *
                                      *  3 A 2 - 2 2 - 7 8 --- 08  *
     N A M E D   I N S U R E D :          *-------------------------*
                                          P R O D U C E R :
```

WAREHOUSE 86 LLC                          MARCHETTI ROBERTSON & BRICKELL
W86 PROPERTY HOLDINGS LLC                 INSURANCE & BONDING AGENCY, INC
ELECTRONIC TECHNOLOGIES INC               1062 HIGHLAND COLONY PKWY-S 175
PO BOX 17361                              PO BOX 3348
MEMPHIS TN 38187-0361                     RIDGELAND MS 39158-3348


                                          AGENT: AH-9333-9
     DIRECT BILL                          AGENT PHONE: 601-605-3150

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
         P L E A S E   R E A D   I T   C A R E F U L L Y.


```
          *--------------------------------------------------*
          * ENDORSEMENT EFFECTIVE DATES: 04/15/07 TO 04/15/08 *
          *--------------------------------------------------*
```

     IT IS HEREBY AGREED AND UNDERSTOOD THAT THE NAMED INSURED
                IS AMENDED TO READ AS FOLLOWS:


     1ST NAMED INSURED:
     WAREHOUSE 86 LLC

     NO. 02:
     W86 PROPERTY HOLDINGS, LLC

     NO. 03:
     ELECTRONIC TECHNOLOGIES, INC.


PLACE OF ISSUE: RIDGELAND, MS
DATE OF ISSUE: 04/24/07

FORM: IL7130A (ED. 04-01)                 115        DV        3A22278   0801

**◢EMC**
**Insurance Companies**

PAGE NO: 2

EMPLOYERS MUTUAL CASUALTY COMPANY               POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

C O M M E R C I A L    P R O P E R T Y    S C H E D U L E
--------------------------------------------------------------------------------
01 !PERSONAL PROPERTY OF    !$  1,000,000!SPECIAL!01! 80%!REPLACEMENT COST
   !YOUR BUSINESS           !            !   !03!    !
02 !BUSINESS INCOME         !$     50,000!SPECIAL! !   !MONTHLY INDEM 1/6
   !INCLUDING RENTAL VALUE  !            !       ! ! !
--------------------------------------------------------------------------------

LOC 004   986 W 2ND ST              DESCRIPTION: 1 STORY  NONCOMB   BLDG
                                                 IN PROTECTION CLASS 03
          OGDEN, UT.                 OCCUPANCY: WAREHOUSE
          84404-1324

   LOC DESCRIPTION: BLDG 12A

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS, EXCEPT
      72 HOURS ON BUSINESS INCOME
   FOR INSPECTION CONTACT: BOYLES MOAK BRICKELL       601-605-4114  AGT

                                   COVERED
                      LIMIT OF    CAUSES  SPEC*         OPTIONAL
ITEM      COVERAGE    INSURANCE   OF LOSS INT COINS    COVERAGES
--------------------------------------------------------------------------------
01 !PERSONAL PROPERTY OF    !$   150,000!SPECIAL! ! 80%!REPLACEMENT COST
   !YOUR BUSINESS           !           !       ! ! !
02 !BUSINESS INCOME         !$    50,000!SPECIAL! !   !MONTHLY INDEM 1/6
   !INCLUDING RENTAL VALUE  !           !       ! ! !
--------------------------------------------------------------------------------

MISCELLANEOUS POLICY COVERAGES

   EQUIPMENT PROTECTION ENDORSEMENT        SEE COVERAGE FORM


   --------------------------------------------------------------------------
                          *SPECIAL INTEREST
        SPEC.
        INT. NO.   LOSS PAYEE - LOSS PAYABLE
           01      SC KIOSKS,INC.
                   300 RADIOSHACK CIRCLE      MS CF6-314
                   FORTWORTH, TX. 76102-1964
        SPEC.
        INT. NO.   LOSS PAYEE - LOSS PAYABLE
           02      WELLS FARGO FINANCIAL      LEASING,INC.MAC-F4045-050
                   CAPITAL SQUARE 400         LOCUST STREET STE 500
                   DES MOINES, IA. 50309
        SPEC.
        INT. NO.   LOSS PAYEE - LOSS PAYABLE
           03      GENERAL ELECTRIC CAPITAL   CORP.
                   16479 DALLAS PARKWAY       NO. 300
                   ADDISON, TX. 75001-2512


DATE OF ISSUE: 04/24/07   (BPP)                        (CONTINUED)
FORM: CP7001A ED. 1-86    BPP    03/20/07    115    DV    3A22278    0801

**EMC**
Insurance Companies

PAGE NO: 2

EMPLOYERS MUTUAL CASUALTY COMPANY                         POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

C O M M E R C I A L     P R O P E R T Y     S C H E D U L E
---

| 01 | PERSONAL PROPERTY OF | $ 1,000,000 | SPECIAL | 01 | 80% | REPLACEMENT COST |
| | YOUR BUSINESS | | | 03 | | |
| 02 | BUSINESS INCOME | $ 50,000 | SPECIAL | | | MONTHLY INDEM 1/6 |
| | INCLUDING RENTAL VALUE | | | | | |

---

LOC 004   986 W 2ND ST                      DESCRIPTION: 1 STORY  NONCOMB   BLDG
                                                         IN PROTECTION CLASS 03
            OGDEN, UT.                       OCCUPANCY: WAREHOUSE
            84404-1324

     LOC DESCRIPTION: BLDG 12A

   DEDUCTIBLE PER OCCURRENCE: $  1,000 ON ALL COVERED CAUSES OF LOSS, EXCEPT
     72 HOURS ON BUSINESS INCOME
   FOR INSPECTION CONTACT:  BOYLES MOAK BRICKELL        601-605-4114  AGT

|  | | | COVERED | | | |
| ITEM | COVERAGE | LIMIT OF INSURANCE | CAUSES OF LOSS | SPEC* INT | COINS | OPTIONAL COVERAGES |
| --- | --- | --- | --- | --- | --- | --- |
| 01 | PERSONAL PROPERTY OF YOUR BUSINESS | $ 150,000 | SPECIAL | 01 | 80% | REPLACEMENT COST |
| 02 | BUSINESS INCOME INCLUDING RENTAL VALUE | $ 50,000 | SPECIAL | | | MONTHLY INDEM 1/6 |

---

MISCELLANEOUS POLICY COVERAGES

   EQUIPMENT PROTECTION ENDORSEMENT                 SEE COVERAGE FORM


---

*SPECIAL INTEREST
---

SPEC.
INT. NO.   LOSS PAYEE - LOSS PAYABLE
   01      SC KIOSKS,INC.
           300 RADIOSHACK CIRCLE      MS CF6-314
           FORTWORTH, TX. 76102-1964
SPEC.
INT. NO.   LOSS PAYEE - LOSS PAYABLE
   02      WELLS FARGO FINANCIAL      LEASING,INC.MAC-F4045-050
           CAPITAL SQUARE 400         LOCUST STREET STE 500
           DES MOINES, IA. 50309
SPEC.
INT. NO.   LOSS PAYEE - LOSS PAYABLE
   03      GENERAL ELECTRIC CAPITAL   CORP.
           16479 DALLAS PARKWAY       NO. 300
           ADDISON, TX. 75001-2512


DATE OF ISSUE: 04/24/07   (BPP)                          (CONTINUED)
FORM: CP7001A ED. 1-86     BPP      03/20/07      115     DV     3A22278   0801

**EMC**
Insurance Companies

PAGE NO: 3

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NO: 3A2-22-78---08 |
| WAREHOUSE 86 LLC | EFF DATE: 04/15/07    EXP DATE: 04/15/08 |

## COMMERCIAL PROPERTY SCHEDULE

--------------------------------------------------------------------

