UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------------------ x
                                                      :    Case No. 08-03423-EE

In re:                                         :    Chapter 11

WAREHOUSE 86, LLC,                :

        Debtor.                             :

------------------------------------------------------------------------ x

SCK, INC. and RADIOSHACK CORPORATION,    :    Adv. Pro. No. 09-00139-EE

        Plaintiffs                          :

v.                                              :

WAREHOUSE 86, LLC,               :

        Defendant.                       :

------------------------------------------------------------------------x

**AGREED ORDER PERMITTING SUPPLEMENTAL RESPONSE
TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon the ore tenus Motion of Plaintiffs, SCK, Inc., f/k/a SC Kiosks, Inc., and RadioShack Corporation, for entry of an Order permitting Plaintiffs to file a supplemental response to the Amended Motion of Defendant, Warehouse 86, LLC, for Partial Summary Judgment (Dkt. #30) (the "Motion") and Memorandum in Support of the Motion (Dkt. #29); and the Court, after due deliberation, hereby finds and orders as follows:

1. The deadline to respond to the Motion was Aril 28, 2010.

2. Plaintiffs timely filed a Response and Memorandum Brief in Opposition to the Motion (Dkt. # 36) (the "Response").

- 2 -

3.  Plaintiffs subsequently discovered a check (No. 4148) of Defendant in the amount of $51,743.91 payable to RadioShack Corporation (the "Check").  Plaintiffs now seek leave of Court to file a supplemental response to the Motion for the sole purpose of including the Check as an attachment to the Response.  Defendant does not object.

ACCORDINGLY, IT IS HEREBY ORDERED that on or before 10 days from the date hereof, Plaintiffs may file a supplemental response to the Motion for the sole purpose of including the Check as an attachment thereto.

SO ORDERED.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: May 6, 2010

APPROVED:

/s/ W. Lee Watt
W. Lee Watt, Esq.
Attorney for Plaintiffs


/s/ Robert M. Frey
Robert M. Frey, Esq.
Attorney for Defendant