**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                  BANKRUPTCY PROCEEDING

WAREHOUSE 86, LLC                                                        Case No.: 08-03423-EE

_____

SCK, INC. AND RADIOSHACK
CORPORATION                                                                                              Plaintiff

v.                                                                                  Adversary Proceeding No.: 09-00139-EE

WAREHOUSE 86, LLC

_____

**AGREED ORDER REGARDING THIRD PARTY SUBPOENA**
_____

On March 16, 2010, the Court conducted a hearing regarding the following pleadings:

14. Industrial Developments International, Inc.'s Limited Objection to SCK, Inc. and RadioShack Corporation's Subpoena for Third Party Documents;

17. Joinder of Tokio Marine and Nichido Fire Ins. Co., Ltd. in IDI's Limited Objection and Objection to SCK, Inc. and RadioShack Corporation's Subpoena for Third Party Documents; and

23. Response of RadioShack Corporation and SCK, Inc. f/k/a SC Kiosks, Inc. to Objection of Industrial Developments International, Inc.

SCK, Inc. and RadioShack Corporation (collectively referred to as "RadioShack") and Industrial Developments International, Inc. ("IDI") and the Tokio Marine and Nichido Fire Insurance Company, Limited (United States Branch) ("Tokio Marine") have informed the Court that subsequent to said hearing all outstanding matters relating to RadioShack's Subpoena for Third Party Documents issued to IDI have been resolved by agreement. Pursuant to the

1

agreement of the parties, it is:

**ORDERED** that all pending objections to RadioShack's Subpoena for Third Party Documents issued to IDI are denied as being moot.

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: May 6, 2010

APPROVED:


   s/Marcus Wilson
MARCUS M. WILSON (MB #7308)
Attorney for SCK, INC AND RADIOSHACK
CORPORATION


   s/Scott Jones
M. SCOTT JONES (MB #102239)
Attorney for INDUSTRIAL DEVELOPMENTS
INTERNATIONAL, INC.


   s/Gregg Caraway
GREGG A. CARAWAY (MB #8443)
Attorney for the TOKIO MARINE AND NICHIDO
FIRE INSURANCE COMPANY, LTD. (UNITED
STATES BRANCH)

Submitted by:
Gregg A. Caraway (MS Bar #8443)
WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi  39157
Telephone:  (601) 605-6900
Facsimile:  (601) 605-6901
Attorneys for the TOKIO MARINE AND NICHIDO
FIRE INSURANCE COMPANY, LTD. (UNITED
STATES BRANCH)