## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

```
------------------------------------------------------------- x
                                                              :     Case No. 08-03423-EE
In re:                                                        :
                                                              :     Chapter 11
WAREHOUSE  86, LLC,                                           :
                                                              :
            Debtor.                                           :
                                                              :
------------------------------------------------------------- x
                                                              :
SCK, INC. and RADIOSHACK CORPORATION,                         :     Adv. Pro. No. 09-00139-EE
                                                              :
            Plaintiffs                                        :
                                                              :
v.                                                            :
                                                              :
WAREHOUSE  86, LLC,                                           :
                                                              :
            Defendant.                                        :
                                                              :
-------------------------------------------------------------x
```

## PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs SCK, Inc., and RadioShack Corporation (collectively, the "Plaintiffs") designate the following experts:

1. Bill Adams
   Vice President/Branch Manager
   Executive General Adjuster
   McLarens Young International
   12655 N. Central Expressway, Suite 710
   Dallas, TX 75243-3790

Mr. Adams will be tendered in the field of insurance claims handling and adjustment. He is expected to testify about the bases for the calculations in his September 17, 2008 report which has been provided to Defendant, his findings upon investigation of the tornado loss

of February 5, 2008 and the fire loss of February 11, 2008, and the adjustments required for claims made as a result of these losses.

Mr. Adams' curriculum vitae will be provided.

2.  Mike Wootton
    Ware & Wootton
    48 Sandalwood Drive
    Brandon, MS 39042

Mr. Wootton is an expert in the field of insurance coverage, claims handling and adjustments. Mr. Wootton's curriculum vitae is attached hereto as Exhibit "A".

Respectfully submitted, this the 10th day of May 2010.

                          **SCK, INC. and RADIOSHACK CORPORATION**


                  By:  */s/ W. Lee Watt*
                          **W. Lee Watt**

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MSB #6998)
Andrew R. Wilson (MSB #102862)
BENNETT LOTTERHOS SUSLER & WILSON, P.A.
The Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi  39201
Telephone:      (601) 944-0466
Facsimile:      (601) 944-0467

<u>**CERTIFICATE OF SERVICE**</u>

I, W. Lee Watt, do hereby certify that I have this day forwarded a true and correct copy of the foregoing Plaintiffs' Designation of Experts *via* Electronic Case Filing System to the following:

Stephen Rosenblatt
steve.rosenblatt@butlersnow.com

Robert M. Frey
Bob.Frey@butlersnow.com

Dated this the 10th day of May 2010.

/s/ *W. Lee Watt*
**W. Lee Watt**

# **<u>Exhibit A</u>**

Ware & Wootton
48 Sandlewood Dr, Brandon, MS 39042
Phone 601-824-4165    Fax 601-824-4710
Email  gmwootton@bellsouth.net

### Mike Wootton

**Education:**    Mississippi State University; B.S. Degree-General Business,
Concentration: Insurance, Marketing, Transportation

Crawford University Property General Adjuster Certificate;
Allstate Insurance Property & Casualty Certificates; Mississippi
Adjuster License; Mississippi Property & Casualty and Life &
Health Licenses; CPCU/AIC course work; Numerous insurance
training courses, seminars, & research; on going annual continued
education; Mississippi Real Estate Broker/Appraiser License; GRI
Designation course completion; SRA course work

**Experience:**

General    Thirty-seven years property & casualty insurance business;
includes thirty-two years independent claims adjuster/investigator
and five years corporate underwriter. Claims adjustments and
investigations of most types, amounts, complexities; train others.
Serve as adjuster, investigator, appraiser, umpire,
arbitration/mediation rep, consultant, and expert witness.

2005-Present  Owner; Property General Adjuster/Casualty Investigator
Ware & Wootton, Brandon, MS
1999-2005    Property General Adjuster & Sr Casualty Investigator
Crawford & Company Claims Management Services, Jackson, MS
1977-1999    Owner; Claims Adjuster/Investigator
Ware & Wootton General Adjusters, Jackson, MS
1976-1980    Real Estate Brokerage & Appraisal
(Independent affiliation continued through claims firm)
1971-1976    Regional Underwriting Division Supervisor
Allstate Insurance Company, Jackson, MS

**Professional Associations:**

Mississippi Claims Association; National Association of
Independent Insurance Adjusters*; MS Fire Investigators Assoc.*,
Professional Insurance Agents Association*; Mississippi Insurance
Council*

