**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 08-03423-EE |
| | : | Chapter 11 |
| **WAREHOUSE 86, LLC,** | : | |
| Debtor. | : | |
| | : | |
| SCK, INC. and RADIOSHACK CORPORATION, | : | Adv. Pro. No. 09-00139-EE |
| Plaintiffs | : | |
| v. | : | |
| **WAREHOUSE 86, LLC,** | : | |
| Defendant. | : | |

**SUPPLEMENTAL RESPONSE TO**
**AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT (Adv. Dkt. #30)**

Plaintiffs, SCK, Inc., f/k/a SC Kiosks, Inc. ("SCK"), and RadioShack Corporation ("RadioShack"), file this their Supplemental Response in Opposition to Defendant, Warehouse 86, LLC's (the "Debtor"), Amended Motion for Partial Summary Judgment (Adv. Dkt. #30) (the "Motion"), as follows:

1. Plaintiffs timely filed a Response and Memorandum Brief in Opposition to the Motion (Dkt. # 36) (the "Response"), which is incorporated fully herein.

2. On May 6, 2010, this Court entered its Agreed Order Permitting Supplemental Response to the Motion (Dkt. # 37).

3. By way of a supplemental response, Plaintiffs would show the following:

- 2 -

    a. Debtor has requested partial summary judgment asserting, in part, that RadioShack has no interest in the Insurance Proceeds. In paragraph III of their Response (page 12 of 14), Plaintiffs state, in part, that:

> **"…Yet, pursuant to the Debtor's bankruptcy schedules, RadioShack has a secured claim against the Debtor in the amount of $35,407.90 for the rent deposit under the Sublease…under section 16 of the Sublease, the Debtor was required to send all rental payments to RadioShack.…"**

    b. According to Ernest K. Strahan, III, corporate representative of the Debtor, whose deposition was taken on May 5, 2010[1], all checks written by the Debtor for monthly rental obligations pursuant to the Sublease were made payable to RadioShack. See an exemplar check payable to RadioShack, together with a monthly bill from RadioShack to Debtor, attached hereto as Exhibit "A".

WHEREFORE, Plaintiffs respectfully request that the Court deny the Motion in its entirety and grant such other and further relief this Court deems proper and just.

Dated: May 17, 2010

                      **SCK, INC. and RADIOSHACK CORPORATION**

                      By: */s/ W. Lee Watt*
                            **W. Lee Watt**

---

[1] The deposition transcript has not been competed as of the date of filing of this Supplemental Response.

- 3 -

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MSB #6998)
Andrew R. Wilson (MSB #102862)
BENNETT LOTTERHOS SUSLER & WILSON, P.A.
The Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi  39201
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

### CERTIFICATE OF SERVICE

I, W. Lee Watt, do hereby certify that I have this day forwarded a true and correct copy of the foregoing Supplemental Response to Amended Motion for Partial Summary Judgment (Adv. Dkt. #30) *via* Electronic Case Filing System to the following:

Stephen Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated this the 17th day of May 2010.

/s/ *W. Lee Watt*
**W. Lee Watt**

# **Exhibit A**

**WAREHOUSE 86, LLC**  4148
10284      RadioShack Corporation      00000000000002945      12/27/2007   Acct# Location: SCK Wareho

| REFERENCE | INVOICE NUMBER | INV DATE | INVOICE AMOUNT | ADJUSTMENT | DISCOUNT | WRITE OFF | NET AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 00000000000005364 | JAN 08 RENT | 1/1/2008 | $51,743.91 | $51,743.91 | $0.00 | $0.00 | $51,743.91 |
| | | | $51,743.91 | $51,743.91 | $0.00 | $0.00 | $51,743.91 |

---

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A TRUE WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

**WAREHOUSE 86, LLC**  
P O Box 16692  
Jackson, MS 39236

Bank of America  
91-170/1221

**4148**

PAY ONLY  51,743 91  Five One Seven Four Three CENTS

DATE  12/27/2007  
AMOUNT  $51,743.91

PAY  Fifty One Thousand Seven Hundred Forty Three Dollars and 91 Cents

VOID AFTER 90 DAYS

TO THE ORDER OF  
RadioShack Corporation  
Rent Accounting Dept, Acct Sup  
P O Box 961090  
Fort Worth TX 76161-5014

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

⑈004148⑈ ⑆122101706⑆ 0046549594 51⑈

# RadioShack Corporation

Rent Accounting Dept., Acctg. Supvsr.
300 RadioShack Circle, Mail Stop 5014      Tele:817.415.3691
PO Box 961090                              Fax:817.415.0949
Ft. Worth, TX  76161-5014

| | Invoice: | 2 39448 |
|---|---|---|
| BILL TO: | | |

WAREHOUSE 86 LLC
PO BOX 16692                               RadioShack         01-0674
JACKSON, MS  39236

                                           Invoice Date       1/1/2008

Location: SCK Warehouse

| Description | Period Covered | Amount |
|---|---|---|
| Balance from: | Dec-07 | - |
| Current Month Minimum Rent | Jan-08 | 35,407.80 |
| CAM | PAYS 100% CAM, Tax, Insurance billed by LL | 11,911.11 |
| EQUIPMENT-CONV | ARTICLE 6.(c) | 4,425.00 |
| EQUIPMENT-MHE | ARTICLE 6.(c) | - |
| s/t monthly Rent: | | 51,743.91 |
| | | - |
| | Payment received | (51,743.91) |
| | Total Due | $0.00 |

Remit to: **RadioShack Corporation**
Rent Accounting Dept., Acctg. Supvsr.
300 RadioShack Circle, Mail Stop 5014
PO Box 961090
Ft. Worth, TX  76161-5014