UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---------------------------------------------------x

In re:                                                              Case No. 08-03423-EE
WAREHOUSE 86, LLC,                                     Chapter 11

        Debtor.

---------------------------------------------------x

SCK, INC. and RADIOSHACK CORPORATION,       Adv. Pro. No. 09-00139-EE

        Plaintiffs

v.

WAREHOUSE 86, LLC,

        Defendant.

### AGREED ORDER ESTABLISHING DEADLINE FOR FILING OF REBUTTAL MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon the *ore tenus* motion of Defendant, Warehouse 86, LLC ("Warehouse 86"), for entry of an order establishing a deadline for filing Warehouse 86's rebuttal memorandum in support of its amended motion for partial summary judgment (docket no. 30), the Court, having been advised that SCK, Inc. and Radioshack Corporation are in agreement, orders as follows:

Warehouse 86 shall file its rebuttal memorandum in support of docket no. 30 within five (5) days of the filing of the supplemental response authorized by docket no. 37.

SO ORDERED

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: May 17, 2010

APPROVED:

_____
Robert Frey
Attorney for Debtor

_____
W. Lee Watt
Attorney for SCK, Inc. and
Radioshack Corporation

SUBMITTED BY:

Robert M. Frey (MSB No. 5531)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
601-948-5711
601-985-4500 (fax)

2