## **EXHIBIT "A"**

1. The factual and legal bases for RadioShack Corporation's claims and defenses in this case.

2. RadioShack Corporation's efforts to locate documents related to this case; which documents, if any, have been requested but not produced; and the reasons for non-production.

3. Whether and to what extent RadioShack Corporation received payment from any insurer for all or any part of the property for which EMC made payment.