UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------x

In re:

WAREHOUSE 86, LLC,

      Debtor.

Case No. 08-03423-EE
Chapter 11

------------------------------------------------------x

SCK, INC. and RADIOSHACK CORPORATION,

      Plaintiffs

v.

WAREHOUSE 86, LLC,

      Defendant.

Adv. Pro. No. 09-00139-EE

:

## NOTICE OF INTENTION TO TAKE DEPOSITION OF SCK, INC

PLEASE TAKE NOTICE that Warehouse 86, LLC will take the Rule 30(b)(6) deposition upon oral examination of SCK, Inc. The deposition will take place at BENNETT LOTTERHOS SULSER & WILSON, P.A., One Jackson Place, 188 East Capitol Street, Suite 1400, Jackson, Mississippi 39201, on May 26, 2010, beginning at 8:00 a.m., and will continue from day to day thereafter until such deposition is complete. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, SCK, Inc. must designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf as to matters known or reasonably available to SCK, Inc. with respect to the topics

or matters of examination set forth on the attached Exhibit "A." You and other counsel of record are invited to take part.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Civil Procedure Rule 34 the witness is requested to bring with it all documents and tangible things requested in "Warehouse 86's First Request for Production of Documents to SCK and RadioShack," dated the 12th day of March, A.D., 2010, and "Warehouse 86's Second Request for Production of Documents to SCK and RadioShack," dated April 14, 2010.

    Respectfully submitted,

    WAREHOUSE 86, LLC

    By: s/ Robert M. Frey
        ROBERT M. FREY (MSB No. 5531)
        STEPHEN W. ROSENBLATT (MSB No. 5676)

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
601-948-5711
601-985-4500 (fax)

## **CERTIFICATE OF SERVICE**

I, Robert M. Frey, one of the attorneys for Warehouse 86, LLC, do hereby certify that I have this day filed the above Notice with the Clerk of Court using the ECF filing system, which provided a copy to the following:

>Marcus M. Wilson, Esq.
>BENNETT LOTTERHOS SULSER & WILSON, P.A.
>One Jackson Place
>188 East Capitol Street, Suite 1400
>Jackson, Mississippi  39201
>
>ATTORNEYS FOR SCK, INC. and RADIOSHACK CORPORATION
>
>Ronald McAlpin, Esq.
>OFFICE OF THE UNITED STATES TRUSTEE
>Suite 706, A. H. McCoy Federal Building
>100 West Capitol Street
>Jackson, Mississippi  39269
>Ronald.McAlpin@USDOJ.gov

This, the 18th day of May, A.D. 2010.

>           s/ Robert M. Frey_____
>           ROBERT M. FREY

Jackson 5088084v1

3