UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------x

In re:

WAREHOUSE 86, LLC,

        Debtor.

Case No. 08-03423-EE
Chapter 11

------------------------------------------------------x

SCK, INC. and RADIOSHACK CORPORATION,

        Plaintiffs

v.

WAREHOUSE 86, LLC,

        Defendant.

Adv. Pro. No. 09-00139-EE

### AGREED ORDER ESTABLISHING DEADLINE FOR FILING OF REBUTTAL MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon the *ore tenus* motion of Defendant, Warehouse 86, LLC ("Warehouse 86"), for entry of an order establishing a deadline for filing Warehouse 86's rebuttal memorandum in support of its amended motion for partial summary judgment (docket no. 30), the Court, having been advised that SCK, Inc. and Radioshack Corporation are in agreement, orders as follows:

Warehouse 86 shall file its rebuttal memorandum in support of docket no. 30 within five (5) days of the filing of the supplemental response authorized by docket no. 37.

SO ORDERED

_____
Edward Ellington
United States Bankruptcy Judge
Dated: May 17, 2010

APPROVED:

_____
Robert Frey
Attorney for Debtor

_____
W. Lee Watt
Attorney for SCK, Inc. and
Radioshack Corporation

SUBMITTED BY:

Robert M. Frey (MSB No. 5531)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
601-948-5711
601-985-4500 (fax)

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kmcdowell             Page 1 of 1                  Date Rcvd: May 17, 2010
Case: 09-00139                Form ID: pdf012             Total Noticed: 2

The following entities were noticed by first class mail on May 19, 2010.
res          +Industrial Developments International, Inc.,    1100 Peachtree Street,   Suite 1100,
              Atlanta, GA 30309-4502
dft          +Warehouse 86, LLC,    5 River Bend Place, Ste D,    Flowood, MS 39232-7618

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla           RadioShack Corporation and SCK, Inc. f/k/a SC Kios
cd            RadioShack Corporation and SCK, Inc. f/k/a SC Kios
intp          Tokio Marine and Nichido Fire Ins. Co., Ltd.
cc*          +Warehouse 86, LLC,    5 River Bend Place, Ste D,    Flowood, MS 39232-7618
                                                                                        TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2010**                    Signature:    _Joseph Speetjens_