# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

```
------------------------------------------------------------x
                                                            :   Case No. 08-03423-EE
In re:                                                      :
                                                            :   Chapter 11
WAREHOUSE 86, LLC,                                          :
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x
                                                            :
SCK, INC. and RADIOSHACK CORPORATION,                       :   Adv. Pro. No. 09-00139-EE
                                                            :
            Plaintiffs                                      :
                                                            :
v.                                                          :
                                                            :
WAREHOUSE 86, LLC,                                          :
                                                            :
            Defendant.                                      :
                                                            :
------------------------------------------------------------x
```

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day true and correct copies of the foregoing were served upon the Defendant, Warehouse 86, LLC, in the above-styled action:

1.    Plaintiffs' First Supplemental Responses and/or Objections to Defendant's First Request for Production of Documents.

Dated: May 21, 2010.

        Respectfully submitted,

        SCK, INC. and RADIOSHACK CORPORATION

        /s/ W. Lee Watt
        Marcus M. Wilson (MS Bar #7308)
        W. Lee Watt (MS Bar #6998)
        Andrew R. Wilson (MS Bar #102862)

- 2 -

        BENNETT LOTTERHOS SULSER & WILSON, P.A.
        The Pinnacle at Jackson Place
        190 East Capitol Street
        Suite 650
        Jackson, Mississippi 39201
        Telephone: (601) 944-0466
        Facsimile: (601) 944-0467

        ATTORNEYS FOR SCK, INC. AND RADIOSHACK
        CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

    Ronald McAlpin
    Ronald.McAlpin@USDOJ.gov

    Stephen W. Rosenblatt
    Steve.Rosenblatt@butlersnow.com

    Robert M. Frey
    bob.frey@butlersnow.com

    Dated: May 21, 2010

                /s/ W. Lee Watt