UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| In re:<br><br>WAREHOUSE 86, LLC,<br><br>      Debtor. | Case No. 08-03423-EE<br><br>Chapter 11 |
| SCK, INC. and RADIOSHACK CORPORATION,<br><br>      Plaintiffs<br><br>v.<br><br>WAREHOUSE 86, LLC,<br><br>      Defendant. | Adv. Pro. No. 09-00139-EE |

## NOTICE OF DEPOSITION

**TO:**   Mr. John Marchetti
          Marchetti Robertson & Brickell Insurance & Bonding Agency, Inc.
          1062 Highland Colony Parkway
          200 Concourse Building
          Ridgeland, Mississippi 39157

**PLEASE TAKE NOTICE** that Plaintiffs, through counsel, will, pursuant to Mississippi Rule of Civil Procedure 30, take the deposition of John Marchetti commencing at 9:00 a.m. on Wednesday, the 2nd day of June, 2010, and continuing thereafter from day to day until complete, at Butler, Snow, O'Mara, Stevens & Canada, PLLC, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157.

Dated: May 26, 2010.

Respectfully submitted,

SCK, INC. and RADIOSHACK CORPORATION


/s/ W. Lee Watt
Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
The Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION


**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the above Notice of Deposition with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated: May 26, 2010

/s/ W. Lee Watt