**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

```
-------------------------------------------------------------------x
                                              :  Case No. 08-03423-EE
In re:                                        :
                                              :  Chapter 11
WAREHOUSE 86, LLC,                            :
                                              :
         Debtor.                              :
                                              :
------------------------------------------------------------------- x
                                              :
SCK, INC. and RADIOSHACK CORPORATION,         :  Adv. Pro. No. 09-00139-EE
                                              :
         Plaintiffs                           :
                                              :
v.                                            :
                                              :
WAREHOUSE 86, LLC,                            :
                                              :
         Defendant.                           :
                                              :
-------------------------------------------------------------------x
```

## NOTICE OF PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to applicable Federal Rules of Bankruptcy Procedure, Plaintiffs do hereby give notice that Plaintiffs will serve a subpoena upon Sellertech, LLC which commands the production of certain documents, electronically stored information, and/or tangible things at the offices of Bennett Lotterhos Sulser & Wilson, P.A., Pinnacle at Jackson Place, 190 East Capitol Street, Suite 650, Jackson, Mississippi 39201, on June 18, 2010, at 9:00 a.m. A copy of the subpoena will be served by e-mail upon counsel to Warehouse 86, LLC.

Dated: June 3, 2010

Respectfully submitted,

SCK, INC. and RADIOSHACK CORPORATION

*/s/ W. Lee Watt*
Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
One Jackson Place
188 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated: June 3, 2010

*/s/ W. Lee Watt*