# Exhibit A

Page 1

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF
MISSISSIPPI JACKSON DIVISION


In Re:

WAREHOUSE 86, LLC,          Case No. 08-03423-EE

        DEBTOR,             Chapter 11

SCK, INC. AND RADIOSHACK CORPORATION

        PLAINTIFFS
                            Adv. Pro. No. 09-00139-EE

VERSUS

WAREHOUSE 86, LLC

        DEFENDANT


************************************************

        DEPOSITION OF ERNEST KNOX STRAHAN, III


************************************************


            APPEARANCES NOTED HEREIN


        TAKEN AT INSTANCE OF: PLAINTIFFS
                DATE: MAY 5, 2010
    PLACE: BUTLER, SNOW, O'MARA, STEVENS & CANNADA
    1020 HIGHLAND COLONY PARKWAY, SUITE 1400
            RIDGELAND, MISSISSIPPI
                TIME: 9:00 a.m.



REPORTED BY:  AMANDA M. WOOTTON, CSR, RPR
                Bond Benoist
            Post Office Box 1576
            Madison, Mississippi

ORIGINAL

1          MR. WATT:  No.  That's enough.

2          MR. FREY:  All right.  I don't want

3     to sound patronizing or anything but we

4     all grew up under the system where Rule 26

5     said things that were reasonably

6     calculated to lead to discovery of

7     admissible evidence was discoverable.

8     Well, that's changed.  The rule now says

9     that you can inquire into things that are

10    relevant to the claims and defenses of the

11    parties.  And whatever argument might have

12    been made under the old system, no one can

13    legitimately say that what percentage of

14    Warehouse 86 Ventures is owned by Susie

15    Smith or Janie St. John has any relevance

16    to the claims and defenses in the

17    adversary proceeding.

18          MR. WATT:  Are you finished?

19          MR. FREY:  I am.  Thanks.

20  MR. WATT:  (Continuing.)

21     Q     Okay.  What is Sellertech, LLC?

22     A     It's an entity formed in the state of

23  actually Delaware.

24     Q     For what purpose?

25     A     Online liquidation.

Page 169

```
1        Q    Does it have any relationship whatsoever
2   to Warehouse 86?
3        A    Warehouse 86, LLC, no.
4        Q    What about Warehouse 86 Ventures?
5        A    It has -- it bought some assets from
6   Warehouse 86 Ventures.
7        Q    Assets, not inventory.  Are you talking
8   about inventory?
9        A    Just assets.
10        Q    Are any of those assets, assets that
11   Warehouse 86 Ventures may have acquired in its
12   acquisitions of assets from Warehouse 86?
13        A    No.
14        Q    So your testimony is, so that I can make
15   sure that I'm comprehending this, that whatever
16   assets that Sellertech bought from Warehouse 86
17   Ventures --
18        A    Repeat that.  Keep going.
19        Q    That whatever those assets are, none of
20   those assets came to Warehouse 86 Ventures from
21   Warehouse 86?
22        A    Inventory assets or any assets?
23        Q    I said any assets.
24        A    No.  There would be some assets that would
25   have come from there.
```

1        Q        And what would those assets have been?

2        A        Computers, intellectual property, maybe.

3        Q        Anything else?

4        A        I mean, could be -- computers -- could be

5    equipment of some sort but not really.  I don't

6    really know of any.

7        Q        Okay.  Were any of those assets acquired

8    from Warehouse 86 by Warehouse 86 Ventures located

9    in the Southaven facility?

10       A        Repeat that.  Any -- Warehouse 86 Ventures

11   by -- repeat the question.

12       Q        You said that Warehouse 86 Ventures bought

13   certain assets from Warehouse 86.  And you

14   identified two categories.  One is computers and one

15   is intellectual properties.

16       A        Actually no.  That wasn't the question.

17   Your question was did Sellertech buy from Warehouse

18   86.  Now you changed the question.

19       Q        Well, we will go back even further.  I

20   actually haven't changed it.  I just didn't go back

21   to the beginning.

22       A        Okay.  I just want to make sure I answer

23   the question properly.

24       Q        The beginning question was what is

25   Sellertech, LLC.

1    know.

2        Q    Well, --

3        A    I'm trying to remember if there were any

4    added to it or whatever.  You've got to remember,

5    we're a salvage company so whether -- I don't know

6    if this would have been -- this would have been from

7    our other facility when we moved after the tornado.

8        Q    What are you pointing at in particular?

9        A    Sales dates were after the tornado so they

10   had to be from a facility other than the Southaven

11   facility so they were probability the facility that

12   we opened up --

13       Q    Does this document WH1098 reflect the

14   distribution center from which the item was shipped?

