## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    WAREHOUSE 86, LLC,                                              CASE NO. 08-03423-EE

            DEBTOR.                                                       CHAPTER 11

SCK, INC. F/K/A SC KIOSKS, INC.                   PLAINTIFFS/
AND RADIOSHACK CORPORATION               COUNTER-DEFENDANTS

VS.                                                                         ADV. PROC. NO. 09-00139-EE

WAREHOUSE 86, LLC                      DEFENDANT/COUNTER-CLAIMANT

PARTIES NOTICED:

| | |
|---|---|
| M. Scott Jones, Esq. | Ronald H. McAlpin, UST |
| Marcus Wilson, Esq. | Stephen Rosenblatt, Esq. |
| Andrew Wilson, Esq. | Robert M. Frey, Esq. |
| Trey Manhein, Esq. | W. Lee Watt, Esq. |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on the:

1)     *Motion to Extend Discovery and Other Relief* (Adv. Dkt. #53) filed by SCK, Inc. f/k/a SC Kiosks, Inc. and RadioShack Corporation,

in regard to the above-styled adversary proceeding on **TUESDAY, JUNE 22, 2010, AT 10:00 A.M.,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 100 East Capitol Street, Courtroom 106, Jackson, Mississippi.

    Dated: June 4, 2010.

                                                    **EDWARD ELLINGTON**
                                                    **UNITED STATES BANKRUPTCY JUDGE**

To Advise of Settlement Contact:
601-965-4052