**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | : | Case No. 08-03423-EE |
| In re: | : | |
| | : | Chapter 11 |
| **WAREHOUSE 86, LLC,** | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------------------ x | : | |
| | : | |
| SCK, INC. and RADIOSHACK CORPORATION, | : | Adv. Pro. No. 09-00139-EE |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **WAREHOUSE 86, LLC,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| ------------------------------------------------------------------------ x | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to applicable Federal Rules of Bankruptcy Procedure, Plaintiffs do hereby give notice that they will take the deposition by oral examination of Eric Eilertsen at the offices of Butler, Snow, O'Mara, Stevens and Cannada, PLLC, Crescent Center, 6075 Poplar Avenue, Suite 500, Memphis, TN 38119, on June 21, 2010, beginning at 9:00 a.m. (Central time) and continuing from day to day thereafter until such deposition is complete. A copy of the subpoena served upon Mr. Eilertsen was served by e-mail upon counsel to Warehouse 86, LLC.

Dated: June 7, 2010

        Respectfully submitted,

        SCK, INC. and RADIOSHACK CORPORATION

        */s/ W. Lee Watt*
        Marcus M. Wilson (MS Bar #7308)
        W. Lee Watt (MS Bar #6998)
        Andrew R. Wilson (MS Bar #102862)
        BENNETT LOTTERHOS SULSER
        & WILSON, P.A.
        One Jackson Place
        188 East Capitol Street
        Suite 1400
        Jackson, Mississippi 39201
        Telephone: (601) 944-0466
        Facsimile: (601) 944-0467
        mwilson@blswlaw.com
        lwatt@blswlaw.com
        awilson@blswlaw.com

        ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

    Ronald McAlpin
    Ronald.McAlpin@USDOJ.gov

    Stephen W. Rosenblatt
    Steve.Rosenblatt@butlersnow.com

    Robert M. Frey
    bob.frey@butlersnow.com

Dated: June 7, 2010

        */s/ W. Lee Watt*