WH1098

| InventoryID | AuctionNumber | Title | DatePaid | Price | InvoiceNumber | DCName | AuctionFee | CreditCardFee | NetSales |
|---|---|---|---|---|---|---|---|---|---|
| G-4407880 | 304903 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/1/2008 | 3.50 | 2628273 | Bargainland Liquidation Tennessee | 0.18 | 0.10 | 3.22 |
| G-4407880 | 305470 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/1/2008 | 6.10 | 2628496 | Bargainland Liquidation Tennessee | 0.32 | 0.17 | 5.61 |
| G-4407880 | 306987 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/3/2008 | 1.04 | 2628901 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.96 |
| G-4407880 | 308351 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/1/2008 | 3.50 | 2628304 | Bargainland Liquidation Tennessee | 0.18 | 0.10 | 3.22 |
| G-4407880 | 309429 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/7/2008 | 2.75 | 2629844 | Bargainland Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 312717 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/16/2008 | 4.01 | 2632177 | Bargainland Liquidation Tennessee | 0.21 | 0.11 | 3.69 |
| G-4407880 | 317059 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/6/2008 | 2.75 | 2629669 | Bargainland Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 320067 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/22/2008 | 4.28 | 2633726 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.94 |
| G-4407880 | 323312 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/17/2008 | 6.37 | 2632370 | Bargainland Liquidation Tennessee | 0.33 | -0.18 | 5.86 |
| G-4407880 | 324672 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/12/2008 | 3.25 | 2631091 | Bargainland Liquidation Tennessee | 0.17 | 0.09 | 2.99 |
| G-4407880 | 326979 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/17/2008 | 0.99 | 2632356 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 330836 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/16/2008 | 7.50 | 2632287 | Bargainland Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4407880 | 333186 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/20/2008 | 2.75 | 2633214 | Bargainland Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 334777 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/21/2008 | 3.75 | 2633358 | Bargainland Liquidation Tennessee | 0.20 | 0.11 | 3.45 |
| G-4407880 | 338359 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/23/2008 | 0.99 | 2633992 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 340291 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/27/2008 | 2.75 | 2634790 | Bargainland Liquidation Tennessee | 0.14 | 0.08 | 2.53 |
| G-4407880 | 341256 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/26/2008 | 1.30 | 2634407 | Bargainland Liquidation Tennessee | 0.07 | 0.04 | 1.20 |
| G-4407880 | 343316 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/30/2008 | 0.99 | 2635509 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4407880 | 346879 | 2 Euro Pro KB305E Quad Blade Power Blenders NR | 5/30/2008 | 0.99 | 2635509 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4434834 | 341402 | 44 LaSalle 10" NO-CHIP Nail Polish Top Coat NR | 5/27/2008 | 2.58 | 2634504 | Bargainland Liquidation Tennessee | 0.14 | 0.07 | 2.37 |
