UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION

In Re:

WAREHOUSE 86, LLC, Case No. 08-03423-EE

DEBTOR, Chapter 11

SCK, INC. AND RADIOSHACK CORPORATION

PLAINTIFFS

Adv. Pro. No. 09-00139-EE

VERSUS

WAREHOUSE 86, LLC

DEFENDANT

*********************************************

DEPOSITION OF ERNEST KNOX STRAHAN, III

*********************************************

APPEARANCES NOTED HEREIN

TAKEN AT INSTANCE OF: PLAINTIFFS
DATE: MAY 5, 2010
PLACE: BUTLER, SNOW, O'MARA, STEVENS & CANNADA
1020 HIGHLAND COLONY PARKWAY, SUITE 1400
RIDGELAND, MISSISSIPPI
TIME: 9:00 a.m.

REPORTED BY: AMANDA M. WOOTTON, CSR, RPR
Bond Benoist
Post Office Box 1576
Madison, Mississippi

Exhibit "C"

elimination and making sure it's not in one of these volumes as you have that.

A Okay.

Q As you continue to look, let me ask you this again just is the first page in this volume. Bates No. WH1098. What is that?

A It appears to be sales of items and the date they were sold and the price the item was sold for. And the number in which we sold in auction. These are sold items and the date in which they were sold.

Q All right.

A Inventory items.

Q In particular, it's inventory?

A This is all inventory.

Q Now, how does that inventory list differ from the inventory list you just looked at, WH1641?

A I don't know that I can answer specifically the question.

Q What -- did you have two different inventory lists?

A No. That's -- that was in inventory and this is items that we sold from it.

Q Okay.

A Whether they're the same or not, I don't

know.

Q Well, --

A I'm trying to remember if there were any added to it or whatever. You've got to remember, we're a salvage company so whether -- I don't know if this would have been -- this would have been from our other facility when we moved after the tornado.

Q What are you pointing at in particular?

A Sales dates were after the tornado so they had to be from a facility other than the Southaven facility so they were probability the facility that we opened up --

Q Does this document WH1098 reflect the distribution center from which the item was shipped?

A This document does not.

Q So if you pick a date prior to the tornado, how -- on this list which is numerous pages, hundreds of pages, how would one know if that item was distributed from Utah or Indianola or some other -- or the Southaven facility. And just as an example, let's turn to WH1322. Those items were sold the day before the tornado. So the question is, can you pick out any of those items and tell me from which distribution center it was shipped?

A From looking at this list, I cannot tell

you that but from knowing how the list was generated, I could probably tell you that.

Q Okay. How was the list generated so that you could tell me?

A I don't know how this list was generated. I was trying to remember what the relevance of this list -- why it was generated and I don't remember. But we obviously provided it. I mean, there is a way to get a report from what distribution center it was sold and it will print that data out and only print data from the facility in which it was sold.

Q When was this document printed?

A I don't know. I'm thinking it was a document -- I don't know the relevance -- I don't know where you got the document, but --

Q I got it from you.

A I don't know. You got it from me? I sent that to you directly?

Q He did. Your lawyer did.

A Was the document -- what list was it in? Was it the ones that were sent to the auditor? Because I know they had asked for a list like that. I would have to know the relevance of this. And I don't know where this specifically came from. If it

came from that one, I think we had given them a list of sales to show how we came up with average selling prices to be able to value the selling price and then that's what the auditors were asking for, how you show an average selling price which is what we were doing for the type of equipment we were selling, inventory we were selling. Because our inventory, as you can see, varies all over the board.

Q Okay. Back to the question again. You can't look at WH1322 and tell where any of those items were shipped?

A I did not put that number on this page and therefore no, I cannot tell you where that list came from or how it was generated.

Q Is there anyone within Warehouse 86 that can answer that question?

A No. We'd have to run a new report or at that point run a report showing -- I mean, the report would have to be generated for a specific purpose.

Q Bob --

A All cells for DC7.

MR. WATT: Bob, do you see my difficulty here, my client has requested

documents and --

A And we gave them. That's what I'm saying --

MR. FREY: Hold on. Don't cut him off.

MR. WATT: Requested documents. You've provided them. We've paid for them and I just want to ask questions about them and the witness is encumbered in his ability to comprehend. Not your comprehension ability but you're encumbered because of insufficient facts provided to you. And I'm -- I'm wondering if I have a ream of paper here that is meaningless to me.

MR. FREY: Well, if I understand what he said is anybody could have generated a report for their own purpose and they would be the one who knows what the report shows. Did I say that right?

