# Bob Frey

| | |
|---|---|
| From: | Bob Frey [Bob.Frey@butlersnow.com] |
| Sent: | Friday, May 28, 2010 4:07 PM |
| To: | Lee Watt |
| Subject: | FW: "G Number" report [BSNOW-JACKSON.FID824857] |
| Attachments: | sample WH inventory docs.pdf |

Lee: The document you've attached is item 3.b.5

## 3.b.5 W86 DC7 Item Sales - May thru 30th 2008

Transmitted under the following cover letter:



Exhibit "D"



P. O. Box 16692
Jackson, MS 39236
ernie@warehouse86.com

| | |
|---|---|
| **TRANSMIT VIA:** | Via FedEx next day |
| **DATE:** | June 5, 2008 |
| **ATTN:** | Mark Henry, CPA |
| **TO:** | Morgan Johnson Carpenter and Co |
| | 555 Marriott Drive, STE 800 |
| | Nashville, TN 37214 |
| **cc:** | |

**COMMENTS:**

Mark:

 warehouse86

## MESSAGE FORM

P. O. Box 16692
Jackson, MS 39236
ernie@warehouse86.com

RESPOND TO
901-628-8545   Fax: 601-510-9033

**TRANSMIT VIA:** Via FedEx next day    **TOTAL PAGES:** (INCL COVER)  Lot

**DATE:** June 5, 2008
**ATTN:** Mark Henry, CPA
**TO:** Morgan Johnson Carpenter and Co
555 Marriott Drive, STE 800
Nashville, TN 37214

**FROM:** Ernie Strahan, III
**RE:**
Claim # 478316
GAB No 22520-17754
MJC File NAS58516

**cc:**

**ATTACHED IS:** CD of Docs
**TRANSMITTED FOR:** Insurance claim

**COMMENTS:**
Mark:

Per your letter of May 9, 2008, please find the attached CD containing documents which have information pertaining to the 8 items of information requested. The document file names on the CD begin with the number of the item in the letter to which it pertains as follows:

1. 2007 Tax Returns - Warehouse 86 LLC
2. W86 Southaven Inc Stmt - Jan-Apr 2008
3.a W86 Sch B - DC7 Item Sales - Jan to May 2008
3.b.1 W86 DC7 Item Sales - Jan 2008
3.b.2 W86 DC7 Item Sales - Feb 2008
3.b.3 W86 DC7 Item Sales - Mar 2008
3.b.4 W86 DC7 Item Sales - Apr 2008
3.b.5 W86 DC7 Item Sales - May thru 30th 2008
4. W86 DC7 Daily Item Sales - Feb 2008
5.a Daily Purchases Summary - Feb 08
5.b.1 Baja- Feb 08
5.b.2 CHEnt- Feb 08
5.b.3 CPS- Feb 08
5.b.4 DHL SRC- Feb 08
5.b.5 IPOD- Feb 08
5.b.6 Mercantila- Feb 08
6.a W86 Payroll Report from ADP 0107-1207
6.b W86 Payroll Department Numbers
7. W86 Owned Asset List for DC-7 as of Feb 4 2008- with condition
8. Inventory in DC7 on 02.04.08

As I am sure you will have questions about the layout of this information, please feel free to call me at 901-628-8545.

Thank you, Ernie

Now that I know where it came from I'll bet we can answer any legitimate, relevant questions. Let me know, please, what they are.

**Robert M. Frey**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Direct: (601) 985-4524
Fax: (601) 985-4500

bob.frey@butlersnow.com





P.O. Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157

**From:** Lee Watt [mailto:lwatt@blswlaw.com]
**Sent:** Friday, May 28, 2010 10:33 AM
**To:** Bob Frey
**Subject:** FW: "G Number" report [BSNOW-JACKSON.FID824857]

I just returned to the office. This is the email I sent last Saturday.

**From:** Lee Watt [mailto:lwatt@blswlaw.com]
**Sent:** Saturday, May 22, 2010 1:25 PM
**To:** 'Bob Frey'
**Subject:** RE: "G Number" report [BSNOW-JACKSON.FID824857]

See the attached pages from the WH86 documents with the "G" references. These are samples of hundreds of pages with this letter designation which Mr. Strahan said he could not interpret or testify to without the Sellertech computer.

**From:** Bob Frey [mailto:Bob.Frey@butlersnow.com]
**Sent:** Thursday, May 20, 2010 5:46 PM
**To:** Lee Watt
**Subject:** "G Number" report [BSNOW-JACKSON.FID824857]

Lee: The report with the "G numbers" on it, that you asked Mr. Strahan about in his deposition, and that you asked me about in your office Wednesday, & by follow –up email. Was it one of the enclosures to the June 5, 2008 letter to Morgan Johnson (copy attached hereto)? If so, which enclosure? If not, please send me the first three or four pages, and any cover letter that came with it, so I can track this down. You refer in the transcript to Bates numbers, but I think those are numbers that your office assigned to our documents—I don't think I have those numbers—and you didn't make the report an exhibit (for good reason, it being so voluminous).

Thanks!

Bob