## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

|  |  |
|---|---|
| **WAREHOUSE 86, LLC,** | **CASE NO. 08-03423-EE** |
| **DEBTOR.** | **CHAPTER 11** |

|  |  |
|---|---|
| **SCK, INC. F/K/A SC KIOSKS, INC.** | **PLAINTIFFS/** |
| **AND RADIOSHACK CORPORATION** | **COUNTER-DEFENDANTS** |
| **VS.** | **ADV. PROC. NO. 09-00139-EE** |
| **WAREHOUSE 86, LLC** | **DEFENDANT/COUNTER-CLAIMANT** |

PARTIES NOTICED:

| | |
|---|---|
| M. Scott Jones, Esq. | Ronald H. McAlpin, UST |
| Marcus Wilson, Esq. | Stephen Rosenblatt, Esq. |
| Andrew Wilson, Esq. | Robert M. Frey, Esq. |
| Trey Manhein, Esq. | W. Lee Watt, Esq. |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on *Warehouse 86, LLC's Motion to Quash Subpoena* (Adv. Dkt. #56) filed by Defendant/Counter-Claimant in regard to the above-styled adversary proceeding on **TUESDAY, JUNE 22, 2010, AT 10:00 A.M.,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 100 East Capitol Street, Courtroom 106, Jackson, Mississippi.

Dated: June 11, 2010.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**

To Advise of Settlement Contact:
601-965-4052