# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | |
| WAREHOUSE 86, LLC, | CASE NO. 08-03423-EE |
| DEBTOR. | CHAPTER 11 |
| | |
| SCK, INC. F/K/A SC KIOSKS, INC. | PLAINTIFFS/ |
| AND RADIOSHACK CORPORATION | COUNTER-DEFENDANTS |
| VS. | ADV. PROC. NO. 09-00139-EE |
| WAREHOUSE 86, LLC | DEFENDANT/COUNTER-CLAIMANT |

PARTIES NOTICED:

| | |
|---|---|
| M. Scott Jones, Esq. | Ronald H. McAlpin, UST |
| Marcus Wilson, Esq. | Stephen Rosenblatt, Esq. |
| Andrew Wilson, Esq. | Robert M. Frey, Esq. |
| Trey Manhein, Esq. | W. Lee Watt, Esq. |
| J. Walter Newman, Esq. | |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on *Objections of SellerTech LLC to Inspection or Copying of Designated Material* (Adv. Dkt. #61) filed by SellerTech LLC in regard to the above-styled adversary proceeding on **TUESDAY, JUNE 22, 2010, AT 10:00 A.M.,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 100 East Capitol Street, Courtroom 106, Jackson, Mississippi.

Dated: June 16, 2010.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**

To Advise of Settlement Call:
601-965-4052