# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------------x | : | Case No. 08-03423-EE |
| In re: | : |  |
|  | : | Chapter 11 |
| WAREHOUSE 86, LLC, | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
| -------------------------------------------------------------------- x | : |  |
|  | : |  |
| SCK, INC. and RADIOSHACK CORPORATION, | : | Adv. Pro. No. 09-00139-EE |
|  | : |  |
| Plaintiffs | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| WAREHOUSE 86, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |
| ------------------------------------------------------------------------x |  |  |

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day true and correct copies of the foregoing were served upon the Defendant, Warehouse 86, LLC, in the above-styled action:

1. Plaintiffs' First Supplemental Answers to Defendant's First Set of Interrogatories.

Dated: June 28, 2010.

        Respectfully submitted,

        SCK, INC. and RADIOSHACK CORPORATION

        /s/ W. Lee Watt
        Marcus M. Wilson (MS Bar #7308)
        W. Lee Watt (MS Bar #6998)
        Andrew R. Wilson (MS Bar #102862)
        BENNETT LOTTERHOS SULSER & WILSON, P.A.
        The Pinnacle at Jackson Place

- 2 -

      190 East Capitol Street
      Suite 650
      Jackson, Mississippi 39201
      Telephone: (601) 944-0466
      Facsimile: (601) 944-0467

      ATTORNEYS FOR SCK, INC. AND RADIOSHACK
      CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated:  June 28, 2010

                /s/ W. Lee Watt