**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| ----------------------------------------------------------------------- x : | Case No. 08-03423-EE |
| In re: : | |
| : | Chapter 11 |
| WAREHOUSE 86, LLC, : | |
| : | |
| Debtor. : | |
| : | |
| ----------------------------------------------------------------------- x : | |
| SCK, INC. and RADIOSHACK CORPORATION, : | Adv. Pro. No. 09-00139-EE |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| WAREHOUSE 86, LLC, : | |
| : | |
| Defendant. : | |
| : | |
| -----------------------------------------------------------------------x | |

### NOTICE OF DEPOSITION

TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to applicable Federal Rules of Bankruptcy Procedure, Plaintiffs do hereby give notice that they will take the deposition by oral examination of Richard W. Booker, Executive General Adjuster for GAB Robins North America, Inc., at the offices of Butler, Snow, O'Mara, Stevens and Cannada, PLLC, located at Renaissance at Colony Park, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157, on July 29, 2010, beginning at 9:00 a.m. (Central time) and continuing from day to day thereafter until such deposition is complete.  Mr. Booker's testimony will be recorded by stenographic means.

- 2 -

Dated: July 1, 2010

        Respectfully submitted,

        SCK, INC. and RADIOSHACK CORPORATION

        /s/ Andrew R. Wilson
        Marcus M. Wilson (MS Bar #7308)
        W. Lee Watt (MS Bar #6998)
        Andrew R. Wilson (MS Bar #102862)
        BENNETT LOTTERHOS SULSER
        & WILSON, P.A.
        Pinnacle at Jackson Place
        190 East Capitol Street
        Suite 650
        Jackson, Mississippi 39201
        Telephone: (601) 944-0466
        Facsimile: (601) 944-0467
        mwilson@blswlaw.com
        lwatt@blswlaw.com
        awilson@blswlaw.com

        ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Deposition with the Clerk of Court using the CM/ECF filing system, which automatically sent e-mail notification of such filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated:  July 1, 2010

/s/ Andrew R. Wilson