IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **WAREHOUSE 86, LLC** | **CASE NO.  0803423EE** |
| | |
| **RADIOSHACK CORP. AND SCK, INC.** | |
| **F/K/A SC KIOSKS, INC.** | |
| | |
| VS. | **ADVERSARY NO. 090139** |
| | |
| **WAREHOUSE 86, LLC AND** | |
| **SELLERTECH LLC** | |

### ORDER HOLDING *AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT* IN ABEYANCE

**THIS CAUSE** having come before the Court for a Pre-Trial Conference on June 22, 2010, and the Court having conferred with the parties and otherwise being fully advised in the premises finds that the *Amended Motion for Partial Summary Judgment (#30)* should be held in abeyance pending the completion of discovery and of mediation.

**IT IS THEREFORE ORDERED** that the *Amended Motion for Partial Summary Judgment (#30)* is hereby held in abeyance until it is brought on for hearing by request of any party in interest or by the Court.

**SO ORDERED**.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: July 8, 2010