## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

------------------------------------------------------------------------ x

In re:

WAREHOUSE 86, LLC,

Debtor.

------------------------------------------------------------------------ x

SCK, INC. and RADIOSHACK CORPORATION,

Plaintiffs

v.

WAREHOUSE 86, LLC,

Defendant.

------------------------------------------------------------------------x

Case No. 08-03423-EE

Chapter 11

Adv. Pro. No. 09-00139-EE

## RE-NOTICE OF DEPOSITION

TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to applicable Federal Rules of Bankruptcy Procedure, Plaintiffs do hereby give notice that they will take the deposition by oral examination of Richard W. Booker, Executive General Adjuster for GAB Robins North America, Inc., at the offices of Butler, Snow, O'Mara, Stevens and Cannada, PLLC, located at Renaissance at Colony Park, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157, on August 9, 2010, beginning at 8:00 a.m. (Central time) and continuing from day to day thereafter until such deposition is complete.  Mr. Booker's testimony will be recorded by stenographic means.

Dated:  July 21, 2010

Respectfully submitted,

SCK, INC. and RADIOSHACK CORPORATION

/s/ Andrew R. Wilson
Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK
CORPORATION

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Deposition with the Clerk of

Court using the CM/ECF filing system, which automatically sent e-mail notification of such

filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated:  July 21, 2010

/s/ Andrew R. Wilson