UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 08-03423-EE |
| WAREHOUSE 86, LLC, | : | Chapter 11 |
| Debtor. | : | |
| | | |
| SCK, INC. and RADIOSHACK CORPORATION, | : | Adv. Pro. No. 09-00139-EE |
| Plaintiffs | : | |
| v. | : | |
| WAREHOUSE 86, LLC, | : | |
| Defendant. | : | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the *ore tenus* motion (the "Motion") of Plaintiffs and Defendant requesting dismissal of this adversary proceeding with prejudice; and the Court having considered the Motion and having found that the Motion is well taken and should be granted; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY

ORDERED that this adversary proceeding, including all claims and counterclaims, is dismissed with prejudice as to all parties, and all parties shall bear their own costs associated with this action; and it is further

ORDERED that entry of this Order shall constitute entry of final judgment.

SO ORDERED.

*[signature]*
Edward Ellington
United States Bankruptcy Judge
Dated: December 15, 2010

APPROVED:

*[signature]*
Marcus M. Wilson, Esq.
Attorney for Plaintiffs

*[signature]*
Kimberly R. Lentz, Esq.
Chapter 11 Trustee

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION