UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------x
In re: : Case No. 08-03423-EE
:
: Chapter 11
WAREHOUSE 86, LLC, :
:
Debtor. :
:
------------------------------------------------------------ x
:
SCK, INC. and RADIOSHACK CORPORATION, : Adv. Pro. No. 09-00139-EE
:
Plaintiffs :
:
v. :
:
WAREHOUSE 86, LLC, :
:
Defendant. :
:
------------------------------------------------------------x

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the *ore tenus* motion (the "Motion") of Plaintiffs and Defendant requesting dismissal of this adversary proceeding with prejudice; and the Court having considered the Motion and having found that the Motion is well taken and should be granted; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY

ORDERED that this adversary proceeding, including all claims and counterclaims, is dismissed with prejudice as to all parties, and all parties shall bear their own costs associated with this action; and it is further

ORDERED that entry of this Order shall constitute entry of final judgment.

SO ORDERED.

*[Signature]*
Edward Ellington
United States Bankruptcy Judge
Dated: December 15, 2010

APPROVED:

*[Signature]*
Marcus M. Wilson, Esq.
Attorney for Plaintiffs

*[Signature]*
Kimberly R. Lentz, Esq.
Chapter 11 Trustee

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kmcdowell           Page 1 of 1            Date Rcvd: Dec 15, 2010
Case: 09-00139                Form ID: pdf012           Total Noticed: 3

The following entities were noticed by first class mail on Dec 17, 2010.
 res          +Industrial Developments International, Inc.,    1100 Peachtree Street,   Suite 1100,
                Atlanta, GA 30309-4502
 intp         +SellerTech LLC,    c/o J. Walter Newman, IV,    248 E. Capitol St., Ste. 539,
                Jackson, MS 39201-2508
 dft          +Warehouse 86, LLC,    5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 pla           RadioShack Corporation and SCK, Inc. f/k/a SC Kios
 cd            RadioShack Corporation and SCK, Inc. f/k/a SC Kios
 intp          Tokio Marine and Nichido Fire Ins. Co., Ltd.
 cc*          +Warehouse 86, LLC,    5 River Bend Place, Ste D,   Flowood, MS 39232-7618
                                                                                    TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 17, 2010**                          **Signature:**     _Joseph Speetjens_