FRJ-45009 0538-3 pdf012 09-00139
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 05 2011
BY_____
DANNY L. MILLER, CLERK
_____DEPUTY CLERK

FIRST-CLASS MAIL

053111 53111 1 AT 0.354 39232 1 4 6651-0-53715
Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

NIXIE         392 DE 1         00 01/02/11
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 392252444949         *1456-08879-20-30*

39225@2448