```
        SPEC.
        INT. NO.  MORTGAGEE
           04     TRUSTMARK NATIONAL BANK
                  P O BOX 291
                  JACKSON, MS. 39205


        --------------------------------------------------------
```

INCLUDES COPYRIGHTED MATERIAL OF ISO COMMERCIAL RISK SERVICES, INC. WITH ITS
PERMISSION.
         COPYRIGHT, ISO COMMERCIAL RISK SERVICES, INC. 1983, 1984

DATE OF ISSUE: 04/24/07    (BPP)

| FORM: CP7001A ED. 1-86 | BPP | 03/20/07 | 115 | DV | 3A22278 | 0801 |
|---|---|---|---|---|---|---|

**EMC**
**Insurance Companies**

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                   EFF DATE: 04/15/07    EXP DATE: 04/15/08

RISK-36     SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET     TERM: 1.000
                                                      % OF CO PART: 100.00
--------------------------------------------------------------------------
LOC: 001  ST: MS  TER: 670  CNTY: 670  PROT: 07  CONST: 3  RT TYP: S  SPKLR: Y
        (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
        CONST YEAR: 1995     FTTC:
        GROUP II   COMM BCEG:      IND GRADED:     RISK ID: TBD
        TERRORISM RATING TIER: 03

LOC-ITEM: 001-01 COV: BUILDING         CLASS: 1211 PKG: 0.740 MULTI-LOC: 1.000
            LCM/RATE DEP: 2.05          BI TYPE OF RISK:
            EB RATING TIER:  1          GROSS SQUARE FOOTAGE: 40000
              (1)     (2)        (3)    (4)   (8)               (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC  X DED  X AV   X FAC X RESID
I    0.371  1.000             1.000          1.00  0.850        1.000  1.000
II   0.258  1.000             1.000          1.00  0.850        1.000  1.000
EB   0.025                                         1.000        1.000
TR   0.002                    1.000          1.00  0.850        1.000
SP   0.057                    1.000          1.00  0.850        1.000  1.000

     X RMF  X TAX  = NET   X  INSURANCE  X IG  X CHG FACT  =     PREMIUM
I    0.740           0.233    1230000                            2866
II   0.740           0.162    1230000                            1993
EB                   0.025    1230000                             308
TR                   0.002    1230000                              25
SP   0.740           0.036    1230000                             443
                                                  TOTAL =        5635
--------------------------------------------------------------------------
LOC-ITEM: 001-02 COV: PERSONAL PROPERTY CLASS: 1211 PKG: 0.740 MULTI-LOC: 1.000
            LCM/RATE DEP: 2.05          BI TYPE OF RISK:
            RATE GROUP: 1               CLASS LIMIT: 5000
            EB RATING TIER:  1          GROSS SQUARE FOOTAGE:
              (1)     (2)        (3)    (4)   (8)               (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC  X DED  X AV   X FAC X RESID
I    0.621  1.000             1.000          1.00  0.850        1.000
II   0.258  1.000             1.000          1.00  0.850        1.000
EB   0.025                                         1.000        1.000
TR   0.002                    1.000          1.00  0.850        1.000
  DEV BASE   X(3) + (4) X (8) X DED X AV X     INS +  (7) X BASE XPD X DED  X (5)
((SP 0.066 1.000    1.00 0.850        150000)+( 890 0.100     0.850)) 1.000

     X RMF  X TAX  = NET   X  INSURANCE  X IG  X CHG FACT  =     PREMIUM
I    0.740           0.391    150000                             587
II   0.740           0.162    150000                             243
EB                   0.025    150000                              38
TR                   0.002    150000                               3
SP   0.740           0.036    150000                             118
                                                  TOTAL =        989
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
--------------------------------------------------------------------------
LOC: 002  ST: TN  TER: 791  CNTY: 790  PROT: 02  CONST: 5  RT TYP: C  SPKLR: N
        (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
        CONST YEAR: 1980     FTTC:
        TERRORISM RATING TIER: 03



  DATE OF ISSUE: 04/24/07    (BPP)                        (CONTINUED)
  WORK-PROP          BPP       03/20/07     115     DV     3A22278   0801
```