Approved Listings – Best Directory of Recommended Adjusters*; The
Bar List Claims Service Guide*; NAIIA Blue Book*
(*former; firm considering some reactivations)

## Mike Wootton Expert Witness Case List:

November, 2001 – Paul O'Malley, Lenore O'Malley, and O'Malley Laboratories, Inc. v. Ranger Insurance Company; Mississippi Insurance Managers, Inc.; Joe Houston, J & H Construction & Roofing, Inc.; and Ronald Warren D/B/A Warren Adjustment Company  In the Circuit Court of Adams County, Mississippi  No.: 99-KV-1015-J

    (Wise, Carter, Child, & Caraway – Kimberly Howland; and Varner, Parker, & Sessums – Gene Parker)

March, 2002 – Felix D. Gibson v. American Security Insurance Company and Fleet Mortgage Group, Inc. et al; United States District Court; Southern District of Mississippi; Jackson Division; C.A.No.: 3:01cv489LN

    (Wells, Marble, & Hurst – Trey Dellinger)

July, 2002 – Monticello Insurance Company v. Spirit of Life Ministries; United States District Court, Southern District of Mississippi, Jackson Division; Civil Action No. 3:00 CV797WS

    (Upshaw, Williams, Biggers, Beckman, & Riddick – Roger Riddick)

November, 2003 ·  Self & Company Gins, Inc. v. Kansas City Fire & Marine Insurance Company; United States District Court, Northern District of Mississippi, Delta Division; Case No.: 2:02cv163-P-A

    (Henke - Bufkin – Jeff Dilley)

April, 2004 – Clarendon National Insurance Company vs. North Mississippi Grain Company, Inc., Jerry Slocum Farms, Inc., Tenco Services Inc., and Claimsco International, Inc.; Untied States District Court, Northern District of Mississippi, Delta Division; Case No.: 2:03CV217-P-A

    (Wells, Marble, & Hurst – Trey Dellinger)

March, 2005 – E. J. Ates and wife, Mrs. E.L. Ates dba Raleigh Food Center v. Westport Insurance Corporation and The Mattei Companies a/k/a R. F. Mattei and Associates; United States District Court, Southern District of Mississippi, Jackson Division; Civil Action No. 3:03cv1324Wsu

    (Brunini, Grantham, Grower, & Hewes – Claire Ketner)

July, 2005 – James R. Bostain, Et Al vs. American Bankers Insurance Co. of Florida; United States District Court, Northern District of Mississippi, Delta Division; Civil Action No.: 2:04CV256-B-A

(Wells, Marble, & Hurst -- Julie Skipper)

August, 2006 · USA Credit and Capital Holdings Corp vs. Valley Forge Insurance Co. and Doe 1 – 51; United States District Court, Southern District of Mississippi, Jackson Division; Case No. 3:06cv00049-WHB-JCS

(Henke · Bufkin – Jeff Dilley)

August, 2006 · Albert Earl Howard and Willie Ann Howard vs. WMC Mortgage Corp., Balboa Insurance Company, and Select Portfolio Servicing, Inc.; United States District Court, Southern District of Mississippi, Western Division; Civil Action No. 5:05cv211 DCB-JMR

(Wells, Marble, & Hurst – Kelly Simpkins/Bridget Robinson)

May, 2008 -- David Fatherree and Debra Fatherree vs. Cendant Mortgage Corporation, Mississippi Farm Bureau Insurance Company, and American Security Insurance Company; United States District Court, Southern District of Mississippi, Jackson Division; Civil Action No. 3:03cv222LN

(Wells, Marble, & Hurst – Trey Dellinger)

# WARE & WOOTTON

48 Sandalwood Dr
Brandon, MS 39042

Phone (601) 824-4165
Fax (601) 824-4710
gmwootton@bellsouth.net

## Billing Rates – All Time & Expense

**Expert Witness/Special Services:**          $95.00/hr

**Plus Expenses:**

| | |
|---|---|
| Mileage - | $0.60/mi |
| Photos - | $2.00/each |
| Clerical - | included in hourly fee |
| Office - | included in hourly fee |
| Miscellaneous - | at cost |
| (police/fire rpts; court recs; etc.) | |

*All subject to necessary adjustment without notice.

---

**Territory** – Primarily central Mississippi (state wide upon request) –
Property & Liability Claims – (Special Assignments considered)