15       A    This document does not.

16       Q    So if you pick a date prior to the

17   tornado, how -- on this list which is numerous

18   pages, hundreds of pages, how would one know if that

19   item was distributed from Utah or Indianola or some

20   other -- or the Southaven facility.  And just as an

21   example, let's turn to WH1322.  Those items were

22   sold the day before the tornado.  So the question

23   is, can you pick out any of those items and tell me

24   from which distribution center it was shipped?

25       A    From looking at this list, I cannot tell

Page 183

1    you that but from knowing how the list was

2    generated, I could probably tell you that.

3        Q    Okay.  How was the list generated so that

4    you could tell me?

5        A    I don't know how this list was generated.

6    I was trying to remember what the relevance of

7    this list -- why it was generated and I don't

8    remember.  But we obviously provided it.  I mean,

9    there is a way to get a report from what

10   distribution center it was sold and it will print

11   that data out and only print data from the facility

12   in which it was sold.

13       Q    When was this document printed?

14       A    I don't know.  I'm thinking it was a

15   document -- I don't know the relevance -- I don't

16   know where you got the document, but --

17       Q    I got it from you.

18       A    I don't know.  You got it from me?  I sent

19   that to you directly?

20       Q    He did.  Your lawyer did.

21       A    Was the document -- what list was it in?

22   Was it the ones that were sent to the auditor?

23   Because I know they had asked for a list like that.

24   I would have to know the relevance of this.  And I

25   don't know where this specifically came from.  If it

1    came from that one, I think we had given them a list

2    of sales to show how we came up with average selling

3    prices to be able to value the selling price and

4    then that's what the auditors were asking for, how

5    you show an average selling price which is what we

6    were doing for the type of equipment we were

7    selling, inventory we were selling.  Because our

8    inventory, as you can see, varies all over the

9    board.

10       Q    Okay.  Back to the question again.  You

11   can't look at WH1322 and tell where any of those

12   items were shipped?

13       A    I did not put that number on this page and

14   therefore no, I cannot tell you where that list came

15   from or how it was generated.

16       Q    Is there anyone within Warehouse 86 that

17   can answer that question?

18       A    No.  We'd have to run a new report or at

19   that point run a report showing -- I mean, the

20   report would have to be generated for a specific

21   purpose.

22       Q    Bob --

23       A    All cells for DC7.

24            MR. WATT:  Bob, do you see my

25            difficulty here, my client has requested

Page 185

```
 1          documents and --

 2     A    And we gave them.  That's what I'm

 3   saying --

 4          MR. FREY:  Hold on.  Don't cut him

 5          off.

 6          MR. WATT:  Requested documents.

 7          You've provided them.  We've paid for them

 8          and I just want to ask questions about

 9          them and the witness is encumbered in his

10          ability to comprehend.  Not your

11          comprehension ability but you're

12          encumbered because of insufficient facts

13          provided to you.  And I'm -- I'm wondering

14          if I have a ream of paper here that is

15          meaningless to me.

16          MR. FREY:  Well, if I understand what

17          he said is anybody could have generated a

18          report for their own purpose and they

19          would be the one who knows what the report

20          shows.  Did I say that right?

21          BY THE WITNESS:  Yeah.  Exactly.  For

22          instance --

23          MR. WATT:  Then help me understand.

24     A    -- auditors asked me for a specific report

25   and I gave that report to them.
```

1    MR. WATT: (Continuing.)

2        Q    I want an understanding as to why this

3    report -- which discovery response this is

4    responsive to.  Excuse me, which discovery request

5    this is responsive to.  And you're saying you can't

6    help me with that, correct?

7        A    Where did you get this document?

8        Q    Again, I got it from your attorney.

9        A    With a cover letter that explained what it

10    was?

11        Q    No.  I mean, this is -- this is a ream of

12    documents that I -- or actually a disk that I

13    printed the documents from.

14              MR. FREY:  What is it exactly you

15              want to know about the document?

16              MR. WATT:  Well, in addition to the

17              questions I've already asked, I'd like to

18              know how one can ascertain from this what

19              may have been in existence at the time of

20              the loss.

21        A    Who put these numbers at the bottom?

22              MR. WATT:  You asked your attorney

23              but I'll answer you.  Apparently, it was

24              your attorney or his staff who did it.

25              MR. FREY:  Yeah.  I don't know that

Page 187

1          that document is ever going to tell

2          anybody what was in existence at the time

3          of the loss. ,

4              MR. WATT:  What does it tell me then?

5          See, it doesn't even tell me whether it

6          relates to the Southaven facility.  So

7          I've got a ream of documents that are -- I

8          don't know which of the items relates to

9          the Southaven or not.