| G-4426057 | 330865 | 5 Shark Precision Iron & Ultra Big Vac NR | 5/23/2008 | 0.99 | 2633914 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4426057 | 333663 | 5 Shark Precision Iron & Ultra Big Vac NR | 5/20/2008 | 0.99 | 2633139 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4429240 | 330924 | Dell E175FP LCD Monitor 17 in NR | 5/18/2008 | 3.85 | 2632636 | Bargainland Liquidation Tennessee | 0.20 | 0.11 | 3.54 |
| G-4392234 | 311304 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/3/2008 | 43.52 | 2628938 | Bargainland Liquidation Tennessee | 1.82 | 1.22 | 40.48 |
| G-4392234 | 313806 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/3/2008 | 37.56 | 2628938 | Bargainland Liquidation Tennessee | 1.66 | 1.05 | 34.85 |
| G-4392234 | 315884 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/10/2008 | 41.02 | 2630711 | Bargainland Liquidation Tennessee | 1.75 | 1.15 | 38.12 |
| G-4392234 | 319186 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/13/2008 | 41.00 | 2631320 | Bargainland Liquidation Tennessee | 1.75 | 1.15 | 38.10 |
| G-4392234 | 321997 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/16/2008 | 53.00 | 2632151 | Bargainland Liquidation Tennessee | 2.08 | 1.48 | 49.44 |
| G-4392234 | 324149 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/16/2008 | 52.52 | 2632151 | Bargainland Liquidation Tennessee | 2.07 | 1.47 | 48.98 |
| G-4392234 | 325663 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/14/2008 | 58.52 | 2631472 | Bargainland Liquidation Tennessee | 2.23 | 1.64 | 54.65 |
| G-4392234 | 329307 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/15/2008 | 74.00 | 2631925 | Bargainland Liquidation Tennessee | 2.66 | 2.07 | 69.27 |
| G-4392234 | 332387 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/23/2008 | 27.23 | 2634015 | Bargainland Liquidation Tennessee | 1.37 | 0.76 | 25.10 |
| G-4392234 | 333778 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/22/2008 | 16.49 | 2633600 | Bargainland Liquidation Tennessee | 0.87 | 0.46 | 15.16 |
| G-4392234 | 336345 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/23/2008 | 78.00 | 2634015 | Bargainland Liquidation Tennessee | 2.77 | 2.18 | 73.05 |
| G-4392234 | 339519 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/27/2008 | 165.00 | 2634705 | Bargainland Liquidation Tennessee | 5.16 | 4.62 | 155.22 |
| G-4392234 | 340802 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/27/2008 | 153.50 | 2634705 | Bargainland Liquidation Tennessee | 4.84 | 4.30 | 144.36 |
| G-4392234 | 342266 | Nascar Sprint FanView Race Scanner KXT250NXB NR | 5/27/2008 | 178.73 | 2634733 | Bargainland Liquidation Tennessee | 5.54 | 5.00 | 168.19 |
| G-4424804 | 324762 | Panasonic CQ-C1100U CD Player Receiver NR | 5/18/2008 | 14.50 | 2632646 | Bargainland Liquidation Tennessee | 0.76 | 0.41 | 13.33 |
| G-4424767 | 325522 | Richvision Projection Screen 120in 16:9 NR | 5/16/2008 | 5.61 | 2632157 | Bargainland Liquidation Tennessee | 0.29 | 0.16 | 5.16 |

Exhibit "B"

WH1322

| | | | Date | | | | | |
|---|---|---|---|---|---|---|---|---|
| G-4334828 | 205525 | 11 Women Liz Claiborne Briefs Sz 6 NR | 2/4/2008 | 8.27 | 2609815 | Bargainland Liquidation Tennessee | 0.43 | 0.23 | 7.60 |