BY THE WITNESS: Yeah. Exactly. For instance --

MR. WATT: Then help me understand.

A -- auditors asked me for a specific report and I gave that report to them.

MR. WATT: (Continuing.)

Q I want an understanding as to why this report -- which discovery response this is responsive to. Excuse me, which discovery request this is responsive to. And you're saying you can't help me with that, correct?

A Where did you get this document?

Q Again, I got it from your attorney.

A With a cover letter that explained what it was?

Q No. I mean, this is -- this is a ream of documents that I -- or actually a disk that I printed the documents from.

MR. FREY: What is it exactly you want to know about the document?

MR. WATT: Well, in addition to the questions I've already asked, I'd like to know how one can ascertain from this what may have been in existence at the time of the loss.

A Who put these numbers at the bottom?

MR. WATT: You asked your attorney but I'll answer you. Apparently, it was your attorney or his staff who did it.

MR. FREY: Yeah. I don't know that

that document is ever going to tell anybody what was in existence at the time of the loss.

MR. WATT: What does it tell me then? See, it doesn't even tell me whether it relates to the Southaven facility. So I've got a ream of documents that are -- I don't know which of the items relates to the Southaven or not.

MR. FREY: Well, Ernie, tell me if this is true, if you wanted to figure out the answers to things he's asking, you would just have to go to everybody who ever worked at Warehouse 86 and show them the document and say do you recognize this. Is there any other way of doing it?

BY THE WITNESS: The answer is whoever first received that document, what was the context in which it was presented to them.

MR. FREY: I mean, received out of the printer or what?

A This document was generated and given to somebody for an intent purpose. And when it was given, it was put with something that described what

it was for. And that would describe what facility and what the reason for it was for. And I'm thinking it was probably given to Morgan Johnson.

MR. WATT: (Continuing.)

Q And what I think I hear you saying is there is nothing on the face of this document that indicates the purpose for which it was generated?

A Right. But the information is enough there that you could determine which facility it came from but not by looking at that. You would have to take that number and figure out what DC number that was located in.

Q You would have to take what number?

A That's an inventory number.

Q The first column?

A Yes.

Q Is there a master list as to --

A The computer spit out the report that generated this report, somebody put in criteria for that report which was probably DC7 sales for X period of time and it spit out these are the sales for this period of time and the numbers that were sold and here are the numbers they were invoiced on. So it has the information there. It is just not on that page. I can't look at that today and look at

that and tell you.

Q Okay.

A You have to --

Q We'll come back to that.

A So you have to link it back to the document that it was presented with as to why it was run and for what purpose and that would give it meaning.

Q Okay. The date reflected in the middle of the page or the dates plural and on this particular page, the date is the same for each entry and it is February 4, 2008, does that reflect the date the item left a facility?

A The date the item was paid for by the customer.

Q Were items paid for by the customer prior to distribution or leaving the facilities?

A Yes.

Q So therefore there could be a date after the day of the tornado, February 5, that was still in the facility on February 5?

A Uh-huh. Yes.

Q So not all of the items dated on or after February 5, would have been acquired or brought into the distribution center after the tornado or the

fire?

A Say that one more time.

Q In other words, you've got dates that reflect date -- money was received for the item and you don't have a date for when the item actually left the facility?

A Not on that report.

Q Okay. So therefore there could be a date of an item in the end of February 2008. Let's say February 25. And you won't be able to look at that and tell whether that was an item that came into a facility, Utah or some other place, before or after February 5.

A I could look at the G number and go find that information but from the report, no.

Q And the G number which is the first column?

A Uh-huh. (Affirmative response.)

Q Is there a master sheet that tells you, explains these G numbers?

A It's just a number assigned to each item and it's put in there by the computer and it is stored in the computer.

Q Okay. All right. After today, I will confer with Mr. Frey about this but to give you a

heads up, we're going to need some type of explanation so that we can understand what this means and whether that leads to us coming back another day or not, I don't know at this time. But...

All right. Of these four volumes, there is nothing in the first three -- I mean, excuse me, the last three, the second, the third and the fourth, about a loss claim. So if it exists, it has been --

A I may --

Q -- provided in that first volume.

A I think --

MR. FREY: Wait. Wait. That's just your statement.

MR. WATT: Well, I'm -- you're correct. It is just my statement. I would welcome the opportunity for somebody to correct me.

MR. FREY: Well, that's not fair unless you want him to go through all of the books. I'm not doubting you, but I don't want to convert your statement into his testimony.

MR. WATT: I understand. I