**EMC**
**Insurance Companies**

```
PAGE NO:    2
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 3A2-22-78----08
WAREHOUSE 86 LLC                   EFF DATE: 04/15/07    EXP DATE: 04/15/08

RISK-36      SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET     TERM: 1.000
                                                      % OF CO PART: 100.00
-----------------------------------------------------------------------------
LOC-ITEM: 002-01 COV: PERSONAL PROPERTY CLASS: 0702 PKG: 0.780 MULTI-LOC: 1.000
              LCM/RATE DEP: 1.72            BI TYPE OF RISK:
              EB RATING TIER: 1            GROSS SQUARE FOOTAGE:
              (1)     (2)          (3)    (4)    (8)              (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC   X DED   X AV   X FAC X RESID
I    0.165  0.940        1.111 X 1.000       1.00  0.850        1.000
II   0.079  1.000              1.000         1.00  0.850        1.000
EB   0.025                                         1.000        1.000
TR   0.002  0.940             1.000          1.00  0.850        1.000
   DEV BASE  X(3) + (4) X (8) X DED X AV X     INS + (7) X BASE XPD X DED  X (5)
((SP 0.038 1.000      1.00 0.850       100000)+( 151           0.850)) 1.000

     X RMF  X TAX   =  NET   X  INSURANCE  X IG  X  CHG FACT  =     PREMIUM
I    0.780              0.114       100000                           114
II   0.780              0.052       100000                            52
EB                      0.025       100000                            25
TR                      0.002       100000                             2
SP   0.780                          100000                           125
                                                       TOTAL =       318
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-----------------------------------------------------------------------------
LOC: 003  ST: MS  TER: 170  CNTY: 170  PROT: 05  CONST: 2  RT TYP: S  SPKLR: Y
     (IRPM/SSRP 1.000    COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
     CONST YEAR: 1980    FTTC:
     GROUP II    COMM BCEG:      IND GRADED:     RISK ID: TBD
     TERRORISM RATING TIER: 03

LOC-ITEM: 003-01 COV: PERSONAL PROPERTY CLASS: 0563 PKG: 0.740 MULTI-LOC: 1.000
              LCM/RATE DEP: 2.05            BI TYPE OF RISK:
              RATE GROUP: 2                 CLASS LIMIT: 5000
              EB RATING TIER: 1            GROSS SQUARE FOOTAGE:
              (1)     (2)          (3)    (4)    (8)              (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC   X DED   X AV   X FAC X RESID
I    0.923  1.000              1.000          1.00  0.850       1.000
II   0.258  1.000              1.000          1.00  0.850       1.000
EB   0.025                                          1.000       1.000
TR   0.002                     1.000          1.00  0.850       1.000
   DEV BASE  X(3) + (4) X (8) X DED X AV X     INS + (7) X BASE XPD X DED  X (5)
((SP 0.066 1.000      1.00 0.850      1000000)+( 1326 0.100     0.850)) 1.000

     X RMF  X TAX   =  NET   X  INSURANCE  X IG  X  CHG FACT  =     PREMIUM
I    0.740              0.581      1000000                          5810
II   0.740              0.162      1000000                          1620
EB                      0.025      1000000                           250
TR                      0.002      1000000                            20
SP   0.740                         1000000                           499
                                                       TOTAL =      8199
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




DATE OF ISSUE: 04/24/07    (BPP)                        (CONTINUED)
WORK-PROP                  BPP     03/20/07   115   DV     3A22278   0801
```

**EMC**
Insurance Companies

PAGE NO:   3

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

RISK-36    SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET    TERM: 1.000
                                                    % OF CO PART: 100.00
--------------------------------------------------------------------------
LOC-ITEM: 003-02 COV: BUSINESS INCOME    CLASS: 0563 PKG: 0.740 MULTI-LOC: 1.000
              LCM/RATE DEP: 2.05              BI TYPE OF RISK: 1
              (1)    (2)              (3)    (4)   (8)                (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC  X DED  X AV  X FAC X RESID
I   0.820  1.000              0.950          1.00  1.000        1.000
II  0.258  1.000              0.950          1.00  1.000        1.000
TR  0.002                     0.950          1.00  1.000        1.000
SP  0.137                     1.000          1.00  1.000        1.000