10             MR. FREY:  Well, Ernie, tell me if

11         this is true, if you wanted to figure out

12         the answers to things he's asking, you

13         would just have to go to everybody who

14         ever worked at Warehouse 86 and show them

15         the document and say do you recognize

16         this.  Is there any other way of doing it?

17             BY THE WITNESS:  The answer is

18         whoever first received that document, what

19         was the context in which it was presented

20         to them.

21             MR. FREY:  I mean, received out of

22         the printer or what?

23     A     This document was generated and given to

24     somebody for an intent purpose.  And when it was

25     given, it was put with something that described what

1    it was for.  And that would describe what facility

2    and what the reason for it was for.  And I'm

3    thinking it was probably given to Morgan Johnson.

4    MR. WATT: (Continuing.)

5         Q    And what I think I hear you saying is

6    there is nothing on the face of this document that

7    indicates the purpose for which it was generated?

8         A    Right.  But the information is enough

9    there that you could determine which facility it

10   came from but not by looking at that.  You would

11   have to take that number and figure out what DC

12   number that was located in.

13        Q    You would have to take what number?

14        A    That's an inventory number.

15        Q    The first column?

16        A    Yes.

17        Q    Is there a master list as to --

18        A    The computer spit out the report that

19   generated this report, somebody put in criteria for

20   that report which was probably DC7 sales for X

21   period of time and it spit out these are the sales

22   for this period of time and the numbers that were

23   sold and here are the numbers they were invoiced on.

24   So it has the information there.  It is just not on

25   that page.  I can't look at that today and look at

Page 189

1    that and tell you.

2         Q    Okay.

3         A    You have to --

4         Q    We'll come back to that.

5         A    So you have to link it back to the

6    document that it was presented with as to why it was

7    run and for what purpose and that would give it

8    meaning.

9         Q    Okay.  The date reflected in the middle of

10   the page or the dates plural and on this particular

11   page, the date is the same for each entry and it is

12   February 4, 2008, does that reflect the date the

13   item left a facility?

14        A    The date the item was paid for by the

15   customer.

16        Q    Were items paid for by the customer prior

17   to distribution or leaving the facilities?

18        A    Yes.

19        Q    So therefore there could be a date after

20   the day of the tornado, February 5, that was still

21   in the facility on February 5?

22        A    Uh-huh.  Yes.

23        Q    So not all of the items dated on or after

24   February 5, would have been acquired or brought into

25   the distribution center after the tornado or the

Page 190

1    fire?

2         A    Say that one more time.

3         Q    In other words, you've got dates that

4    reflect date -- money was received for the item and

5    you don't have a date for when the item actually

6    left the facility?

7         A    Not on that report.

8         Q    Okay.  So therefore there could be a date

9    of an item in the end of February 2008.  Let's say

10   February 25.  And you won't be able to look at that

11   and tell whether that was an item that came into a

12   facility, Utah or some other place, before or after

13   February 5.

14        A    I could look at the G number and go find

15   that information but from the report, no.

16        Q    And the G number which is the first

17   column?

18        A    Uh-huh.  (Affirmative response.)

19        Q    Is there a master sheet that tells you,

20   explains these G numbers?

21        A    It's just a number assigned to each item

22   and it's put in there by the computer and it is

23   stored in the computer.

24        Q    Okay.  All right.  After today, I will

25   confer with Mr. Frey about this but to give you a

Page 191

```
 1   heads up, we're going to need some type of

 2   explanation so that we can understand what this

 3   means and whether that leads to us coming back

 4   another day or not, I don't know at this time.

 5   But...

 6              All right.  Of these four volumes, there

 7   is nothing in the first three -- I mean, excuse me,

 8   the last three, the second, the third and the

 9   fourth, about a loss claim.  So if it exists, it has

10   been --

11        A    I may --

12        Q    -- provided in that first volume.

13        A    I think --

14              MR. FREY:  Wait.  Wait.  That's just

15          your statement.

16              MR. WATT:  Well, I'm -- you're

17          correct.  It is just my statement.  I

18          would welcome the opportunity for somebody

19          to correct me.

20              MR. FREY:  Well, that's not fair

21          unless you want him to go through all of

22          the books.  I'm not doubting you, but I

23          don't want to convert your statement into

24          his testimony.

25              MR. WATT:  I understand.  I
```