| G-4345465 | 207561 | 12 Women Liz Claiborne Briefs Sz 8 NR | 2/4/2008 | 13.30 | 2609770 | Bargainland Liquidation Tennessee | 0.70 | 0.37 | 12.23 |
| G-4344838 | 206064 | 15 Five Inch Round Mechanical Components NR | 2/4/2008 | 7.05 | 2609904 | Bargainland Liquidation Tennessee | 0.37 | 0.20 | 6.48 |
| G-4348770 | 210547 | 2 Canam Industrial Items NR | 2/4/2008 | 338.00 | 2609898 | Bargainland Liquidation Tennessee | 9.92 | 9.46 | 318.62 |
| G-434577 | 206169 | 2 Men Aeropostale Authentic Cargos Pants Sz 30 NR | 2/4/2008 | 5.51 | 2609815 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.07 |
| G-4346784 | 206093 | 2 Men AMF Bowling Shoes Sz 11 1/2 NR | 2/4/2008 | 12.50 | 2609797 | Bargainland Liquidation Tennessee | 0.66 | 0.35 | 11.49 |
| G-4348963 | 212068 | 2 Men Black Tru-Spec Long Pants Size L Regular NR | 2/4/2008 | 4.01 | 2609843 | Bargainland Liquidation Tennessee | 0.21 | 0.11 | 3.69 |
| G-4349038 | 210485 | 2 Men Black Tru-Spec Long Pants Size L Regular NR | 2/4/2008 | 4.25 | 2609843 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.91 |
| G-4349042 | 210611 | 2 Men Old Navy & Tru-Spec Clothings Size 18 L NR | 2/4/2008 | 1.33 | 2609843 | Bargainland Liquidation Tennessee | 0.07 | 0.04 | 1.22 |
| G-4347726 | 207583 | 2 Men Velocity G Star Raw Clothings Sz L W34 NR | 2/4/2008 | 20.70 | 2609719 | Bargainland Liquidation Tennessee | 1.09 | 0.58 | 19.03 |
| G-4350972 | 213655 | 2 Oreck Cord / Cordless Stream Iron NR | 2/4/2008 | 0.99 | 2609882 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4346659 | 206021 | 2 Women Crest Jacket Sz M NR | 2/4/2008 | 2.48 | 2609815 | Bargainland Liquidation Tennessee | 0.13 | 0.07 | 2.28 |
| G-4346655 | 206122 | 2 Women Crest Sport Jackets Sz L NR | 2/4/2008 | 4.13 | 2609815 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.80 |
| G-4349349 | 212120 | 2 Women Cute Club Designable Pant & Coat Size 1x NR | 2/4/2008 | 47.01 | 2609843 | Bargainland Liquidation Tennessee | 1.92 | 1.32 | 43.78 |
| G-4349346 | 212151 | 2 Women Cute Club Pants & Coats Size 1X NR | 2/4/2008 | 63.01 | 2609843 | Bargainland Liquidation Tennessee | 2.56 | 1.76 | 58.89 |
| G-4349259 | 212183 | 2 Women Erica Brooke Dress Size 32 NR | 2/4/2008 | 5.76 | 2609702 | Bargainland Liquidation Tennessee | 0.30 | 0.16 | 5.30 |
| G-4348986 | 210562 | 2 Women Fossil & American Essentials Clothings Sz M NR | 2/4/2008 | 4.28 | 2609851 | Bargainland Liquidation Tennessee | 0.22 | 0.12 | 3.94 |
| G-4348101 | 208674 | 2 Women Fossil Shirts Size M NR | 2/4/2008 | 11.08 | 2609851 | Bargainland Liquidation Tennessee | 0.58 | 0.31 | 10.19 |
| G-4348159 | 208725 | 2 Women Fossil Shirts Sz XL NR | 2/4/2008 | 1.51 | 2609851 | Bargainland Liquidation Tennessee | 0.08 | 0.04 | 1.39 |
| G-4349357 | 212223 | 2 Women J Crew Shirt & Short Pant Size XS NR | 2/4/2008 | 0.99 | 2609741 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4349066 | 210930 | 2 Women Malibu Heal & Purse Size 10 NR | 2/4/2008 | 5.50 | 2609811 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.06 |
| G-4343484 | 211960 | 2 Women Mbalu Fashion Shoes Size 8 NR | 2/4/2008 | 0.99 | 2609764 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4348972 | 210966 | 2 Women Primp & Charlotte Russe Clothings Size 36D M NR | 2/4/2008 | 26.00 | 2609807 | Bargainland Liquidation Tennessee | 1.34 | 0.73 | 23.93 |