    X RMF  X  TAX   =  NET   X  INSURANCE X  IG  X  CHG FACT  =     PREMIUM
I   0.740         0.576        50000                                 288
II  0.740         0.181        50000                                  91
TR                0.002        50000                                   1
SP  0.740         0.101        50000                                  51
                                                    TOTAL =          431
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
--------------------------------------------------------------------------
LOC: 004  ST: UT  TER: 291  CNTY: 290  PROT: 03  CONST: 3  RT TYP: C  SPKLR: N
(IRPM/SSRP 1.000     COMM REDUCT/EXPENSE 1.000    OTHER 1.000)
    CONST YEAR: 1942        FTTC:
    TERRORISM RATING TIER: 03

LOC-ITEM: 004-01 COV: PERSONAL PROPERTY CLASS: 0567 PKG: 0.850 MULTI-LOC: 1.000
              LCM/RATE DEP: 1.71              BI TYPE OF RISK:
              RATE GROUP: 2                   CLASS LIMIT: 15000
              EB RATING TIER: 1               GROSS SQUARE FOOTAGE:
              (1)    (2)              (3)    (4)   (8)                (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC  X DED  X AV  X FAC X RESID
I   0.229  0.960              1.000          1.00  0.850        1.000
II  0.043  1.000              1.000          1.00  0.850        1.000
EB  0.025                                          1.000        1.000
TR  0.002  0.960              1.000          1.00  0.850        1.000
 DEV BASE  X(3) + (4) X (8) X DED X AV X   INS +  (7) X BASE XPD X DED  X (5)
((SP 0.026 1.000      1.00 0.850       150000)+( 1933  0.060      0.850)) 1.000

    X RMF  X  TAX   =  NET   X  INSURANCE X  IG  X  CHG FACT  =     PREMIUM
I   0.850         0.159        150000                                239
II  0.850         0.031        150000                                 47
EB                0.025        150000                                 38
TR                0.002        150000                                  3
SP  0.850                      150000                                112
                                                    TOTAL =          439
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LOC-ITEM: 004-02 COV: BUSINESS INCOME    CLASS: 0567 PKG: 0.850 MULTI-LOC: 1.000
              LCM/RATE DEP: 1.71              BI TYPE OF RISK: 3
              (1)    (2)              (3)    (4)   (8)                (5)
   DEV BASE X FAC  - EXC X TERR X FAC + CHG X FAC  X DED  X AV  X FAC X RESID
I   0.130  0.960              0.860          1.00  1.000        1.000
II  0.043  1.000              0.860          1.00  1.000        1.000
TR  0.002  0.960              0.860          1.00  1.000        1.000
SP  0.108                     1.000          1.00  1.000        1.000


    DATE OF ISSUE: 04/24/07    (BPP)                      (CONTINUED)

### Insurance Companies

PAGE NO:    4

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                    EFF DATE: 04/15/07    EXP DATE: 04/15/08

RISK-36      SIMPLIFIED COMMERCIAL PROPERTY RATING WORKSHEET      TERM: 1.000
                                                          % OF CO PART: 100.00

| | X RMF X | TAX | = NET | X INSURANCE | X IG X CHG FACT = | PREMIUM |
|---|---|---|---|---|---|---|
| I | 0.850 | | 0.091 | 50000 | | 46 |
| II | 0.850 | | 0.031 | 50000 | | 16 |
| TR | | | 0.002 | 50000 | | 1 |
| SP | 0.850 | | 0.092 | 50000 | | 46 |
| | | | | | TOTAL = | 109 |

TOTAL PROPERTY PREMIUM  $ 16,120.00

(1) PC DIFFERENTIAL X SPRINKLER LEAKAGE EXCLUSION FACTOR (OR)
    EQ BUILDNG CODE EFF GRADING CRDT X EQ/SLEQ SUBLIMIT FACTOR (OR)
    GROUP II PREFIX X GRP II BUILDNG CODE EFF GRADING CRDT
    X WINDSTORM PROT DEVICE CREDIT X NEW RESIDENTIAL CONSTRUCTION CREDIT
(2) SPRINKLER LEAKAGE EXCLUSION RATE, VANDALISM EXCLUSION RATE
(3) BRND & LBL X ORD OR LAW X POLLUTANT X TIME ELMT X DEBRIS X VACY X LEGAL LIAB
    X BR COLLAPSE X INC AGG LIMIT FACTOR
(4) BRND & LBL MAXIMUM INCREASE + UTILITY SERVICES CHG + MINING PROPERTY CHG
    + VACANCY BALANCE TO MINIMUM RATE + BR COLLAPSE
(5) SPKLR FAC FOR UNSPKLRD BLDGS (OR) MOD FOR STY HGT X MAS VEN
    X INCR FOR GRND COND X PIPP FACTOR X PEAK SEASON/VACANCY PRORATE FACTOR
    X SFP TERRORISM REJECTION FACTOR
(6) DWELLING EARTHQUAKE MASONRY VENEER FACTOR X INCREASE FOR GROUND CONDITIONS
(7) SPEC FORM PERS PROP INCR MAY BE INCL WITH OTHER PERS PROP ITEMS AT SAME LOC
    X DEVIATION X COINS IF APPLICABLE
(8) COINSURANCE FACTOR (OR) FUNCTIONAL BUILDING/PERSONAL PROPERTY VALUATION