Page 244

```
 1              MR. FREY:  All right.  We'll go

 2         outside.

 3         (Off the record.)

 4              MR. WATT:  Back on the record.

 5  MR. WATT: (Continuing.)

 6      Q    Mr. Strahan, are you familiar with the

 7  fair market value of the conveyor system before --

 8  immediately before the tornado loss?

 9      A    Not exactly.

10      Q    So --

11      A    I don't know exactly -- you know, I've

12  never had it appraised or anything.

13      Q    Okay.  You've earlier were telling us

14  about these G numbers which is the first column of

15  these inventory lists and that there is some way to

16  ascertain what those G numbers mean.  And did you

17  say one would need to look in the computer system in

18  order to ascertain that?

19      A    Correct.

20      Q    And where is that computer system?

21      A    It's now owned by a company called

22  Sellertech.

23      Q    All right.  So does the debtor Warehouse

24  86 have access to that?

25      A    Possibly.
```

Page 245

1        Q      Well, what would determine whether

2    Warehouse 86 has access to it or not?

3        A      Whether Sellertech grants access would be

4    the best answer to that which I think they would.

5        Q      Is there anyone owning Sellertech other

6    than yourself?

7        A      Paul St. James.

8        Q      Do you know of any reason why Paul and Joy

9    St. James would not provide that?

10       A      No.   Other than if there was an expense

11   involved.   Because they're on a very limited budget.

12       Q      Did the debtor not keep a copy of these

13   computer records?

14       A      It would be too difficult to do that.

15       Q      So you mean it would have been too

16   difficult to do it?

17       A      It would have been too difficult.   There

18   was no funds, no money to do that with.

19       Q      Did the buy sell agreement between

20   Warehouse 86 and Warehouse 86 ventures contemplate

21   that these computer records would be available?

22       A      No.

23       Q      Physically where are those records?

24       A      Physically they're in Phoenix, Arizona.

25       Q      Is that where Sellertech is located?

Page 246

1          A      No.   That's where the computers are

2     located in these facilities.   You know, they're

3     split in a rack in a computer facility.   We don't

4     own them.

5          Q      That we, meaning Warehouse 86?

6          A      Well, Warehouse 86 nor Sellertech.

7     Sellertech, one of the items that it purchased was

8     the computers.   But we don't own the facility.   We

9     just lease the space in a rack.

10          Q      Well, I thought that the computer

11     facility -- excuse me, the company offices in

12     Phoenix, Arizona, were moved to Memphis?

13          A      They were.   But that -- that's when I

14     clarified earlier that that was -- when you

15     mentioned properties or whatever, that I interjected

16     later that there was a separate -- we have certain

17     assets that are slid into a computer facility.   We

18     don't own that computer facility.   We just have some

19     computers sitting there.   We just pay for broadband

20     and the ability to slide our hardware in their

21     racks.

22          Q      You said earlier there was a theft claim

23     initially made and it never went anywhere.   Was

24     there ever any other type of claim made by Warehouse

25     86 relative to these losses?