| G-4349002 | 210944 | 2 Women Soft Style Havalanas Shoes Size 10 M 7/8 NR | 2/4/2008 | 5.50 | 2609798 | Bargainland Liquidation Tennessee | 0.29 | 0.15 | 5.06 |
| G-4345548 | 205828 | 2 Women Vigoss & Life Is Good Clothings Sz XL 27 NR | 2/4/2008 | 13.51 | 2609851 | Bargainland Liquidation Tennessee | 0.71 | 0.38 | 12.42 |
| G-4345474 | 205896 | 2 Women Vigoss Studio Tan Clothing Sz L 26 NR | 2/4/2008 | 0.99 | 2609815 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4349001 | 210945 | 2 Women Yold Havaianas Heal & Flip Flop Size 9 7/8 NR | 2/4/2008 | 4.50 | 2609798 | Bargainland Liquidation Tennessee | 0.24 | 0.13 | 4.24 |
| G-4345470 | 208656 | 25 Piece Set of Football Themed Serving Containers NR | 2/4/2008 | 11.50 | 2609791 | Bargainland Liquidation Tennessee | 0.60 | 0.32 | 10.57 |
| G-4347135 | 207402 | 3 Men Dickie Pants & Shirt Size 44-30L NWT NR | 2/4/2008 | 12.26 | 2609816 | Bargainland Liquidation Tennessee | 0.64 | 0.34 | 11.27 |
| G-4295036 | 201012 | 3 Men Hanes Black Shirts Sz Adult XL NR | 2/4/2008 | 0.99 | 2609757 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4344473 | 205931 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 7.61 | 2609815 | Bargainland Liquidation Tennessee | 0.40 | 0.21 | 7.00 |
| G-4344475 | 206215 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 7.50 | 2609815 | Bargainland Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4344466 | 206238 | 3 Men Margaritaville & St John Bay Clothings Sz XL NR | 2/4/2008 | 2.25 | 2609815 | Bargainland Liquidation Tennessee | 0.12 | 0.06 | 2.07 |
| G-4344481 | 205941 | 3 Men St John Bay Margaritaville Clothings Sz XL NR | 2/4/2008 | 7.50 | 2609815 | Bargainland Liquidation Tennessee | 0.39 | 0.21 | 6.90 |
| G-4338254 | 205648 | 3 My Collection & Bebe Clothing Size S NR | 2/4/2008 | 3.26 | 2609815 | Bargainland Liquidation Tennessee | 0.17 | 0.09 | 3.00 |
| G-4342860 | 202065 | 3 The New Wigmere A Treatise On Evidence Books NR | 2/4/2008 | 129.43 | 2609719 | Bargainland Liquidation Tennessee | 4.13 | 3.62 | 121.62 |
| G-4347488 | 207819 | 3 Women Fossil Bendolino Clothings Sz 10 M NR | 2/4/2008 | 0.99 | 2609851 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |
| G-4336641 | 201092 | 3 Women Onion Ice Cream Candy Clothings Sz XL NR | 2/4/2008 | 11.50 | 2609815 | Bargainland Liquidation Tennessee | 0.60 | 0.32 | 10.57 |
| G-4349083 | 210402 | 3 Women Pretty Angel Designable Hand Purse NR | 2/4/2008 | 17.05 | 2609777 | Bargainland Liquidation Tennessee | 0.90 | 0.48 | 15.68 |
| G-4341258 | 200922 | 3 Women Pretty Angel Purses NR | 2/4/2008 | 10.50 | 2609717 | Bargainland Liquidation Tennessee | 0.55 | 0.29 | 9.65 |
| G-4329189 | 209223 | 30 Janet Human Hair NR | 2/4/2008 | 26.06 | 2609783 | Bargainland Liquidation Tennessee | 1.34 | 0.73 | 23.99 |
| G-4344404 | 202438 | 37 TCI Fittings Valves Flanges Hardware Items NR | 2/4/2008 | 77.00 | 2609797 | Bargainland Liquidation Tennessee | 2.74 | 2.16 | 72.10 |
| G-4351106 | 213465 | 4 After Size Tuxedo Coats Sizes 44L & 43L NR | 2/4/2008 | 29.03 | 2609905 | Bargainland Liquidation Tennessee | 1.42 | 0.81 | 26.80 |
| G-4338653 | 205796 | 4 Amore De Uomo & Young Kings Clothing Sz 32 L 19 NR | 2/4/2008 | 0.99 | 2609867 | Bargainland Liquidation Tennessee | 0.05 | 0.03 | 0.91 |