DATE OF ISSUE: 04/24/07    (BPP)
WORK-PROP              BPP      03/20/07    115      DV      3A22278   0801

**EMC**
Insurance Companies

```
EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NO: 3A2-22-78---08
WAREHOUSE 86 LLC                           TRANSACTION: RENEWAL-01
                                           PRIOR POL: 3A2-22-78

                        TRANSACTION INFORMATION
                        -----------------------

POLICY TERM: 04/15/07 TO 04/15/08          TRANS DATE: 04/15/07
ACCOUNT NAME: WAREHOUSE 86 LLC             CO/BR/AGENT: A/H/9333-9
ACCOUNT STATE: TN                          PROGRAM:
FINANCING: N                               BILLING METHOD: D
AUDIT FREQUENCY:                           INSPECTION: 2
SIC: 4226                                  PROFIT SHARE: Y
D & B:                                     TYPE OF POLICY: 36 (SERV)
ORIGINAL EFF DATE: 04/15/05

                                           TRANS PREMIUM:    16120.00

POLICY ID: AA        COMMISSION: 20.0%     PREMIUM:          16120.00
-----------------------------------------------------------------------
```

```
DATE OF ISSUE: 04/24/07    (BPP)
STAT F                  BPP      03/20/07    115      DV     3A22278   0801
```

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BROADENED PROPERTY COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORM
CAUSES OF LOSS — SPECIAL FORM

## POLICY ADDITIONS

The following paragraphs are added to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### A. COVERAGE

**5. Coverage Extensions**

**g. Money and Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, while at the described premises, or in transit between these places, or in the custody of a person you have authorized to have custody of the "money" or "securities," resulting directly from:

(a) Theft, meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(5) In the event of loss or damage we will determine the value as follows:

(a) "Money" at its face value; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(6) "Money" means

(a) Currency, coins and bank notes in current use and having a face value; and

(b) Travelers checks, register checks and money orders held for sale to the public.

(7) "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

(a) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(b) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

(8) The most we will pay under this extension for loss in any one occurrence is $5,000.

**h. Accounts Receivable**

You may extend the insurance that applies to Covered Property to cover the following loss and expenses which are the direct result of loss or damage by a Covered Cause of Loss to accounts receivable records:

(1) All sums due you from customers, provided you are unable to effect collection.

(2) Collection expenses in excess of normal collection costs made necessary because of loss or damage; or

(3) Other reasonable expenses incurred by you in re-establishing records of accounts receivable following such loss or damage

The most we will pay under this Extension is $25,000 at each described premises.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1994

**i.  Extra Expense**

We will pay necessary Extra Expense (other than the expense to repair or replace property) you incur during the "period of restoration," that you would not have incurred if there had been no direct physical loss or damage from a Covered Cause of Loss to property at the described premises, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss. Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) To minimize the suspension of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

We will not pay for:

(1) Any Extra Expense caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract.

(2) Any other consequential loss.

"Period of restoration" means the period of time that:

(1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain,

treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration "

"Operations" means your business activities occurring at the described premises.

The most we will pay for loss under this Additional Coverage is $25,000 for each described premises.

**j.  Arson Rewards**

You may extend the insurance provided by this Coverage Form to apply to rewards given to any person or persons, other than you, your officers, your employees or your active members, for information leading to an arson conviction in connection with a fire loss to the described premises.

The most we will pay under this Extension is $5,000 per fire loss. This is the most we will pay regardless of the number of persons who provided information.

**k.  Water Damage**

You may apply up to $2,500 for each described premises to cover loss or damage caused directly or indirectly by water that backs up from a sewer or drain. Such loss or damage is excluded, however, if any other cause or event which is not a Covered Cause of Loss contributes concurrently or in a sequence. The most we will pay in any one policy period is $15,000.

**l.  Fire Extinguishing System Re-charge**

We will pay the cost to recharge your approved, industry standard fire extinguishing system if it discharges to fight a fire. We will also cover the cost to recharge the system if it accidentally discharges.

But we will not pay for any loss that occurs at the time of installation, repair or recharge of the system

**m.  Fine Arts**

We will pay for direct physical loss or damage caused by a Covered Cause of Loss to your fine arts or fine arts of others in your care, custody or control.  For the purpose of this extension fine arts means paintings, etchings, pictures, tapestries, statuary, marbles, bronzes, porcelains and other bona fide works of art of rarity, historical value or artistic merit   This Extension is subject to the following:

(1) Fine Arts does not include stained glass which is a part of the described premises;

(2) The value of fine arts will be determined at market value at the time of loss or damage;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc , 1994

(3) The most we will pay under this Extension is $10,000 at each described premises.

In case of loss or damage to a pair or set, we will pay you the full value of the pair or set and you agree to surrender the remaining article(s) of the pair or set to us.

**n.  Spoilage Coverage**

The most we will pay under this coverage extension is $2,500.