WH1098

| InventoryID | AuctionNumber | Title | DatePaid | Price | InvoiceNumber | DCIName | AuctionFee | CreditCardFee | NetSales |
|---|---|---|---|---|---|---|---|---|---|
| G-4407880 | 304903 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/1/2008 | 3.50 | 2628273 | BargainIand Liquidation Tennessee | 0.18 | 0.10 | 3.22 |
| G-4407880 | 306470 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/1/2008 | 6.10 | 2628496 | BargainIand Liquidation Tennessee | 0.32 | 0.32 | 5.61 |
| G-4407880 | 306987 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/3/2008 | 1.04 | 2628901 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.96 |
| G-4407880 | 308351 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/1/2008 | 3.50 | 2628304 | BargainIand Liquidation Tennessee | 0.18 | 0.10 | 3.22 |
| G-4407880 | 309429 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/7/2008 | 2.75 | 2629844 | BargainIand Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 312717 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/16/2008 | 4.01 | 2632177 | BargainIand Liquidation Tennessee | 0.21 | 0.11 | 3.69 |
| G-4407880 | 317059 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/6/2008 | 2.75 | 2629669 | BargainIand Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 320067 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/22/2008 | 4.28 | 2633726 | BargainIand Liquidation Tennessee | 0.22 | 0.12 | 3.94 |
| G-4407880 | 323312 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/17/2008 | 6.37 | 2632370 | BargainIand Liquidation Tennessee | 0.33 | 0.18 | 5.86 |
| G-4407880 | 324672 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/12/2008 | 3.25 | 2631091 | BargainIand Liquidation Tennessee | 0.17 | 0.09 | 2.99 |
| G-4407880 | 326979 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/17/2008 | 0.99 | 2632356 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 330836 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/16/2008 | 7.50 | 2632287 | BargainIand Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4407880 | 333186 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/20/2008 | 2.75 | 2632214 | BargainIand Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 334777 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/21/2008 | 3.75 | 2633358 | BargainIand Liquidation Tennessee | 0.20 | 0.11 | 3.45 |
| G-4407880 | 338359 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/23/2008 | 0.99 | 2633992 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 340291 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/27/2008 | 2.75 | 2634790 | BargainIand Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 341256 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/26/2008 | 1.30 | 2634407 | BargainIand Liquidation Tennessee | 0.07 | 0.04 | 1.20 |
| G-4407880 | 343316 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/30/2008 | 0.99 | 2635509 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 346879 | 2 Euro Pro K8305E Quad Blade Power Blenders NR | 5/30/2008 | 0.99 | 2635509 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4434834 | 341402 | 44 LaSalle 10" NO-CHIP Nail Polish Top Coat NR | 5/27/2008 | 2.58 | 2634504 | BargainIand Liquidation Tennessee | 0.14 | 0.07 | 2.37 |
| G-4426057 | 330865 | 5 Shark Precision Iron & Ultra Big Vac NR | 5/23/2008 | 0.99 | 2633914 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4426057 | 333663 | 5 Shark Precision Iron & Ultra Big Vac NR | 5/20/2008 | 0.99 | 2633139 | BargainIand Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4429240 | 330924 | Dell E173FPF LCD Monitor 17 in NR | 5/18/2008 | 3.85 | 2632636 | BargainIand Liquidation Tennessee | 0.20 | 0.11 | 3.54 |
| G-4392234 | 311304 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/3/2008 | 43.52 | 2628938 | BargainIand Liquidation Tennessee | 1.82 | 1.22 | 40.48 |
| G-4392234 | 318806 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/3/2008 | 37.56 | 2628938 | BargainIand Liquidation Tennessee | 1.66 | 1.05 | 34.85 |
| G-4392234 | 315884 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/10/2008 | 41.02 | 2630711 | BargainIand Liquidation Tennessee | 1.75 | 1.15 | 38.12 |
| G-4392234 | 315186 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/13/2006 | 41.00 | 2631320 | BargainIand Liquidation Tennessee | 1.75 | 1.15 | 38.10 |
| G-4392234 | 321997 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/16/2008 | 53.00 | 2632151 | BargainIand Liquidation Tennessee | 2.08 | 1.48 | 49.44 |
| G-4392234 | 324149 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/15/2008 | 52.52 | 2632151 | BargainIand Liquidation Tennessee | 2.07 | 1.47 | 48.98 |
| G-4392234 | 325663 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/14/2008 | 58.52 | 2631472 | BargainIand Liquidation Tennessee | 2.23 | 1.64 | 54.65 |
| G-4392234 | 329307 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/15/2008 | 74.00 | 2631925 | BargainIand Liquidation Tennessee | 2.66 | 2.07 | 69.27 |
| G-4392234 | 332287 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/23/2008 | 27.23 | 2634015 | BargainIand Liquidation Tennessee | 1.37 | 0.76 | 25.10 |
| G-4392234 | 333778 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/22/2008 | 16.49 | 2633600 | BargainIand Liquidation Tennessee | 0.87 | 0.46 | 15.16 |
| G-4392234 | 336345 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/23/2008 | 78.00 | 2634015 | BargainIand Liquidation Tennessee | 2.77 | 2.18 | 73.05 |
| G-4392234 | 335519 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/27/2008 | 165.00 | 2634705 | BargainIand Liquidation Tennessee | 5.16 | 4.62 | 155.22 |
| G-4392234 | 340802 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/27/2008 | 153.50 | 2634705 | BargainIand Liquidation Tennessee | 4.84 | 4.30 | 144.36 |
| G-4392234 | 342266 | Nascar Sprint FanView Race Scanner KKIT250XV8 NR | 5/27/2008 | 178.73 | 2634733 | BargainIand Liquidation Tennessee | 5.54 | 5.00 | 168.19 |
| G-4424804 | 324762 | Panasonic CQ-C1100U CD Player Receiver NR | 5/18/2008 | 14.50 | 2632646 | BargainIand Liquidation Tennessee | 0.76 | 0.41 | 13.33 |
| G-4424767 | 325522 | Richvision Projection Screen 120in 16:9 NR | 5/15/2008 | 5.61 | 2632157 | BargainIand Liquidation Tennessee | 0.29 | 0.15 | 5.16 |