| Item # | Description | Qty |
|---|---|---|
| G-4353698 | NEW 8 Piece Corning Ware French White Dishes NR | 1 |
| G-4353715 | NEW FurHaven Nap 40" x 32" Red Pet Bet NR | 1 |
| G-4353723 | NEW FurHaven Nap 40" x 32" Brown Pet Bet NR | 1 |
| G-4353741 | NEW NAP Pet Bed NR | 1 |
| G-4353746 | NEW FurHaven Nap 40" x 32" Tan Pet Bet NR | 1 |
| G-4353760 | NEW 7 Cell Phone Cases NR | 1 |
| G-4353779 | Four Nap Pet Beds 27x40" NR | 1 |
| G-4353800 | Fall Harvest Reef With Lights NR | 1 |
| G-4353811 | 10 Halloween & Christmas Decor Items NR | 1 |
| G-4353829 | NEW 3 Holiday Season Wreaths With Lights NR | 1 |
| G-4353835 | NEW Cuisine 15 Piece Bistroware & Cookware Set NR | 1 |
| G-4353842 | NEW 4 Gymboree Baby Girl Clothes Size 2T NR | 1 |
| G-4353935 | Ram Accubar MXS Ladies Right Handed Golf Set NR | 1 |
| G-4353948 | NEW Verizon Wireless Motorola Razr V3m Cell Phone NR | 16 |
| G-4353961 | NEW 30" Glass and Brass Violin Sculpture NR | 1 |
| G-4353989 | Sony Bravia KDL-40S3000 40" LCD Television NR | 1 |
| G-4354006 | 1 TRACFONE Prepaid Wireless Phone Nokia 2126i NR | 3 |
| G-4354064 | NEW Synergy Spincasting Reel NR | 5 |
| G-4354090 | NEW Synergy Spincasting Reel NR | 5 |
| G-4354101 | Nortel Meridian Opt 11 AC/DC Power Supply NTDK70BB NR | 1 |
| G-4354108 | NEW Synergy Spincasting Reel NR | 10 |
| G-4354165 | Western Digital WD100 10GB Hard Drive NR | 1 |
| G-4354174 | Maxtor DiamondMax Plus 8 20GB ATA Hard Drive | 4 |
| G-4354186 | IBM Deskstar 20GB Hard Drive NR | 1 |
| G-4354194 | 1 Cooling Fan Unit Assembly NR | 1 |
| G-4354195 | NEW Seagate Barracuda ATA IV 20 Gbytes NR | 1 |
| G-4354199 | Maxtor D740X-6L 20GB Hard Drive NR | 1 |
| G-4354207 | IBM Deskstar IDE 10GB Hard Drive | 1 |
| G-4354209 | Nortel Networks ENPCEE0AAA DMS-100 PCIU Fan FLT NR | 1 |
| G-4354215 | 2 Western Digital Enhanced IDE 4.3GB Hard Drives NR | 1 |
| G-4354219 | Maxtor D740X-6L 20GB Hard Drive NR | 1 |
| G-4354228 | Maxtor 40GB 7200RPM Hard Drive NR | 1 |
| G-4354239 | 2 Maxtor 90432D2 4.3GB IDE Hard Drives NR | 1 |
| G-4354248 | 1 Nortel Networks NTLX65BA Digi Sig Processor Card NR | 1 |
| G-4354263 | 10x8' Restoration Hardware Area Rug NR | 1 |
| G-4354362 | Vertex IPS Model B-01 Expander NR | 1 |
| G-4354363 | 1 Shiron iRG 40 Remote Gateway Terminal System NR | 1 |
| G-4354364 | 1 Shiron iRG 40 Remote Gateway Terminal System NR | 1 |
| G-4354370 | Nortel Networks Application Gateway 1000 Server NR | 1 |
| G-4354375 | Silkworm 3900 Fibre Channel Switch NR | 1 |
| G-4354385 | NEW Barefoot Tess Size 13 Ladies Dress Shoes NR | 2 |
| G-4354391 | NEW Barefoot Tess Size 14 Ladies Dress Shoes NR | 1 |
| G-4354392 | NEW Barefoot Tess Size 11 Ladies Dress Shoes NR | 1 |
| G-4354395 | NEW Barefoot Tess Size 12 Ladies Dress Shoes NR | 2 |
| G-4354398 | NEW Barefoot Tess Size 13 Ladies Dress Shoes NR | 2 |
| G-4354401 | NEW Barefoot Tess Size 11 Ladies Dress Shoes NR | 1 |
| G-4354403 | NEW Barefoot Tess Size 14 Ladies Dress Shoes NR | 1 |
| G-4354404 | NEW Orion Nasal CPAP System NR | 1 |
| G-4354406 | NEW Barefoot Tess Size 12 Ladies Dress Shoes NR | 2 |
| G-4354448 | Multivizor 37 Inch Wide TFT LCD TV NR | 2 |
| G-4354468 | Graco Portable Folding Play Area NR | 1 |

WH1641