(1) This policy is extended to cover "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

"Perishable stock" is defined as personal property that is:

(a) maintained under controlled conditions for its preservation; and

(b) susceptible to loss or damage if the controlled conditions change.

(2) For the purpose of this extension only, the Covered Cause of Loss is defined as:

(a) Breakdown or Contamination, meaning:

(1) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

(2) Contamination by the refrigerant.

(b) Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption or surge of electrical power, either on or off the described premises, due to conditions beyond your control.

(3) For the purpose of this extension only, the following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

(a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

(1) lack of fuel; or

(2) governmental order.

(c) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(d) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**o.  Cost of Taking Inventory**

If a Covered Cause of Loss occurs to Covered Property, we will reimburse you for your expense to take inventories, obtain appraisals, and prepare a statement of "loss" and supporting documents to prove the amount of the "loss."

We will not pay for expenses or fees you incur from public insurance adjusters or for expenses related to claims not covered by this policy.

The most we will pay under this Extension is $2,500.

**p.  Utility Services -- Direct Damage**

We will pay up to $25,000 for loss or damage to Covered Property at any described premises resulting from the interruption in utility service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

1. Water Supply Services, meaning pumping stations and water mains supplying water to the described premises

2. Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

a. Communication transmission lines, including optic fiber transmission lines;

b. Coaxial cables;

c. Microwave radio relays except satellites.

It does not include overhead transmission lines.

3. Power Supply Services, meaning utility generating plants, switching stations, substations, transformers and transmission lines supplying electricity, steam or gas to the described premises.

It does not include overhead transmission lines.

**POLICY CHANGES**

The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is amended as follows:

**A.  COVERAGE**

4.  **Additional Coverages**

c. **Fire Department Service Charge** is deleted in its entirety and is replaced by the following.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1994

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period, is shown in the Declarations, you may extend this insurance as follows:

a. **Newly Acquired or Constructed Property**

(1) If this policy covers Building, you may extend that insurance to apply to :

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intend-ed for:

(i) Similar use as the building de-scribed in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Dec-larations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or dam-age under this Extension is $250,000 at each building.

(3) **Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construc-tion of that part of the building that would qualify as covered property.

b. **Personal Effects and Property of Others** is deleted in its entirety and is replaced by the following:

b. **Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees.

The most we will pay for loss of or damage by a Covered Cause of Loss under this extension is $10,000.

This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or dam-age by a Covered Cause of Loss under this extension is $10,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers and Records (Other than Electronic Data)** the last sentence is amended to read as follows:

The most we will pay under this Extension is $25,000 at each described premises.

d. **Property Off Premises** is deleted in its entirety and is replaced by the following:

d. **Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to ap-ply to your Covered Property, while it is away from the described premises, if it is:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1994

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your sales-persons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

The most we will pay for loss or damage by a Covered Cause of Loss under this Extension is $25,000.

e. **Outdoor Property** is deleted in its entirety and is replaced by the following:

e. **Outdoor Property**

You may extend the insurance provided by this Coverage form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion;

(5) Aircraft or Vehicles;

(6) Windstorm or Hail;

(7) Smoke; or

(8) Vandalism.

The most we will pay for loss or damage under this Extension is $10,000 but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence regardless of the types or number of items lost or damaged in that occurrence.

C. **LIMITS OF INSURANCE** — the second paragraph is deleted in its entirety and replaced by the following:

The most we will pay for loss or damage to outdoor signs attached to buildings is $10,000 per sign in any one occurrence.

POLICY CHANGES

The **BUSINESS INCOME COVERAGE FORM** is amended as follows:

A. **COVERAGE**

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

Newly Acquired Locations

a. You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $250,000 at each location.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 90 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

The **CAUSES OF LOSS — SPECIAL FORM** is amended as follows:

E. **ADDITIONAL COVERAGE EXTENSIONS**

Paragraph 1.c. is amended as follows:

1. **Property in Transit**

c. The most we will pay for loss or damage under this Extension is $25,000.

POLICY CHANGES

The **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, BUSINESS INCOME COVERAGE FORM and the CAUSES OF LOSS — SPECIAL FORM** are amended as follows:

Throughout the forms modified by this endorsement the words "within 100 feet" are replaced with "within 1,000 feet."

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL INTERLINE

# AUTOMATIC TERMINATION ENDORSEMENT

The billing statement for this policy has been sent directly to you for payment. Failure to pay the required premium amount by the due date means that you have not accepted our offer of coverage and this policy will cease as of the effective date.

COMMERCIAL PROPERTY

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract.  No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements).  If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your new or renewal policy being issued by us:

**Exclusion Of Loss Due To Virus Or Bacteria Endorsement CP0175(7-06)**

(Applicable in Alaska, District of Columbia, Louisiana and New York only)

**Exclusion Of Loss Due To Virus Or Bacteria Endorsement CP0140(7-06)**

(Applicable in all other states)

This endorsement makes an explicit statement regarding a risk that is not covered under your Commercial Property insurance.  It points out that there is no coverage under such insurance for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.  The exclusion in this endorsement applies to all coverages provided by your Commercial Property insurance, including (if any) property damage and business income coverages.

IL 01 19 01 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MISSISSIPPI CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy and the Capital Assets Program Coverage Form (Output Policy) is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 3 years after the date on which the direct physical loss or damage occurred.