WH1322

| G-Number | Code | Description | Date | Amount | Code2 | Company | Val1 | Val2 | Val3 |
|---|---|---|---|---|---|---|---|---|---|
| G-4344828 | 205525 | 11 Women Liz Claiborne Briefs Sz 6 NR | 2/4/2008 | 8.27 | 2608815 | Bargainland Liquidation Tennessee | 0.43 | 0.23 | 7.60 |
| G-4345465 | 207561 | 12 Women Liz Claiborne Briefs Sz 8 NR | 2/4/2008 | 13.30 | 2607770 | Bargainland Liquidation Tennessee | 0.70 | 0.37 | 12.23 |
| G-4344838 | 206064 | 15 Five Inch Round Mechanical Components NR | 2/4/2008 | 7.05 | 2609904 | Bargainland Liquidation Tennessee | 0.37 | 0.20 | 6.48 |
| G-4348770 | 210547 | 2 Canam Industrial Items NR | 2/4/2008 | 338.00 | 2609808 | Bargainland Liquidation Tennessee | 9.92 | 9.46 | 318.62 |
| G-4345577 | 206169 | 2 Men Aeropostale Authentic Cargos Pants Sz 30 NR | 2/4/2008 | 5.51 | 2608915 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.07 |
| G-4346784 | 206093 | 2 Men AMF Bowling Shoes Sz 11 1/2 NR | 2/4/2008 | 12.50 | 2609797 | Bargainland Liquidation Tennessee | 0.66 | 0.35 | 11.49 |
| G-4348963 | 212068 | 2 Men Black Tru-Spec Long Pants Size L Regular NR | 2/4/2008 | 4.01 | 2608943 | Bargainland Liquidation Tennessee | 0.21 | 0.11 | 3.69 |
| G-4349838 | 211683 | 2 Men Black Tru-Spec Long Pants Size L Regular NR | 2/4/2008 | 4.25 | 2608943 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.91 |
| G-4349042 | 215611 | 2 Men Old Navy & Tru-Spec Clothings Size 28 L NR | 2/4/2008 | 1.33 | 2608648 | Bargainland Liquidation Tennessee | 0.07 | 0.04 | 1.22 |
| G-4347726 | 207583 | 2 Men Velocity G Star Raw Clothings Sz L W34 NR | 2/4/2008 | 20.70 | 2609729 | Bargainland Liquidation Tennessee | 1.09 | 0.58 | 19.03 |
| G-4350972 | 213656 | 2 Orick Cord /Cordless Stream Iron NR | 2/4/2008 | 0.99 | 2609882 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4346659 | 206021 | 2 Women Crest Jacket Sz M NR | 2/4/2008 | 2.48 | 2608815 | Bargainland Liquidation Tennessee | 0.13 | 0.07 | 2.28 |
| G-4346655 | 206122 | 2 Women Crest Sport Jackets Sz L NR | 2/4/2008 | 4.13 | 2608815 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.80 |
| G-4349349 | 212100 | 2 Women Cute Club Designable Pant & Coat Size 1x NR | 2/4/2008 | 47.01 | 2608843 | Bargainland Liquidation Tennessee | 1.92 | 1.32 | 43.78 |
| G-4349346 | 212151 | 2 Women Cute Club Pants & Coats Size 1X NR | 2/4/2008 | 63.01 | 2608843 | Bargainland Liquidation Tennessee | 2.36 | 1.76 | 58.89 |
| G-4348386 | 212183 | 2 Women Erica Brooke Dress Size 32 NR | 2/4/2008 | 5.76 | 2607792 | Bargainland Liquidation Tennessee | 0.30 | 0.16 | 5.30 |
| G-4348101 | 210562 | 2 Women Fossil & American Essentials Clothing Sz M NR | 2/4/2008 | 4.28 | 2608851 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.94 |
| G-4342159 | 208674 | 2 Women Fossil Shirts Size M NR | 2/4/2008 | 11.08 | 2608851 | Bargainland Liquidation Tennessee | 0.58 | 0.31 | 10.19 |
| G-4348957 | 208725 | 2 Women Fossil Shirts Sz XL NR | 2/4/2008 | 1.51 | 2608852 | Bargainland Liquidation Tennessee | 0.08 | 0.04 | 1.39 |
| G-4346066 | 212123 | 2 Women Crest Shirt & Short Pant Size XS NR | 2/4/2008 | 0.99 | 2602741 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4343484 | 210930 | 2 Women Malibu Held & Purse Size 10 NR | 2/4/2008 | 5.50 | 2608811 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.06 |