**C.** Under the Commercial Property Coverage Part, Paragraph a. of the Legal Action Against Us Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**a.** No one may bring a legal action against us under Coverages A and B unless:

**(1)** There has been full compliance with all of the terms of Coverages A and B; and

**(2)** The action is brought within 3 years after you discover the error or accidental omission.

**D.** The **Legal Action Against Us** Condition in the Commercial Inland Marine Conditions is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

IL 01 19 01 07        © ISO Properties, Inc., 2006        Page 1 of 1    ▢

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE PART
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

The following is added to the applicable Causes of Loss Form:

A. **Additional Coverage – Equipment Breakdown**

1. The term Covered Cause of Loss includes the Additional Coverage – Equipment Breakdown as described and limited below:

   a. This insurance is extended to apply to loss or damage caused by or resulting from an "accident" to "covered equipment."

   b. The following coverage extensions apply to loss or damage to Covered Property caused by or resulting from an "accident" to "covered equipment." These coverages do not provide additional amounts of insurance.

      (1) Expediting Expenses

      With respect to your damaged Covered Property, we will pay up to $50,000, the reasonable extra cost to:

         (a) make temporary repairs; and

         (b) expedite permanent repairs or permanent replacement.

      (2) Hazardous Substances

      We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional costs to clean up or dispose of such property.

      Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

      The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000.

      (3) CFC Refrigerants

      We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional cost to do the least expensive of the following:

         (a) Repair the damaged property and replace any lost CFC refrigerant;

         (b) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

         (c) Replace the system with one using a non-CFC refrigerant.

      Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

      The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000.

      (4) Utility Services

      Any insurance provided for Business Income and Extra Expense is extended to apply to loss caused by or resulting from an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

   c. CONDITIONS

      (1) Suspension

      When any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

(2) Jurisdictional Inspections

If any property that is "covered equipment" under this Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

(3) Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

d. DEFINITIONS

(1) An "accident" means direct physical loss as follows:

(a) mechanical breakdown, including rupture or bursting caused by centrifugal force;

(b) artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

(c) explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(d) loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(e) loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "accident" causes other "accidents," all will be considered one "accident." All "accidents" that are the result of the same event will be considered one "accident."

(2) "Covered equipment" means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

(3) "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

(4) "Media" means all forms of electronic, magnetic and optical tapes and discs for use in any electronic computer or electronic data processing equipment.

2. EXCLUSIONS

As respects Equipment Breakdown coverage only, the Exclusions section of the Coverage Form or Causes of Loss form to which this endorsement is attached is deleted and replaced with the following exclusions. However, the exclusions for Earth Movement, Nuclear Hazard and War and Military Action do apply to this Additional Coverage.

a. We will not pay for loss or damage caused by or resulting from:

(1) Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions, but if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

(2) The enforcement of any ordinance, law, regulation, rule or ruling regulating or restricting repair, replacement, alteration, use, operation, construction or installation, except as provided under Hazardous Substances or CFC Refrigerants coverage, or any ordinance or law coverage provided elsewhere in the policy.

(3) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether wind driven or not. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out.

(4) Any of the following tests:

(a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(b) An insulation breakdown test of any type of electrical equipment.

(5) Any defect, virus, loss of data or other situation within "media." But if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

(6) Change in temperature or humidity, whether or not resulting from an "accident," except as provided under Additional Coverage- Spoilage.

(7) Contamination by a refrigerant resulting from an "accident," except as provided under Additional Coverage- Spoilage.

(8) An "accident" to any "covered equipment" located at any location where electrical power, except emergency power, is generated.

(9) Any of the following causes of loss if this coverage part is endorsed to exclude that cause of loss:

(a) Windstorm or hail

(b) Vandalism

(c) Sprinkler leakage

b. The following is not "covered equipment":

(1) structure, foundation, cabinet, compartment or air supported structure or building;

(2) insulating or refractory material;

(3) sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(4) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

(6) dragline, excavation or construction equipment;

(7) equipment manufactured by you for sale; or

(8) electronic data processing equipment, unless used to control or operate "covered equipment." Electronic data processing equipment includes programmable electronic equipment that is used to store, retrieve and process data; and associated peripheral equipment, except as provided under Additional Coverage-Computer Equipment.

c. With respect to Utility Services coverage, we will also not pay for loss or damage caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing or collapse.

d. With respect to Utility Services coverage and, if shown as covered, Business Income and Extra Expense coverages, we will also not pay for delay in resuming operations due to the need to reconstruct or reinput data or programs on "media."

The most we will pay for loss or damage under this Additional Coverage is the applicable Limit of Insurance shown in the Schedule or Coverage Form. Coverage provided under this Additional Coverage does not provide an additional amount of Insurance.

B. Additional Coverage – Spoilage

The Coverage Form to which this endorsement applies is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to this Additional Coverage.

1. As respects this Spoilage Coverage only, Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

2. The following is added to PROPERTY NOT COVERED:

Property located:

(a) On buildings;

(b) In the open; or

(c) In vehicles.

3. As respects this Spoilage Coverage only, Covered Causes of Loss means:

a. Breakdown or Contamination, meaning:

(1) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

(2) Contamination by the refrigerant.

b. Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

4. VALUATION

If you are unable to replace the "perishable stock" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable stock," as if no loss or damage had occurred, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

5. The Coverage Extensions in the applicable Coverage Form or Causes of Loss form do not apply to this Additional Coverage.