| G-4348972 | 211960 | 2 Women Mitubi Fashion Shoes Size 8 NR | 2/4/2008 | 0.99 | 2608761 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4349020 | 210966 | 2 Women Primp & Charlotte Russe Clothings Size 360 M NR | 2/4/2008 | 26.00 | 2609507 | Bargainland Liquidation Tennessee | 1.34 | 0.73 | 23.93 |
| G-4345548 | 210944 | 2 Women Soft Style Havaianas Shoes Size 10 M 7/8 NR | 2/4/2008 | 5.50 | 2609798 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.06 |
| G-4345474 | 205828 | 2 Women Vigoss & Life Is Good Clothings Sz XL 27 NR | 2/4/2008 | 13.51 | 2608851 | Bargainland Liquidation Tennessee | 0.71 | 0.38 | 12.42 |
| G-4345001 | 205896 | 2 Women Vigoss Studio Tan Cothings Sz L 26 NR | 2/4/2008 | 0.99 | 2608851 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4345470 | 210545 | 2 Women Yoki Havaianas Heel & Flip Flop Size 9 7/8 NR | 2/4/2008 | 4.50 | 2607798 | Bargainland Liquidation Tennessee | 0.24 | 0.13 | 4.14 |
| G-4347135 | 208656 | 25 Piece Set of Football Themed Serving Containers NR | 2/4/2008 | 11.50 | 2609791 | Bargainland Liquidation Tennessee | 0.60 | 0.32 | 10.57 |
| G-4295036 | 207402 | 2 Men Diddo Pants & Shirt Size 44-3XLNWT NR | 2/4/2008 | 12.26 | 2608816 | Bargainland Liquidation Tennessee | 0.64 | 0.34 | 11.27 |
| G-4344670 | 202102 | 3 Men Haltis Black Shirts Size 4XL NR | 2/4/2008 | 0.99 | 2609757 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4344473 | 205931 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 7.61 | 2608851 | Bargainland Liquidation Tennessee | 0.40 | 0.21 | 7.00 |
| G-4344475 | 206215 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 7.50 | 2608815 | Bargainland Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4344466 | 206238 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 2.25 | 2608815 | Bargainland Liquidation Tennessee | 0.12 | 0.06 | 2.50 |
| G-4344481 | 205941 | 3 Men St John Bay Margaritaville Clothings Sz XL NR | 2/4/2008 | 7.50 | 2608815 | Bargainland Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4338264 | 205464 | 3 My Collection & Bebe Clothing Size 5 NR | 2/4/2008 | 3.26 | 2609791 | Bargainland Liquidation Tennessee | 0.17 | 0.09 | 3.00 |
| G-4347488 | 202065 | 3 The New Wigmore A Treatise On Evidence Books NR | 2/4/2008 | 129.43 | 2609719 | Bargainland Liquidation Tennessee | 4.18 | 3.62 | 121.62 |
| G-4336641 | 207813 | 3 Women Fossil Bandolino Clothings Sz 10 M NR | 2/4/2008 | 0.99 | 2608851 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4345083 | 201092 | 3 Women Onion Ice Cream Candy Clothings Sz XL NR | 2/4/2008 | 11.50 | 2608851 | Bargainland Liquidation Tennessee | 0.60 | 0.32 | 10.57 |
| G-4322138 | 210402 | 3 Women Pretty Angel Designable Hand Purse NR | 2/4/2008 | 17.05 | 2609777 | Bargainland Liquidation Tennessee | 0.90 | 0.48 | 15.68 |
| G-4325189 | 200923 | 3 Women Pretty Angel Purses NR | 2/4/2008 | 10.50 | 2608718 | Bargainland Liquidation Tennessee | 0.55 | 0.29 | 9.65 |
| G-4344404 | 206723 | 3 Janet Human Hair NR | 2/4/2008 | 26.05 | 2608788 | Bargainland Liquidation Tennessee | 1.34 | 0.73 | 23.59 |
| G-4351106 | 200438 | 37 TCI Fittings Valves Flanges Hardware Items NR | 2/4/2008 | 77.00 | 2609797 | Bargainland Liquidation Tennessee | 2.71 | 2.16 | 72.10 |
| G-4338653 | 213465 | 4 After Size Tuxedo Coats Sizes 44L & 46L NR | 2/4/2008 | 28.03 | 2609905 | Bargainland Liquidation Tennessee | 1.42 | 0.81 | 26.80 |
| | 205796 | 4 Amore De Uomo & Young Kings Clothing Sz 32 L 19 NR | 2/4/2008 | 0.93 | 2603667 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.51 |