6. EXCLUSIONS .

As respects this Spoilage Coverage only, the Exclusions section of the Coverage Form or Causes of Loss form to which this endorsement is attached is deleted and replaced with the following exclusions. However, the exclusions for Earth Movement, Governmental Action,

Nuclear Hazard, War and Military Action and Water do apply to this Additional Coverage.

a. We will not pay for loss or damage caused by or resulting from:

   (1) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

   (2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

   (3) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

     (a) Lack of fuel; or

     (b) Governmental order.

   (4) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

   (5) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

7. The Optional Coverages in the applicable Coverage Form or Causes of Loss form do not apply to this Additional Coverage.

8. The following is added to the DEFINITIONS:

  a. "Perishable Stock" means personal property:

   (1) Maintained under controlled conditions for its preservation; and

   (2) Susceptible to loss or damage if the controlled conditions change.

9. The most we will pay for loss or damage under this Additional Coverage is $50,000.

10. This Additional Coverage supersedes any other Spoilage coverage found in the policy.

C. **Additional Coverage – Computer Equipment**

1. The Coverage Form to which this endorsement applies is extended to insure against loss or damage caused by or resulting from an "accident" to "computer equipment."

2. The following is added to the DEFINITIONS:

  a. "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

  b. "Media" means all forms of electronic, magnetic and optical tapes and discs for use in any electronic computer or electronic data processing equipment.

3. The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000.

4. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

5. If ELECTRONIC DATA PROCESSING COVERAGE, Form CM7221 applies, this Additional Coverage does not apply.

# Equipment Protection Insurance

*Covering your equipment and protecting your bottom line*



**EMC Insurance Companies**

## Your Business Depends On Your Equipment

Whether it's electrical distribution, production machinery, environmental controls, refrigeration or computers, equipment is vital to your operations. Businesses, institutions and municipalities are acquiring and increasingly relying on costly equipment and new technologies, and with that comes a greater probability that a business-critical system could break down. The resulting losses can be extremely costly and, in many cases, greatly impact your bottom line.

## More Than Just Repair Cost Coverage

Your business-critical equipment may break down for a variety of reasons—short circuits, electrical arcing, power surges, mechanical breakdown, motor burnout, boiler damage or operator error. Equipment protection coverage can help protect you from unexpected events by covering the following costs associated with equipment breakdown:

**Direct Property Loss** — Covers the cost to repair or replace damaged equipment

**Business Income** — Replaces income lost due to a total or partial business interruption following equipment breakdown

**Utility Service Interruption** — Extends income coverage for interruptions due to loss of electricity and other services caused by equipment breakdown

**Extra Expense** — Pays extra costs to sustain normal operations such as jobbing work out or renting temporary equipment

**Expediting Expenses** — Covers other expenses incurred to limit the loss or speed the business restoration

## Protection For Many Types Of Equipment

### Electrical Distribution System

Maximum power uptime is important for any business, institution or municipality. The loss of power can mean the loss of income and customers. Since the panels, circuit breakers and cables in your power distribution are all interconnected, a short circuit in one part can spread instantly to the other parts of your system. The cause can be as simple as a loose connection, dust or high humidity.

### Heating and Cooling Systems

Today's HVAC systems are more complex and costly to repair. Breakdowns are common and can cost tens of thousands of dollars. If the climate becomes inhospitable due to lack of heating or air conditioning, there is loss of productivity and also loss of income if you service customers on site.

### Telephone Systems

If your phone goes down, so does your business. Phones have circuitry that is easily affected by voltage spikes, heat, vibration and moisture.

### Electronic Equipment

Virtually every business, institution and municipality depends on electronics. Computers are used for everything from designing and manufacturing components to tracking productivity and keeping the books straight. Computers rely on highly sensitive and fragile technologies and contain circuitry that is vulnerable to damage.

### Refrigeration

If your business depends on refrigeration, a breakdown can cause more than the loss of a major equipment investment. It could also mean the loss of costly perishable goods and business income, plus the cost of the refrigerant you would have to replace.

## Can You Afford An Equipment Breakdown?

Take a look at the following losses and the coverage provided by equipment protection insurance:

*A plug in a hot water meter broke, damaging the boiler, hot water heater and electrical panels.*

| | |
|---|---|
| **Total paid loss:** | $65,630 |

*A power surge in a convenience store damaged an air conditioning compressor, ice machines, microwaves and other appliances.*

| | |
|---|---|
| **Total paid loss:** | $60,467 |

*Air conditioning system piping leaked water into telephone switching equipment, shorting out equipment.*

| | |
|---|---|
| Direct property loss: | $89,859 |
| Business interruption loss: | $42,890 |
| **Total paid loss:** | $132,749 |

**In short, equipment protection insurance covers the physical damage—*and the financial damage*—that stem from an insured's equipment breakdown. It's essential protection for today's businesses. For more information, contact your local independent insurance agent or an EMC branch office near you.**

www.emcinsurance.com



This summary gives general information. For all coverages, conditions and exclusions, refer to your policy.

MK8405 (3-06)

©Copyright Employers Mutual Casualty Company 2006 All rights reserved