| | | |
|---|---|---|
| G-4353698 | NEW 8 Piece Corning Ware French White Dishes NR | 1 |
| G-4353715 | NEW FurHaven Nap  40" x 32" Red Pet Bet NR | 1 |
| G-4353723 | NEW FurHaven Nap  40" x 32" Brown Pet Bet NR | 1 |
| G-4353741 | NEW NAP Pet Bed NR | 1 |
| G-4353746 | NEW FurHaven Nap  40" x 32" Tan Pet Bet NR | 1 |
| G-4353760 | NEW 7 Cell Phone Cases NR | 1 |
| G-4353779 | Four Nap Pet Beds 27x40" NR | 1 |
| G-4353800 | Fall Harvest Reef With Lights NR | 1 |
| G-4353811 | 10 Halloween & Christmas Decor Items NR | 1 |
| G-4353829 | NEW 3 Holiday Season Wreaths With Lights NR | 1 |
| G-4353835 | NEW Cuisine 15 Piece Bistroware & Cookware Set NR | 1 |
| G-4353842 | NEW 4 Gymboree Baby Girl Clothes Size 2T NR | 1 |
| G-4353935 | Ram Accubar MXS Ladies Right Handed Golf Set NR | 1 |
| G-4353948 | NEW Verizon Wireless Motorola Razr V3m Cell Phone NR | 16 |
| G-4353961 | NEW 30" Glass and Brass Violin Sculpture NR | 1 |
| G-4353989 | Sony Bravia KDL-40S3000 40" LCD Television NR | 1 |
| G-4354006 | 1 TRACFONE Prepaid Wireless Phone Nokia 2128i NR | 3 |
| G-4354064 | NEW Synergy Spincasting Reel NR | 5 |
| G-4354090 | NEW Synergy Spincasting Reel NR | 5 |
| G-4354101 | Nortel Meridian Opt 11 AC/DC Power Supply NTDK70BB NR | 1 |
| G-4354108 | NEW Synergy Spincasting Reel NR | 10 |
| G-4354165 | Western Digital WD100 10GB Hard Drive NR | 1 |
| G-4354174 | Maxtor DiamondMax Plus 8 20GB ATA Hard Drive | 4 |
| G-4354186 | IBM Deskstar 20GB Hard Drive NR | 1 |
| G-4354194 | 1 Cooling Fan Unit Assembly NR | 1 |
| G-4354195 | NEW Seagate Barracuda ATA IV 20 Gbytes NR | 1 |
| G-4354199 | Maxtor D740X-6L 20GB Hard Drive NR | 1 |
| G-4354207 | IBM Deskstar IDE 10GB Hard Drive NR | 1 |
| G-4354209 | Nortel Networks ENPCEE0AAA DMS-100 PCIU Fan FLT NR | 1 |
| G-4354215 | 2 Western Digital Enhanced IDE 4.3GB Hard Drives NR | 1 |
| G-4354219 | Maxtor D740X-6L 20GB Hard Drive NR | 1 |
| G-4354228 | Maxtor 40GB 7200RPM Hard Drive NR | 1 |
| G-4354239 | 2 Maxtor 90432D2 4.3GB IDE Hard Drives NR | 1 |
| G-4354248 | 1 Nortel Networks NTLX65BA Digl Sig Processor Card NR | 1 |
| G-4354263 | 10x8' Restoration Hardware Area Rug NR | 1 |
| G-4354362 | Vertex IPS  Model B-01 Expander NR | 1 |
| G-4354363 | 1 Shiron iRG 40 Remote Gateway Terminal System NR | 1 |
| G-4354364 | 1 Shiron iRG 40 Remote Gateway Terminal System NR | 1 |
| G-4354370 | Nortel Networks Application Gateway 1000 Server NR | 1 |
| G-4354375 | Silkworm 3900 Fibre Channel Switch NR | 1 |
| G-4354385 | NEW Barefoot Tess Size 13 Ladies Dress Shoes NR | 2 |
| G-4354391 | NEW Barefoot Tess Size 14 Ladies Dress Shoes NR | 1 |
| G-4354392 | NEW Barefoot Tess Size 11 Ladies Dress Shoes NR | 1 |
| G-4354395 | NEW Barefoot Tess Size 12 Ladies Dress Shoes NR | 2 |
| G-4354398 | NEW Barefoot Tess Size 13 Ladies Dress Shoes NR | 2 |
| G-4354401 | NEW Barefoot Tess Size 11 Ladies Dress Shoes NR | 1 |
| G-4354403 | NEW Barefoot Tess Size 14 Ladies Dress Shoes NR | 1 |
| G-4354404 | NEW Orion Nasal CPAP System NR | 1 |
| G-4354406 | NEW Barefoot Tess Size 12 Ladies Dress Shoes NR | 2 |
| G-4354448 | Multivizor 37 Inch Wide TFT LCD TV NR | 2 |
| G-4354468 | Graco Portable Folding Play Area NR | 1 |